Case 1:01-cv-00776-HJW     Document 65     Filed 10/16/2003     Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchinson Enterprises, Inc., et al., | : | Civil Action No. 1:01cv776 |
| Plaintiffs | : | Judge Weber |
| v. | : | |
| Rhodes, Inc., et al., | : | **PLAINTIFFS MOTION TO FILE EXPERT DISCLOSURES CONVENTIONALLY OR TO PROVIDE** |
| Defendants | : | **THEM ON REQUEST OF THE COURT** |

Plaintiffs have moved the Court to amend the Scheduling Order to allow additional time to complete expert witness reports. Plaintiffs motion purports to attach a copy of the extensive disclosures made October 15, 2003, to the Motion to Amend the Scheduling Order. Plaintiffs move the Court to allow Plaintiffs to submit their disclosure of Expert Witness Reports conventionally, or to provide a hard copy to the court upon request.

Respectfully submitted,

_____s/William P. Schroeder_____
William P. Schroeder
Ohio Bar Number: 0027123
Attorney for Plaintiffs
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
11935 Mason Road, Suite 110
Cincinnati, OH 45249
(513) 583-4211
(513) 583-4203 (fax)
Email: bschroeder@schroederlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on **October 15, 2003,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECFF system and I hereby certify that I have mailed by United States Postal Service the document to the following:

Thomas R. Schuck, Esq.  
Taft, Stettinius & Hollister  
425 Walnut Street, Suite 1800  
Cincinnati, OH 45202  

Sam Casolari, Esq.  
Marshall, Dennehey, Warner, Coleman & Goggin  
120 E. Mill Street, Suite 240  
Akron, OH 44308  

Kevin J. Waldo, Esq.  
413 Center Street  
Ironton, OH 45638-1505  

Craig R. Paulus, Esq.  
Taft, Stettinius & Hollister  
425 Walnut Street, Suite 1800  
Cincinnati, OH 45202  

                                                                                         s/ **William P. Schroeder**  
                                                                                         William P. Schroeder

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchinson Enterprises, Inc., et al., | : | Civil Action No. 1:01cv776 |
| Plaintiffs | : | Judge Weber |
| v. | : | |
| | | **ORDER GRANTING PLAINTIFFS MOTION TO** |
| Rhodes, Inc., et al., | : | **FILE EXPERT DISCLOSURES CONVENTIONALLY OR TO PROVIDE** |
| Defendants | : | **HARD COPIES TO COURT UPON REQUEST** |

Upon Motion of Plaintiffs to file their expert disclosures conventionally, the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Plaintiffs' Expert Disclosures and Exhibits served October 15, 2003, may be held by counsel to be provided and/or filed conventionally and served upon all parties via regular U.S. Mail, postage prepaid, upon request or further direction of the Court.

_____
Judge Weber
United States District Court