IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HUTCHINSON,

    Plaintiff

v

RHODES, et al

    Defendant

Civil: C-1-01-776

### ORDER

Parties are advised that the above styled case is SCHEDULED for a Status/Scheduling Conference on Wednesday, November 19, 2003 at 10:30 a.m.

Counsel shall submit position statements to the Court on or before November 13, 2003.

**IT IS SO ORDERED.**

                                    **s/Herman J. Weber**
                                  **Herman J. Weber, Senior Judge**
                                  **United States District Court**