UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**STATUS/SCHEDULING CONFERENCE**

HUTCHINSON,

v                                                                                  Civil: C-01-776

RHODES,

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer (Official)

Courtroom Deputy D. Maury

Law Clerk: L. Ahern

----------------------------------------------------------------------------------------------------------

**Appearances:** W. Schroeder, T. Schuck, M. Bradford Sanders, D. Marshall & S. Casolari (by t/c) for the parties.

Case called for a Status/Scheduling Conference. Conference held in Chambers. Motions addressed; Scheduling Order vacated. Order to issue.

Date: Wednesday, November 19, 2003
TIME: 10:30 a.m. - 11:15 a.m.