AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Ohio__

Scott Hutchison Enterprises, Inc. et al.

v.

Larry Rhodes, Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE C-1-01-776

TO: (Name and address of Defendant)

Larry Rhodes, Inc.
Larry Rhodes, Inc. dba Rhodes, Inc.
Rhodes, Inc., Rhodes, Incorporates and
Rhodes and Associates, Inc.
115 Eisenhower Court
Nicholasville, Kentucky  40356-9166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Schroeder, Wsq.
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, OH  45249

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Terry Deinlein, Acting Clerk
Cincinnati, Ohio

DATE 11-25-03

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned _____

☒ Other (specify): _By certified mail to third party defendant at his residence address_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____    _[signature]_
           Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

__Southern__ District of __Ohio__

Scott Hutchison Enterprises, Inc. et al.

V.

Larry Rhodes, Inc., et al.

SUMMONS IN A CIVIL CASE

CASE  C-1-01-776

TO: (Name and address of Defendant)

H. T. Boggs
P.O. Box 1511
Bartow, Florida   33831

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Schroeder, Wsq.
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, OH   45249

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Terry Deinlein, Acting Clerk
Cincinnati, Ohio

11-25-03
DATE

CLERK  /s/ [signature]
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned _____

☑ Other (specify): *By certified mail to third party defendant at his residence address.*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____        *[signature] Wm P. Schroeder*
         Date                   Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>    Southern    </u>  District of  <u>  Ohio                          </u>

Scott Hutchison Enterprises, Inc. et al.

V.

Larry Rhodes, Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE  C-1-01-776

TO: (Name and address of Defendant)

   H. Jack Geisler
   33868 Moundview Court
   Lexington, Kentucky   40502

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   William P. Schroeder, Esq.
   Schroeder, Maundrell, Barbiere & Powers
   11935 Mason Road, Suite 110
   Cincinnati, OH   45249

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Terry Deinlein, Acting Clerk
Cincinnati, Ohio

DATE  11-25-03

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned _____

☒ Other (specify): *By certified mail to third party defendant at his residence address*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____
              Date            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Ohio_____

Scott Hutchison Enterprises, Inc. et al.

V.

Larry Rhodes, Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE  C-1-01-776

TO: (Name and address of Defendant)

> James M. Zimmer
> 3164 Roxbury Drive
> Lexington, Kentucky   40503

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> William P. Schroeder, Wsq.
> Schroeder, Maundrell, Barbiere & Powers
> 11935 Mason Road, Suite 110
> Cincinnati, OH   45249

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Terry Deinlein, Acting Clerk
Cincinnati, Ohio

CLERK   _[signature]_

(By) DEPUTY CLERK

DATE   11-25-03

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned _____

☒ Other (specify): *By certified mail to third party defendant at his residence address*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____    *[Signature]*
          Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.