

FILED
JAMES BONIN
CLERK

03 DEC 11  PM 3: 31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Scott Hutchison Enterprises, Inc., et al                   Civil Action No. C-1-01-776

      Plaintiffs

v.                                                                            Appearing on behalf of Defendants Larry Rhodes,
                                              Inc. and Rhodes, Inc.

Rhodes, Inc., et al.

      Defendants

### APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, E. David Marshall, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. Petitioner states under penalty of perjury that he is a member in good standing of the Bar of the highest Court of the State of Kentucky and that a current Certificate of Good Standing this Court is provided. Petitioner states further that he is not eligible for admission under Local Rule 83.4(b). Petitioner designates M. Bradford Sanders as local counsel. His business address is provided below in the Consent of Designated Local Counsel.

This ___ day of December, 2003

_____
E. David Marshall, Petitioner
271 West Short Street, Suite 111
Lexington, Kentucky 40507
Telephone-859-253-0708
Fax-859-281-6541

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, M. Bradford Sanders, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

This 8th day of December, 2003.

0039723
Ohio Bar Number          Local Counsel

M. Bradford Sanders
Sanders & Associates, LPA
9122 Montgomery Road, Suite 201
Cincinnati, Ohio 45242
Phone (513) 891-8900
Fax (513) 891-8937

## CERTIFICATE OF SERVICE

The above having been mailed to all counsel for plaintiffs and defendants as listed below, this December __, 2003.

Thomas R. Shuck
Taft, Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, Ohio 4522

William P. Schroeder
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249

Sam Casolari
Marshall, Dennehey, Warner, Coleman & Goggin
120 East Mills Street, Suite 240
Akron, Ohio 44308

E. David Marshall
271 West Short Street, Suite 111
Lexington, Kentucky 40507                         Local Counsel



| Susan Stokley Clary<br>Clerk | Office of the Clerk<br>**SUPREME COURT OF KENTUCKY**<br>State Capitol<br>Frankfort, Kentucky 40601 | Room 209<br>(502) 564-4720<br>Fax: 564-5491 |

# CERTIFICATION

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that __E. David Marshall__ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on __April 21, 1961__, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that __E. David Marshall__ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __4th__ day of __November__, __2003__.

SUSAN STOKLEY CLARY
CLERK

By: _Henrietta Evans_
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

**OFFICERS**
John W. Stevenson
*President*

R. Kent Westberry
*President-Elect*

David B. Sloan
*Vice President*

Stephen B. Catron
*Past President*

**HOUSE OF DELEGATES**
Larry H. York
*Chair*

Linda McCubbin Hopgood
*Chair-Elect*

**YOUNG LAWYERS**
Sheila P. Hiestand
*Chair*

**EXECUTIVE DIRECTOR**
Bruce K. Davis

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1883
(502) 564-3795
FAX (502) 564-3225



**BOARD OF GOVERNORS**
Barbara D. Bonar
Donald H. Combs
Jane Winkler Dyche
Charles E. English, Jr.
Margo L. Grubbs
Shelby C. Kinkead, Jr.
Robert Scott Madden
Douglas L. McSwain
Charles E. Moore
Michael J. O'Connell
John M. Rosenberg
Joseph L. White
Mark C. Whitlow
C. A. Woodall, III

October 29, 2003

## THIS IS TO CERTIFY THAT

### E. DAVID MARSHALL
*Security Trust Building*
*271 West Short Street, Suite 111*
*Lexington, Kentucky 40507*

Membership No. **44080**

*is a member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky no charges of any kind having been preferred against him.*

**BRUCE K. DAVIS**
**REGISTRAR**

By: _____
Michele M. Pogrotsky, Deputy Registrar

```
Thu Dec 11 15:36:42 2003

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 421206
Cashier         ah1

Tender Type  CHECK

Check Number: 3137

Transaction Type   N

DO Code    Div No      Acct
 4661        1        6855XX

Amount            $    50.00

SANDERS & ASSOC


PRO HAC/01-776/MARSHAL




Thu Dec 11 15:36:42 2003

Check No. 3137
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```