UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stott Hutchison Enterprises, Inc., et al          Civil Action No. C-1-01-776

        Plaintiffs

v.          Appearing on behalf of Defendants Larry Rhodes, Inc. and Rhodes, Inc.

Rhodes, Inc., et al.          Defendants

## NOTICE OF SUBSTITUTION OF COUNSEL

Now comes Rhodes, Inc., by and through counsel, and hereby consents to the withdrawal of Robert and D'Anniballe, Esq., Amy Pigg Shaffer, Esq., Samuel G. Casolari, Jr., Esq. and the law firm of Marshall, Denehey, Warner, Coleman & Goggin from further representation in this case as counsel of record and for any other matter.

E. David Marshall, Esq. and Larry Rhodes of Rhodes Inc., hereby consents to this withdrawal and Larry Rhodes hereby substitutes as counsel E. David Marshall, Esq. of Lexington, Kentucky, as counsel and M Brad Sanders as local counsel.

Larry Rhodes hereby consents to both this withdrawal and substitution on his own behalf and that of Rhodes, Inc. by his signature below and that of his counsel.

_____
Larry Rhodes

_____ President
Larry Rhodes, Inc. a/k/a Rhodes, Inc.

_____
E. David Marshall, Esq.

_____
M. Brad Sanders, Esq. Local Counsel
9122 Montgomery Road, Suite 201
Cincinnati, OH 45242

## CERTIFICATE OF SERVICE

The above having been mailed to all counsel for plaintiffs and defendants as listed below, this November __, 2003.

Thomas R. Shuck
Taft, Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, Ohio 4522

William P. Schroeder
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249

Sam Casolari
Marshall, Dennehey, Warner, Coleman & Goggin
120 East Mills Street, Suite 240
Akron, Ohio 44308

E. David Marshall
271 West Short Street, Suite 111
Lexington, Kentucky 40507

_____
Local Counsel