FILED
JAMES BONINI
CLERK

03 DEC 11 PM 3:34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Scott Hutchison Enterprises, Inc., et al            Civil Action No. C-1-01-776

    Plaintiffs

v.                                   Appearing on behalf of Defendants Larry Rhodes,
                                   Inc. and Rhodes, Inc.

Rhodes, Inc., et al.

    Defendants

### APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, E. David Marshall, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. Petitioner states under penalty of perjury that he is a member in good standing of the Bar of the highest Court of the State of Kentucky and that a current Certificate of Good Standing this Court is provided. Petitioner states further that he is not eligible for admission under Local Rule 83.4(b). Petitioner designates M. Bradford Sanders as local counsel. His business address is provided below in the Consent of Designated Local Counsel.

This ___ day of December, 2003

_____
E. David Marshall, Petitioner
271 West Short Street, Suite 111
Lexington, Kentucky 40507
Telephone-859-253-0708
Fax-859-281-6541

GRANTED

_____
HERMAN J. WEBER
SENIOR UNITED STATES DISTRICT JUDGE