UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CIVIL ACTION NO. C-1-01-776
JUDGE WEBER

SCOTT HUTCHISON ENTERPRISES,   PLAINTIFF
INC., et al

v.   **ANSWER TO CROSSCLAIM**

LARRY RHODES, INC., LARRY RHODES,
INC. d/b/a RHODES, INC., RHODES, INC.,
RHODES, INCORPORATED, RHODES &
ASSOCIATES, INC., JAMES M. ZIMMER,
H. JACK GEISELR and H.T. BOGGS   DEFENDANTS

Come the Defendants, James M. Zimmer ("Zimmer") and H. Jack Geisler ("Geisler"), by counsel, and for their Answer to the Crossclaim of the Defendant, H.T. Boggs ("Boggs"), hereby state as follows:

### FIRST DEFENSE

The Crossclaim fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Crossclaim is barred by the statute of limitations.

### THIRD DEFENSE

Zimmer and Geisler hereby adopt and incorporate by reference any and all affirmative defenses contained within their Answer and Crossclaim to the Plaintiff's Second Amended Complaint.

## **FOURTH DEFENSE**

1. Zimmer and Geisler have insufficient knowledge to admit or deny the allegations contained within paragraph 3 of the Crossclaim and therefore deny the same.

2. Zimmer and Geisler deny the allegations contained within paragraphs 1 and 2 of the Crossclaim.

3. With regard to the allegations contained within paragraphs 4-7 of the Crossclaim, Zimmer and Geisler have insufficient knowledge to admit or deny said allegations to the extent they are directed to any other defendants and therefore deny the same. To the extent said allegations are directed to Zimmer and Geisler, they are denied.

4. Any allegation not expressly admitted is hereby denied.

WHEREFORE, Zimmer and Geisler pray that Boggs' Crossclaim be dismissed and taken for naught, for all relief demanded in their Answer and Crossclaim to the Second Amended Complaint, for their costs herein expended, including reasonable attorney fees, for trial by jury, and for any and all other relief to which they may appear entitled.

Respectfully submitted,

*/s/ Gayle B. McGrath*
Gayle B. McGrath (0028390)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
859.233.2012

Counsel for Zimmer and Geisler

2

OF COUNSEL:

W. Craig Robertson III
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following, by U.S. mail, on this the 15th day of January, 2004:

Thomas R. Schuck
Kevin J. Waldo
Craig R. Paulus
Taft, Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3057

E. David Marshall
271 West Short Street, Suite 111
Lexington, KY 40507

William P. Schroeder
11935 Mason Road, Suite 100
Cincinnati, OH 45249

Bradford Sanders
9122 Montgomery Road, Suite 201
Montgomery, OH 45242

*/s/ Gayle B. McGrath*

30316048.1