FILED
JAMES BONINI
CLERK

04 JAN 27 PM 3:40

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SCOTT HUTCHINSON ENTERPRISES, INC., et al | )<br>) CIVIL ACTION NO. C-1-01-777<br>)<br>) C-1-01-776 |
| PLAINTIFFS | )<br>) JUDGE WEBER |
| v. | )<br>) |
| LARRY RHODES, INC., et al | ) APPEARING ON BEHALF OF:<br>) DEFENDANTS, JAMES M. ZIMMER AND |
| DEFENDANTS | ) H. JACK GEISLER |

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, W. Craig Robertson III, hereby requests permission to appear *pro hac vice* in the subject case filed in the Cincinnati Division of the United States District Court for the Southern District of Ohio. Petitioner states under penalty of perjury that he is a member in good standing of the Bar of the highest Court of the Commonwealth of Kentucky and that a current Certificate of Good Standing with this Court is provided. Petitioner states further that he is not eligible for admission under Local Rule 83.4(b). Petitioner designates Gayle B. McGrath as local counsel. Her business address is provided below in the Consent of Designated Local Counsel.

This 15th day of January, 2004.

Respectfully submitted,

_____
W. Craig Robertson III
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
859.233.2012
859.259-0649 (Facsimile)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Gayle B. McGrath, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

This 15th day of January, 2004.

Respectfully submitted,

*/s/ Gayle B. McGrath*
Gayle B. McGrath (0028390)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
859.233-2012

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following, by U.S. mail, on this the 15th day of January, 2004:

Thomas R. Schuck
Kevin J. Waldo
Craig R. Paulus
Taft, Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3057

E. David Marshall
271 West Short Street, Suite 111
Lexington, KY 40507

William P. Schroeder
11935 Mason Road, Suite 100
Cincinnati, OH 45249

Bradford Sanders
9122 Montgomery Road, Suite 201
Montgomery, OH 45242

*/s/ Gayle B. McGrath*

30315862.1

2

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1883
(502) 564-3795
FAX (502) 564-3225



**OFFICERS**
John W. Stevenson
*President*

R. Kent Westberry
*President-Elect*

David B. Sloan
*Vice President*

Stephen B. Catron
*Past President*

**HOUSE OF DELEGATES**
Larry H. York
*Chair*

Linda McCubbin Hopgood
*Chair-Elect*

**YOUNG LAWYERS**
Sheila P. Hiestand
*Chair*

**EXECUTIVE DIRECTOR**
Bruce K. Davis

**BOARD OF GOVERNORS**
Barbara D. Bonar
Donald H. Combs
Jane Winkler Dyche
Charles E. English, Jr.
Margo L. Grubbs
Shelby C. Kinkead, Jr.
Robert Scott Madden
Douglas L. McSwain
Charles E. Moore
Michael J. O'Connell
John M. Rosenberg
Joseph L. White
Mark C. Whitlow
C. A. Woodall, III

*January 20, 2004*

### THIS IS TO CERTIFY THAT

### WILLIAM CRAIG ROBERTSON

*Wyatt, Tarrant and Combs LLP*
*250 West Main Street, Suite 1600*
*Lexington, Kentucky 40507*

*Membership No.* **84969**

is a member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him.

**BRUCE K. DAVIS**
**REGISTRAR**



By: *Michele M. Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar



**Susan Stokley Clary**
Clerk

Office of the Clerk
**SUPREME COURT OF KENTUCKY**
State Capitol
Frankfort, Kentucky 40601

Room 209
(502) 564-4720
Fax: 564-5491

# C E R T I F I C A T I O N

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that ____William Craig Robertson____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on ____October 22, 1993____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that ____William Craig Robertson____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this 22nd day of ____January____, 2004.

SUSAN STOKLEY CLARY
CLERK

By: _Michael Adams_
Deputy Clerk