```
Tue Jan 27 15:18:26 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.    100 421716
Cashier        kj1

Tender Type  CHECK

Check Number: 176245

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DD Code     Div No      Acct
 4661         1        6855XX

Amount             $    50.00

WYATT TARRANT & COMBS LLP

PRO HAC VICE C-1-01-777
```

C-1-01-776

```
Tue Jan 27 15:18:26 2004

Check No. 176245
Amount$   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```