## Simpson Distributing Co., Inc.

7300 DISTRIBUTION DRIVE • P.O. BOX 58158 • LOUISVILLE, KENTUCKY 40268
502-933-4005                    1-800-467-2504                    FAX 502-933-3979

109 N. KENTUCKY AVE. • EVANSVILLE, IN 47711
812-421-1794                    1-800-270-6404                    FAX 812-421-1796

*RICK*
*EPLIN ASPHALT*

(304) 429-4158
(304) 429-3573 FAX



*Spring Valley Excavating Company*

2807 SUNRISE HILL
HUNTINGTON, WV 25704

KEITH WEBB

**EXHIBIT A**