

*SOUTHERN EXCAVATING INC.*
*#2 LYNN MARR DR.*
*HUNTINGTON WV. 25705*
*PHONE 304-522-3013*
*FAX 304-522-3018*

| | |
|---|---|
| CLEARING AND GRUBBING AND HUALING OFFSITE TO OWNERS PROPERTY | $23,870.00 |
| CUTTING AND FILLING ROAD UNDERCUTTING AND COMPACTING | $10,900.00 |
| PLACING AND COMPACTING 6IN. #57 LIMESTONE TO GRADE | $19,144.00 |
| INSTALLING CONCRETE ROAD ACCORDING TO PRINTS | $67,360.00 |

**EQUIPMENT AND MATERIALS**

THESE ARE OUR CALCULATED MATERIALS.
631.8 YDS. CONCRETE
1512 TONS OF #57 LIMESTONE
MATERIAL FOR FORMS
METAL FORMS RENTAL FOR ISLANDS
3600FT. OF 6IN, EXPANSION JOINTS
#2 REEBAR GRADE STAKES

EQUIPMENT
2 D-5 DOZERS
1 963 TRACK LOADER
TWO TRIAXLE DUMP TRUCKS
ONE BACKHOE
ONE ROLLER
ONE LASER LEVEL

*IF SIGNED BY BOTH CONTRACTOR, SOUTHERN EXCAVATING INC., AND PROPERTY OWNER H T BOGGS, THESE TWO PAGES WILL SERVE AS A BINDING CONTRACT. METHOD OF PAYMENT TO BE DETERMINED BY PERCENTAGE OF WORK COMPLETED ON A SEMI WEEKLY SCHEDULE. CLEARING AND GRUBBING ONE PAYMENT UPON COMPLETION CUTTING AND FILLING ROAD ONE PAYMENT AND STONE PLACEMENT ONE PAYMENT. CONCRETE PLACING WILL BE PAID BY FOOTAGE COMPLETED.*

TOTAL AMOUNT OF THIS CONTACT _____ $121,274.00

SIGNED THIS _____ DAY OF _____ 1999 BY

SOUTHERN EXCAVATING INC BY _____

H T BOGGS OWNER BY _____



# SOUTHERN EXCAVATING INC..

#2 Lynn Marr
Huntington, West Virginia 25705

Phone 304-522-3013
Fax 304-522-3018

July 08, 1999

H T Boggs
Boggs Landing
South Point Ohio

**PLAINTIFF'S EXHIBIT 183**

Dear, Mr. Boggs

   I truly hope this don't cause a Heart attack or worse. I'm sure you understand hauling all the waste away adds a lot to the clearing and grubbing. On the cutting and filling the road, believe it or not that figures up to about 1777 yds to be moved and placed and compacted in the road to do the 1 ft. undercut,but it's the right way to do the job. I think the stone is very nec. also. It will save you a lot of grief down the road. After years doing this work you learn not to short cut certain things.In some of the areas where we put some of the excess dirt in the low places we'll have to take out some of the under brush. But we won't forget to keep the trees.
   I some how think I'm talking to somebody that pretty well knows what's nec. to do this job anyway.Be assured that if we do the job,it will be done right. We guarantee all our work to be top quality.

THANKS AND GOOD LUCK ON YOUR PROJECT     RUSSELL BLANKENSHIP

*Russell Blankenship* (signature)

