10": Roadway 299???
1. Fabric        3280?? @ 1.25 sy        = 4,512.00
6" Stone        947 tons stone @ 16 ton in place = 15,252.--
3" Asphalt      493 tons @ 40 ton              = 19,900.--

                Total for Items #1 Th #10       = 39,212.--

                Cost to develope = 5,566 Lot = 64 lots
                per Trailer Lot

                1½ yrs to break even
                on development cost

Ted Dawson  1-304-633-6542 mobile
            304-529-6542 Home

PLAINTIFF'S EXHIBIT 187

EXHIBIT A