FILED
JAMES BONINI
CLERK

04 APR -1 PM 1:43

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SCOTT HUTCHINSON ENTERPRISES, INC., et al | ) CIVIL ACTION NO. C-1-01-777 |
| PLAINTIFFS | ) |
| | ) JUDGE WEBER |
| v. | ) |
| LARRY RHODES, INC., et al | ) APPEARING ON BEHALF OF: |
| | ) DEFENDANTS, JAMES M. ZIMMER AND |
| DEFENDANTS | ) H. JACK GEISLER |

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, E. Christine, hereby requests permission to appear *pro hac vice* in the subject case filed in the Cincinnati Division of the United States District Court for the Southern District of Ohio. Petitioner states under penalty of perjury that she is a member in good standing of the Bar of the highest Court of the Commonwealth of Kentucky and that a current Certificate of Good Standing with this Court is provided. Petitioner states further that she is not eligible for admission under Local Rule 83.4(b). Petitioner designates Gayle B. McGrath as local counsel. Her business address is provided below in the Consent of Designated Local Counsel.

This 31st day of March, 2004.

Respectfully submitted,

W. Craig Robertson III
E. Christine Lewis
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
859.233.2012
859.259-0649 (Facsimile)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Gayle B. McGrath, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

This 31 day of March, 2004.

Respectfully submitted,

Gayle B. McGrath (0028390)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
859.233-2012

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following, by U.S. mail, on this the 31 day of March, 2004:

Thomas R. Schuck
Craig R. Paulus
Taft, Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3057

William P. Schroeder
11935 Mason Road, Suite 100
Cincinnati, OH 45249

E. David Marshall
271 West Short Street, Suite 111
Lexington, KY 40507

Bradford Sanders
9122 Montgomery Road, Suite 201
Montgomery, OH 45242

Gayle B. McGrath

30322397.1

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1883
(502) 564-3795
FAX (502) 564-3225

**OFFICERS**
John W. Stevenson, *President*
R. Kent Westberry, *President-Elect*
David B. Sloan, *Vice President*
Stephen B. Catron, *Past President*

**HOUSE OF DELEGATES**
Larry H. York, *Chair*
Linda McCubbin Hopgood, *Chair-Elect*

**YOUNG LAWYERS**
Sheila P. Hiestand, *Chair*

**EXECUTIVE DIRECTOR**
Bruce K. Davis

**BOARD OF GOVERNORS**
Barbara D. Bonar
Donald H. Combs
Jane Winkler Dyche
Charles E. English, Jr.
Margo L. Grubbs
Shelby C. Kinkead, Jr.
Robert Scott Madden
Douglas L. McSwain
Charles E. Moore
Michael J. O'Connell
John M. Rosenberg
Joseph L. White
Mark C. Whitlow
C. A. Woodall, III

### THIS IS TO CERTIFY THAT

*EVA CHRISTINE LEWIS*
*250 West Main Street, Suite 1600*
*Lexington, Kentucky 40507-1746*

Membership No. **89479**

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated the 23rd day of March, 2004.*



**BRUCE K. DAVIS**
**REGISTRAR**

By: _Michele M. Pogrotsky_
Michele M. Pogrotsky, Deputy Registrar



| | | |
|---|---|---|
| **SUSAN STOKLEY CLARY**<br>Clerk | **OFFICE OF THE CLERK**<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

# CERTIFICATION

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Eva Christine Lewis_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on ___October 11, 2002___, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____Eva Christine Lewis_____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __25th__ day of __March__, __2004__.

SUSAN STOKLEY CLARY
CLERK

By: *Michael Adams*
Deputy Clerk

```
Thu Apr  1 15:32:03 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.   100 422427
Cashier          kj1

Tender Type  CHECK

Check Number: 177987

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No      Acct
  4661        1        6855XX

Amount            $    50.00

WYATT TARRANT & COMBS LLP

PRO HAC VICE C-1-01-777



Thu Apr  1 15:32:03 2004

Check No. 177987
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```