<u>SOUTHERN EXCAVATING INC.
#2 LYNN MARR DR.
HUNTINGTON WV. 25705
PHONE 304-522-3013
FAX 304-522-3018</u>



PLAINTIFF'S EXHIBIT 184

*PROPOSAL*

**H T BOGGS
BOGGS LANDING**

**SCOPE OF WORK IN THIS PROPOSAL**

**CLEARING AND GRUBBING**

CLEARING AND GRUBBING CONSIST OF CLEARING AWAY ALL TREES. ROOTS AND STUMPS IN AN AREA APROX. 1200ft. LONG, AND 60 TO 65ft WIDE. THIS IS FOR A 40ft WIDE ROAD AND A SMALL WORKING AREA AND ACCESS. ALL WASTE IS TO BE REMOVED OFF SITE TO AN AREA DETERMINED BY OWNER. WASTE AREA NOT TO EXCEED 1 MILE FROM WORKING AREA. AFTER WASTE IS REMOVED FROM SITE TO WASTE AREA, IT BECOMES THE RESPONSIBILITY OF THE OWNER. ALL TREES 10in. OR ABOVE NOT DIRECTLY IN THE LINE OF THE ROAD WILL REMAIN IN THIS CLEARED AREA OR OTHER TREES DESCRIBED BY OWNER.

**CUTTING AND GRADING ROAD**

ROAD AREA WILL BE UNDERCUT TO A DEPTH OF 1 FT. THIS WILL BE FOR 6in. STONE FOR A FREE DRAINING BASE, AND 6in. OF 6000LB.S. CONCRETE. EXCESS DIRT WILL BE USED IN LOW AREAS TO BRING UP TO DESIRED GRADE. ELEVATION TO BE DETERMINED BY BEST DRAINING METHOD AVAILABLE ON SITE. IF THERE IS ANY DIRT REMAINING, IT WILL BE PUT IN A SMALL STOCK PILE AT THE MOST REAR CORNER OF THE PROPERTY TO USE FOR LOT EXCAVATION AND LEVELING. ALL MATERIAL USED IN ROAD AREAS WILL BE COMPACTED BEFORE STONE IS PLACED.

**STONE**

STONE WILL BE CONSIDERED AS A FREE DRAINING BASE. #57 LIMESTONE WILL BE PLACED AT NO LESS THAN 6in. AND COMPACTED BEFORE CONCRETE IS PLACED.

**CONCRETE ROAD**

CONCRETE ROAD WILL BE AT APROX 1040FT X 40FT WITH CULDESAC AT REAR. ALSO APROX. 132FT. AT 30FT. WIDE AT THE ENTRANCE, WITH FLARE TO 50FT. AT OLD 52 ROAD. THIS IS TAKEN FROM PRINTS FURNISHED BY OWNER. THESE PRINTS WILL BE FOLLOWED UNLESS OTHERWISE STATED BY OWNER AND CHANGED BY MEETING AND COST ADJUSTED IF CHANGE REQUIRES UNREASONABLE EXTRA WORK.. ALL MEASUREMENTS WILL BE FOLLOWED FROM THESE PRINTS OR PLANS, AND CAN ONLY BE CHANGED BY THE OWNER .ISLANDS WILL BE PLACED ACCORDING TO PRINTS FURNISHED.EXSPANTION JOINTS WILL NOT EXCEED 30FT. AND ONE CENTERED. CONCRETE ROAD WILL SLOPE TO THE CENTER AT APROX. 2% OR STATED AMOUNT BY OWNER. AT NATURAL DRAINING POINTS OF THE PROPERTY OR STATED POINTS BY THE OWNER THE ROAD WILL SLOPE ACCORDINGLY TO OUTSIDE TO DRAIN.
DIRT OR BACKFILL WILL BE PLACED AND DRESSED DOWN BOTH SIDES OF THE COMPLETED ROAD TO ALLOW ACCESS.

**CONTRACTOR**
CONTRACTOR IS TO BE LICENSED AND ISURED AND RESPONSIBLE FOR ALL SAFTEY ON THE PROJECT.

Case 1:01-cv-00776-HJW   Document 88-2   Filed 03/22/2004   Page 4 of 7

*SOUTHERN EXCAVATING INC.*
*#2 LYNN MARR*
*HUNTINGTON WV. 25705*
*PHONE 304-522-3013*
*FAX 304-522-3018*



PLAINTIFF'S EXHIBIT 185

PAGE TWO OF TWO

| | |
|---|---|
| CLEARING AND GRUBBING AND REMOVING OFF SITE | $21,960.00 |
| CUTTING AND FILLING ROAD AND COMPACTING | $9,930.00 |
| PLACING AND COMPACTING STONE TO GRADE | $19,144.00 |
| INSTALLING ASPHALT ROAD ACCORDING TO PRINTS. | $24,790.00 |
| PLACING NEC. PIPE AT ROAD ENTRY | $664.90 |
| **TOTAL COST OF PROJECT DESCRIBED** | **$76,488.90** |

PAY METHOD WILL BE ON PORTIONS OF PROJECT COMPLETED. CLEARING AND GRUBBING FIRST PAYMENT UPON COMPLETION, CUTTING AND FILLING, AND PLACING NEC. PIPE AT ENTRY SECOND PAYMENT UPON COMPLETION, PLACING STONE AND COMPACTING THIRD PAYMENT UPON COMPLETION.
ASPHALT ROAD FOURTH AND FINAL PAYMENT.

CORNERS OF PROPERTY TO BE MADE AVAILABLE TO SOUTHERN EXCAVATING BY PROPERTY OWNER . ROAD TO BE CENTERED IN PROPERTY AS PER PRINTS. ENTRY TO BE AS PER PRINTS. IF CORNERS NEED TO BE LOCATED, SOUTHERN EXCAVATING WILL PROVIDE H T BOGGS WITH AN INVOICE AT COST TO SOUTHERN EXCAVATING INC. FOR REIMBURSEMENT OF COST ONLY.

IF THIS DOCUMENT IS SIGNED BY BOTH PARTIES,SOUTHERN EXCAVATING INC.AND H T BOGGS, IT WILL SERVE AS A BINDING CONTRACT FOR THE ABOVE MENTIONED SCOPE OF WORK, AND PAY METHOD DESCRIBED ABOVE.

SIGNED THIS ―― DAY OF ―――――― 1999, BY

―――――――――――――――――――――――――FOR SOUTRHERN EXCAVATING INC.

AND BY ―――――――――――― ――― ―――――-H T BOGGS, ( OWNER )



**SOUTHERN EXCAVATING INC.**
**#2 LYNN MARR**
**HUNTINGTON WV. 25705**
**PHONE 304-522-3013**
**FAX 304-522-3018**
**PROPOSAL**



PLAINTIFF'S EXHIBIT 188

H T BOGGS
BOGGS LANDING

### CLEARING AND GRUBBING

CLEARING AND GRUBBING CONSIST OF CLEARING AWAY ALL TREES, ROOTS AND STUMPS IN AN AREA APPROXIMATELY 1200FT IN LENGTH, AND FROM 60FT TO 65FT WIDE. THIS CLEARING WILL SERVE FOR A 40FT ROAD RIGHT OF WAY AND A SMALL WORKING AREA BESIDE THE ROAD. ALL WASTE WILL BE REMOVED OFF SITE TO AN AREA DETERMINED AND OWNED BY H T BOGGS. THIS AREA WILL NOT EXCEED 1 MILE FROM WORKING AREA. UPON PLACEMENT OF THE WASTE IN AREA DESIGNATED, IT WILL BECOME THE RESPONSIBILITY OF H T BOGGS.
ALL TREES 10IN. OR ABOVE NOT DIRECTLY IN THE LINE OF THE ROAD WILL REMAIN IN THE CLEARED AREA.

### ROAD CUTTING AND GRADING

ROAD AREA WILL BE CUT TO A DEPTH OF 9IN.. THIS WILL SERVE FOR 6IN. CRUSHED STONE(#57) AND 2IN. BASE COURSE, AND 1IN. FINISH COURSE OF ASPHALT. EXCESS DIRT TO BE PLACED IN LOW AREAS AS TO HELP DRAINAGE. REMAINING DIRT WILL BE USED TO FILL ISLANDS TO A SMALL MOUND OR PRESENTABLE PLEASING LOOK. ALL OTHER EXCESS DIRT (IF ANY) WILL BE STOCK PILED ON PROPERTY AT REAR OR DESIGNATED AREA OF OWNER.

### STONE

STONE WILL BE USED AS A FREE DRAINING BASE UNDER ASPHALT. THE STONE WILL BE PLACED AND COMPACTED TO A DEPTH OF NO LESS THAN 6 IN. STONE WILL BE SET TO GRADE AND PROPERLY COMPACTED FOR ASPHALT.

### ASPHALT

ASPHALT WILL BE PLACED AT 2 IN. BASE COURSE AND 1 IN. FINISH COURSE. PRINTS AND OR DRAWING FURNISHED TO SOUTHERN EXCAVATING BY H T BOGGS, WILL BE USED AND FOLLOWED FOR ALL LAYOUT FOR ROAD AND ISLANDS. THERE WILL BE NO CURBS. ROAD WILL BE SLOPED TO THE CENTER TO 2% OR OTHER % DESIRED BY OWNER. AT DESIRED POINTS OR, AREAS SHOWING NATURAL DRAINAGE, THE ROAD WILL TURN SLOPE TO THE EDGE TO DRAIN WATER. DIRT WILL BE PLACED BACK TO THE ROAD AT EDGES FOR A PLEASING LOOK AND, TO SERVE ACESS TO THE ROAD.

### NEEDED PIPE AT ROAD ENTRY PRIOR TO ASPHALT

A 6 IN. WATER LINE WILL BE PLACED UNDER ROAD FOR WATER SUPPLY AND A 8 IN. DRAIN FOR STORM WATER. THE LENGTH OF WATER AND DRAIN PIPE WILL NOT EXCEED 40 FT. THIS WILL BE PLACED EVENLY UNDER ROAD PRIOR TO ASPHALT OR STONE. WATER LINE WILL BE MARKED TO GAIN LATER ACCESS. WATER TO BE 6 IN. PVC WATER LINE. STORM TO BE PVC STORM PIPE. BOTH PIPE TO BE APPROVED MATERIAL FOR USE.

**SOUTHERN EXCAVATING INC**
**#2 LYNN MARR**
**HUNTINGTON WV, 25705**
**PHONE 304-522-3013**
**FAX 304-522-3018**

### PAGE TWO OF TWO

| | |
|---|---|
| CLEARING AND GRUBBING AND REMOVING OFF SITE | $21,960.00 |
| CUTTING AND FILLING ROAD AND COMPACTING | $9,930.00 |
| PLACING AND COMPACTING STONE TO GRADE | $19,144.00 |
| INSTALLING ASPHALT ROAD ACCORDING TO PRINTS. | $24,790.00 |
| PLACING NEC. PIPE AT ROAD ENTRY | $664.90 |
| **TOTAL COST OF PROJECT DESCRIBED** | **$76,488.90** |

PAY METHOD WILL BE ON PORTIONS OF PROJECT COMPLETED. CLEARING AND GRUBBING FIRST PAYMENT UPON COMPLETION, CUTTING AND FILLING, AND PLACING NEC. PIPE AT ENTRY SECOND PAYMENT UPON COMPLETION, PLACING STONE AND COMPACTING THIRD PAYMENT UPON COMPLETION.
ASPHALT ROAD FOURTH AND FINAL PAYMENT.

CORNERS OF PROPERTY TO BE MADE AVAILABLE TO SOUTHERN EXCAVATING BY PROPERTY OWNER . ROAD TO BE CENTERED IN PROPERTY AS PER PRINTS. ENTRY TO BE AS PER PRINTS. IF CORNERS NEED TO BE LOCATED, SOUTHERN EXCAVATING WILL PROVIDE H T BOGGS WITH AN INVOICE AT COST TO SOUTHERN EXCAVATING INC. FOR REIMBURSEMENT OF COST ONLY.

IF THIS DOCUMENT IS SIGNED BY BOTH PARTIES,SOUTHERN EXCAVATING INC.AND H T BOGGS, IT WILL SERVE AS A BINDING CONTRACT FOR THE ABOVE MENTIONED SCOPE OF WORK, AND PAY METHOD DESCRIBED ABOVE.

SIGNED THIS ——— DAY OF ——————— 1999, BY

———————————————————————FOR SOUTRHERN EXCAVATING INC.


AND BY ———————————————————H T BOGGS, ( OWNER )