UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchison Enterprises, Inc., et al., | : | Civil Action No. C-1-01-776 |
| | : | |
| Plaintiffs | : | Judge Weber |
| | : | |
| v. | : | |
| | : | |
| Rhodes, Inc., et al., | : | NOTICE OF MANUAL FILING OF |
| | : | DEPOSITION EXHIBITS |
| Defendants | : | |
| | : | |

Defendant H.T. Boggs gives notice of the manual filing of Deposition Exhibits 1 - 201 with

index of the exhibits.


Respectfully submitted,

Thomas R. Schuck (0005336)
Trial Attorney for Defendant H.T. Boggs
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

W0135636.1

Of Counsel:

Kevin J. Waldo (0022379)
413 Center Street
Ironton, Ohio 45638-1505
(740) 532-4911

Craig R Paulus (0074352)
Taft, Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of the foregoing electronically or by regular

United States mail, postage prepaid this *1st* day of April, 2004 on the following:

William P. Schroeder
Schroeder, Maundrell, Bariere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
Attorney for Plaintiffs

Gayle B. McGrath, Esq.
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Attorney for Defendants Zimmer and Geisler

E. David Marshall, Esq.
271 West Short Street, Suite 111
Lexington, Kentucky 40507

W. Craig Robertson, III
Wyatt, Tarrant & Combs
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Attorney for Defendants Zimmer and Geisler

M. Bradford Sanders, Esq.
9122 Montgomery Road, Suite 201
Montgomery, Ohio 45242
Attorney for Defendant Rhodes, Inc.
Rhodes Incorporated, and Rhodes &
Assocites, Inc.

      /s/    *Thomas R. Schuck*

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|--------------|-------------|---------|
| 09/08/2003 | | Defendant H.T. Boggs' Notice of Taking Depositions | 001 |
| 09/08/2003 | | Subpoena for Deposition and Production of Documents Served on Mitchell L. Klein on 09/11/2003 | 002 |
| 02/21/2002 | | Subpoena for Deposition and Production of Documents Served on Mitchell L. Klein on 02/08/2002 | 003 |
| | K00483 - K00486 | Letter of Intent of Scott Hutchison Enterprises, Inc. to enter into lease with Boggs covering property "currently used by H.T. Boggs in his mobile home sales business on Route 52 together with strip of land along Route 52" and Notes listing Boggs' phone & fax numbers | 004 |
| | K00547 | Handwritten notes re Hutchison/Boggs real estate transaction | 005 |
| | K00549 | Handwritten notes re Hutchison/Boggs real estate transaction | 006 |
| | K00340 | Handwritten notes re project, attorney fees, and closing date | 007 |
| | K00309 | Undated note to "John" from "Mitch" requesting approval of $1.3 million lender's policy | 008 |
| 11/08/1999 | K00462 | Questions re H.T. Boggs property with handwritten notes | 009 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|--------------|-------------|---------|
| 09/17/1999 | K00550 - K00555 | Facsimile to S. Hutchison from Klein & Hall attaching rough draft of Sales Agreement for Boggs deal | 010 |
| | K00539 - K00544 | Handwritten note to Scott attaching revised Real Estate Sales Agreement | 011 |
| 09/22/1999 | K00514 - K00522 | Lease, Option to Purchase Real Estate and Purchase of Inventory between Scott Hutchison Enterprises, Inc. and Boggs (not executed) | 012 |
| | K00480 - K00482 | Agreement between Boggs Landing, Inc. and Scott Hutchison Enterprises, Inc. (not executed) | 013 |
| 10/19/1999 | B00293 - B00297 | Fax from M. Klein to D. Konrad delivery of $100,000 check and requirements of S. Hutchison's lender re closing; draft real estate sales agreement attached | 014 |
| 10/19/1999 | B00307 - B00314 | Fax from M. Klein to D. Konrad re status of lender's requirements and second draft of real estate sales agreement | 015 |
| 10/19/1999 | B00303 - B00306 | Letter from D. Konrad to M. Klein forwarding revisions to proposed real estate sales agreement | 016 |
| 10/19/1999 | K00523 & K00426 | Letter to M. Klein from D. Konrad with suggested revisions to proposed Real Estate Sales Agreement | 017 |
| 10/20/1999 | K00420 - K00425 | Partial copy of Real Estate Sales Agreement with handwritten notes and revisions | 018 |

2

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|-------------|-------------|---------|
| 10/20/1999 | B00315 - B00323 | Fax from M. Klein to D. Konrad re additional changes to real estate sales agreement and procedure for delivery of $100,000 check | 019 |
| 10/20/1999 | B00330 - B00336 | Fax from M. Klein to D. Konrad okaying revisiosn and stating that S. Hutchison will deliver $100,000 check at 3PM | 020 |
| 10/20/1999 | B00337 - B00340 | Unexecuted real estate sales agreement w/portions in bold italics | 021 |
| 10/20/1999 | K00491 - K00497 | Second Draft of Real Estate Sales Agreement with handwritten revisions | 022 |
| 10/20/1999 | K00005 - K00011 | Real Estate Sales Agreement between Scott Hutchison Enterprises and H.T. Boggs--Final Version | 023 |
| 10/20/1999 | K00524 | Memorandum to Brass Thompson from M. Klein enclosing copies of "everything that they have made available" (no attachments) | 024 093 |
| 10/20/1999 | K00427 | Memorandum to "John" from "Mitch" enclosing copies of "everything that they have made available" and ordering copies of all easements, out-conveyances and 1998 tax tickets (no attachments) | 025 |
| 10/20/1999 | K00313 - K00314 | Memorandum to "John" from "Mitch" enclosing copies of "everything that they have made available" and ordering copies of all easements, out-conveyances and 1998 tax tickets and handwritten note re description of project and listing various questions that need to be addressed | 026 |

3

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|-------------|-------------|---------|
| 10/20/1999 | K00344 | Handwritten note on Flynn, Max, Miller, Toney & Klein, L.C. (Real Estate Law Firm) re purchase of up to 17 parcels and noting that surveyor is Brass Thompson | 027 |
| 05/22/2001 | R00011 - R00013 | Fax to B. Ketchum from J. Zimmer attaching Rhodes Inc. Proposal Acceptance by S. Hutchison | 028 133 |
| 10/21/1999 | K00506 - K00513 | Facsimile to Hutchison from Klein forwarding first draft of Real Estate Sales Agreement for review | 029 |
| | K00498 | Letter to Dan from Mitch re delivery of cashier's check, lender's insistence on specified items and lender's waiver of appraisal (no attachment) | 030 |
| 10/21/1999 | K00499 - K00505 | First Draft of Real Estate Sales Agreement | 031 |
| 10/21/1999 | K00487 - K00490 | Draft Real Estate Sales Agreement with handwritten revisions | 032 |
| 10/22/1999 | K00477 - K00479 | Facsimile cover sheet to Klein from Konrad attaching Bill of Sale and Assignment between Boggs Landing, Inc. and Scott Hutchison Enterprises, Inc. | 033 |
| | K00133 - K00137 | Title Search Order Form and Abstractor's Report noting "defect" re Alice Philpot's 1/2 interest in property and several other questions -- Parcel #06-135-0100 | 034 |
| | K00406 | Hutchison Survey Notes with handwritten note "closes Monday at 11:30" | 035 |

4

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|-------------|-------------|---------|
| 11/01/1999 | HB0008 - HB0010 | Bill of Sale and Assignment between Boggs Landing and Scott Hutchison Enterprises for eleven manufactured homes | 036 |
| 11/01/1999 | HB0011 - HB0013 | Agreement between Boggs Landing and Scott Hutchison Enterprises confirming previous payment for two manufactured homes and confirming agreement to transfer seven new and two used manufactured homes | 037 |
| 11/08/1999 | K00476 | First American Title Insurance stating that there is and is not a wet land problem | 038 |
| 11/17/1999 | K00417 | First American Title Insurance Company faxed to M. Klein from L. Baldwin | 039 |
| 11/09/1999 | K00468 | Handwritten note to Mitch from John attaching easement & defect information and cost of lenders policy (no attachment) | 040 |
| | K00150 | Facsimile memorandum to K. Waldo from M. Klein re potential title defect concerning Alice Philpot's % interest in property | 041 |
| 11/09/1999 | HB0432-HB0439 | Draft Commitment for Lenders Title Insurance Policy in the amount of $1,300,000 with handwritten notes by M. Klein | 042 |
| | K00175 - K00179 | Miscellaneous plats/maps of property and surrounding area | 043 |
| 10/27/1999 | K00168 - K00174 | Search performed on Boggs for tax year 1998 | 043 |

5

Scott Hutchison Enterprises, Inc., et al.

v.

Rhodes, Inc., et al.

Civil Action No. C-1-01-776

| Date | Bates Number | Description | Exhibit |
|------|--------------|-------------|---------|
| 11/09/1999 | K00158 - K00167 | Letter to Robert Wasserman at Midland Title Security, Inc. from John E. Hall enclosing the "Large Policy Authorization form" and the "commitment and legal | 043 |
| 11/09/1999 | K00293 | Facsimile note to "John" from "M" requesting legal description re Hutchison and attaching title insurance commitment and authorization form (not attached) | 044 |
| | K00294 - K00308 | Miscellaneous plats of various parcels of land | 045 |
| 11/12/1999 | K00456 - K00457 | Letter to M. Klein from J.L. Stephens attaching two plats and legal description; suggests utilization of legal description provided for property south of State Route 7 and existing descriptions for remaining parcels (plats not attached) | 046 |
| 12/03/1999 | K00081 - K00087 | Conveyance of property from Boggs to W.N. & Scott Hutchison with attachments | 047 |
| 12/06/1999 | K00345 - K00347 | Settlement/Disclosure Full Balance Sheet and Check Register | 048 |
| 12/06/1999 | H00290 - H00291 | Settlement Statement for sale of property totaling $1,100,000 by H.T. Boggs to W.N. and Scott Hutchison Partners | 049 |
| 12/06/1999 | K00098 - K00106 K00373 - K00381 | Mortgage between W.N. & Scott Hutchison Partners and Huntington National Bank for property located at US RT 52 & Macedonia Road, South Point, Ohio | 050 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|--------------|-------------|---------|
| 12/06/1999 | K00107 - K00114 | Assignment of Rents between W.N. & Scott Hutchison Partners and Huntington National Bank for property located at US RT 52 & Macedonia Road, South Point, Ohio | 051 |
| 12/09/1999 | K00151 - K00154 | Lenders Title Policy from First American Title Insurance Company (not executed) | 052 |
| 12/09/1999 | HB0409 - HB0416 | Policy of Title Insurance from First American Title Insurance Company on W.N. & Scott Hutchison Partners property in the amount of $1,300,000 | 053 |
| 09/08/2003 | | Subpoena for Deposition and Production of Documents Served on Robert Van Nostrand on 09/11/03 | 054 |
| 02/21/2002 | | Subpoena for Deposition and Production of Documents Served on Custodian of Records for Huntington National Bank on 02/08/02 | 055 |
| 07/27/2003 | | Subpoena for Deposition and Production of Documents Served on Custodian of Records for Huntington National Bank on 06/24/03 | 056 |
| 12/09/1999 | | Lenders Title Insurance Policy of First American Title Insurance Company to the Huntington National Bank for subject property vested in W. N. & Scott Hutchison Parners. | 057 |
| 09/30/2003 | | Letter from T. Schuck to G. Ullman of Huntington National Bank Re: Documents subpoenaed from Huntington Bank. | 058 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|-------------|-------------|---------|
| 10/18/1999 | H00532 - H00659 | Appraisal of Boggs Landing Manufactured Home Park for Robert Van Nostrand, VP of Huntington National Bank prepared by L. Dean Schwartz, Senior VP of Reed, Hartleben, Burrell, Lipscomb & Cone a Division of McDaniel, Inc. showing an "As Is Value  Including Extra Land" of $1,150,000 and an "As If Finished Value" of $1,715,000 | 059 |
| 10/12/1999 | | Letter to S. Hutchison from R. Van Nostrand approving request for financing contingent on approval of appraisal, Phase I Environmental Site Assessment, proof of insurance, title insurance, survey and properly executed loan documents (no attachment) | 060 |
| 10/25/1999 | HB0722 - HB727 | Officer Memo from R. Van Nostrand to Credit re Scott Hutchison Enterprises' financing of acquisition of 11 mobile homes | 061 |
| 10/28/1999 | R00057 - R00058 | Fax cover sheets from D. Spivey to R. Van Nostrand  and S. Hutchison forwarding letter re preliminary letter for Phase I Environmental Assessment for S. Hutchison | 062 |
| 10/28/1999 | R00059 - R00060 | Letter to R. Van Nostrand from A. Spivey and J. Zimmer re preliminary letter for Phase I Environmental Assessment of Proposed Acquisition for S. Hutchison | 063 |
| 10/29/1999 | K00399 | Invoice to R. Van Nostrand from McDaniel, Inc. for appraisal of properties located on Route 75, Near Lavalette, Wayne County, West Virginia | 064 |

8

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|-------------|-------------|---------|
| 10/29/1999 | HB0769 | Corporate Resolution of Scott Hutchison Enterprises authorizing loan from HNB in the amount of $250,000 maturing 10/30/00 (pg. 1 only) | 065 |
| 06/09/1998 | HB0134 | Transmittal from Susan Blees to Joanne Strickland of documentation checklist for Scott Hutchison Enterprises' $430,000 business loan | 066 |
| 10/05/1998 | HB0109 - HB0110 | Commercial Loan Documentation Checklist for Scott Hutchison Enterprises loan in the amount of $214,000 | 066 |
| 05/21/1999 | HB0081 - HB0082 | Commercial Loan Documentation Checklist for Scott Hutchison Enterprises loan in the amount of $225,000 | 066 |
| 05/21/1999 | HB0083 - HB0084 | Commercial Loan Documentation Checklist for Scott Hutchison Enterprises loan in the amount of $1,700,000 (with handwritten notes) | 066 |
| 10/20/1999 | HB0107 | Commercial Loan Document Checklist for Scott Hutchison Enterprises loan in the amount of $656,500 | 066 |
| 12/03/1999 | HB0093 - HB0094 | Commercial Loan Documentation Checklist for Scott Hutchison Enterprises loan in the amount of $1,650,000 | 066 |
| 06/28/2001 | HB0019 | Commercial Loan Documentation Checklist for $50,000 loan using real property located at 17-19-21 Washington Avenue as collateral | 066 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|--------------|-------------|---------|
| 09/14/2001 | HB0027 | Commercial Loan Documentation Checklist for $3,500,000 loan | 066 |
| 11/01/1999 | HB0042 | Mortgage Loan Facility Request for Scott Hutchison Enterprises showing a total exposure of $4,669,545 | 067 |
| 11/02/1999 | H00775 - H00784 | Officer Memorandum to Credit from Bob Van Nostrand re Scott Hutchison Enterprises acquisition & development financing Boggs Landing MHP & adjacent land | 068 |
| | HB1024 - HB1046 | American Society of Testing and Materials Standard Practice for Environmental Site Assessments: Phase 1 Environmental Site Assessment Process | 069 |
| 11/08/1999 | R00064 - R00084 | Draft Report of Phase I Environmental Site Assessment | 070 |
| 11/08/1999 | H00007 - H00059 | Phase I Environmental Site Assessment of Two Tracts: A 14.64 acre mobile home park and an undeveloped 13.37 acre tract prepared by Rhodes, Inc. for S. Hutchison | 071 135 |
| 12/06/1999 | HB0157 - HB0164 | Construction Loan Agreement between HNB and W.N. & Scott Hutchison Partners in the amount of $1,650,000 and maturing 12/6/09 | 072 |
| 12/06/1999 | HB0043 - HB0045 | Promissory Note between W.N. & Scott Hutchison Partners and HNB in the amount of $1,650,000 w/interest rate of 8.5% and maturing 12/06/09 | 073 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|--------------|-------------|---------|
| 12/09/1999 | HB0363 - HB0372 | Mortgage between W.N. & Scott Hutchison Partners and HNB for property located at US Route 52 & Macedonia Road, South Point, OH | 074 |
| 12/09/1999 | HB0373 - HB0378 | Mortgage between Hutch & Sons Partnership and HNB for property located at Rome Township, Joe Montrose Estate Subdivision, Lots #58, 59 & 60, Proctorville, OH | 074 |
| 12/09/1999 | HB0383 - HB0390 | Assignment of Rents between W.N. & Scott Hutchison Partners and HNB for rents from property located at US Route 52 & Macedonia Road, South Point, OH | 075 |
| 09/28/2000 | H00292 - H00293 | Unsigned Settlement Statement for sale of property totaling $1,215,000 by W.N and Scott Hutchison Partners to Scott Hutchison Enterprises, Inc. | 076 |
| 09/01/2000 | K00033 - K00041 | Memorandum of Partnership Agreement for W.N. & Scott Hutchison Partnership, an Ohio general partnership | 077 109 |
| 11/08/2001 | HB0767 - HB0768 | Assumption Agreement among W.N. & Scott Hutchison Partners as Seller, Scott Hutchison Enterprises as Purchaser and HNB as Lender--assuming all responsibilities for $1,650,000 Note dated 12/06/99 and $1,650,000 mortgage | 078 110 |

**11**

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|-------------|-------------|---------|
| 08/08/2001 | H00660 - H00774 | Appraisal of Brianna Rose Mobile Home Park for Robert Van Nostrand, VP of Huntington National Bank prepared by Larry M. McDaniel of Precision Appraisal Services showing an "As Is Value" of $1,300,000 | 079 |
| 09/07/2001 | HB0728 - HB0731 | HBI Site Inspection Questionnaire: Borrower is Scott Hutchison Enterprises and Hutch & Son; Loan Officer is Bob Van Nostrand; proposed closing date is 09/14/01--handwritten note at top states "Brianna Rose (Boggs) Property" | 080 103 |
| 09/14/2001 | HB0501 - HB0502 HB0504 (p. 2) | Business Loan Agreement between Scott Hutchison Enterprises, Hutch & Sons and HNB in the amount of $3,500,000 maturing 07/06/10 | 081 |
| 09/14/2001 | HB0072 - HB0074 | Promissory Note between Scott Hutchison Enterprises, Hutch & Sons and HNB in the amount of $3,500,000 w/interest rate of 5.751% and maturing 07/06/10 | 082 |
| 09/14/2001 | HB0578 - HB0587 | Mortgage between Scott Hutchison Enterprises and HNB for 12 parcels on US Route 52, South Point, OH | 083 |
| 09/14/2001 | HB0588 - HB0595 | Assignment of Rents between Scott Hutchison Enterprises and HNB for 12 parcels on US Route 52, South Point, OH | 084 |
| 09/14/2001 | HB0177 - HB0179 | Commercial Guaranty: Borrower is Scott Hutchison Enterprises and Hutch & Sons; Lender is HNB; Guarantor is W.Scott Hutchison--the amount of the guaranty is unlimited | 085 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|-------------|-------------|---------|
| 09/14/2001 | HB0180 - HB0182 | Commercial Guaranty: Borrower is Scott Hutchison Enterprises and Hutch & Sons; Lender is HNB; Guarantor is Laya Hutchison--the amount of the guaranty is unlimited | 086 |
| 09/18/2001 | HB0523 | FEMA Standard Flood Hazard Determination for Scott Hutchison Enterprises' property located at County Road 1, Brianna Rose Trailer Park, South Point, OH | 087 |
| 10/31/2001 | HB0508 - HB0509 | Business Loan Agreement between Scott Hutchison Enterprises and HNB for $712,500 loan maturing 11/30/06 | 088 |
| 09/08/2003 | | Subpoena for Deposition and Production of Documents served on Scott Hutchison. | 089 |
| 01/25/1998 | | Drawing of Boggs Landing Addition | 090 |
| 01/25/1998 | HB0300 - HB0357 | State Auto Insurance Companies Policy #PBP953623701 owned by Scott Hutchison Enterprises | 091 |
| 10/20/1999 | H00001 - H00004 | Letter agreement between Rhodes, Inc. and S. Hutchison for Phase I Environmental Assessment of property | 092 |
| 11/12/1999 | K00396 | Invoice to S. Hutchison from Rhodes Inc. for services rendered in connection with preparation of Phase I Environmental Assessment | 094 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|-------------|-------------|---------|
| 05/11/2000 | H00379 - H00383 | Letter from Michael D. Gheen, Chief, Regulatory Branch of the Dept. of the Army to S. Hutchison directing that he cease further dredge and fill activities on the site and requesting that he provide information to assist with evaluation of the matter | 095 |
| 08/01/2000 | H00374 - H00375 | Invoice from Thomas Company to W.N. & Scott Hutchison Enterprises for $4,016 | 096 |
| | | Vicinity Map, USGS Topo 7.5' (Rev 1985) Catlettsburg, KY, OH, WV, Perry Township, Lawrence County, Ohio | 097 |
| 09/26/2000 | H00373 | Letter from Treva J. Knasel, Ecological Analyst for Ohio Dept. of Natural Resources to Andy Lockwood re location of Bignonia capreolata, cross-vine, a potentially threatened species, on the property | 098 |
| | H00349 | Proposed Project Layout for Brianna Rose Park North prepared by Thomas Company | 099 |
| 05/03/2000 | H00351 | Letter from Michael D. Gheen, Chief, Regulatory Branch of Department of Army to S. Hutchison requesting information re unauthorized placement of fill or dredged material on property | 099 |
| 12/15/2000 | H00350 | Letter to Tammy R. Fudge from Andy Lockwood, Geologist/Project Manager for Thomas Company enclosing two copies of Section 404 permit application and Wetlands Impact Report for Brianna Rose Park North (no attachments) | 099 |

14

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|--------------|-------------|---------|
| 12/27/2000 | H00348 | Memo from Tammy R. Fudge re evaluation of a request for an after-the-fact Dept. of the Army permit | 099 |
| 03/05/2001 | H00366 - H00368 | Letter to S. Hutchison from James M. Richmond, Chief, North Permit Section of the Dept. of the Army attaching copies of letters expressing concerns about proposed Brianna Rose Mobile Home Park | 100 |
| 03/26/2001 | H00358 - H00360 | Letter from James Richmond, Chief, North Permit Section of the Dept. of the Army, to S. Hutchison attaching two letters expressing concerns about the proposed Brianna Rose Mobile Home Park due to the Eastern spadefoot toad | 101 |
| 03/26/2001 | H00361 - H00362 | Letter from Kenneth C. Lammers, Acting Supervisor fo the U.S. Dept. of the Interior, Fish and Wildlife Service to Col. Dana Robertson opposing development of property due to the Eastern spadefoot toad | 102 |
| 11/08/2001 | | Complaint filed in Case No. C-1-01-776 before U.S. District Court, Southern District of Ohio, Western Division | 104 |
| 04/23/2002 | | First Amended Complaint in Case No. C-1-01-776 before U.S. District Court, Southern District of Ohio, Western Division | 105 |
| | H00785 - H00803 | Scott Hutchison Enterprises, Inc. Vendor Ledgers and Invoices | 106 |
| 10/06/2003 | | Brianna Rose Mobile Home Park Rent Roll | 107 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|-------------|-------------|---------|
| 09/08/2003 | | Subpoena for Deposition and Production of Documents Served on Laya Hutchison on 09/12/2003 | 107A |
| 09/25/2000 | H00304 - H00310 | Deed transferring various parcels of property from W.N. & Scott Hutchison Partners to Scott Hutchison Enterprises, Inc. (recorded 10/02/00) | 108 |
| 12/01/2000 | H00377 | Invoice from Thomas Company to W.N. & Scott Hutchison Partners for $4,268.67 | 111 |
| 12/31/2000 | H00378 | Invoice from Thomas Company to W.N. & Scott Hutchison Partners for $3,955.89 | 111 |
| 11/01/2000 | H00376 | Invoice from Thomas Company to W.N. & Scott Hutchison Enterprises for $1,730 | 111 |
| | H00412 - H00419 | Scott Hutchison Enterprises, Inc. Income Statements for 2000 | 112 |
| | H00467 H00478 H00483 H00492 | Scott Hutchison Enterprises, Inc. U.S. Income Tax Return for an S Corporation for 2000 | 113 |
| | H00420 - H00428 | Scott Hutchison Enterprises, Inc. Income Statements for 2001 | 114 |
| | H00495 H00508 H00526 | Scott Hutchison Enterprises, Inc. U.S. Income Tax Return for an S Corporation for 2001 | 115 |
| | H00429 - H00438 | Scott Hutchison Enterprises, Inc. Income Statements for 2002 | 116 |

16

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|--------------|-------------|---------|
| | H00439 - H00445 | Scott Hutchison Enterprises, Inc. Income Statements for January-June, 2003 | 117 |
| 09/08/2003 | | Subpoena for Deposition and Production of Documents Served on L. Dean Schwartz on 09/15/03 | 118 |
| 10/18/1999 | | Photos of Boggs Landing Mobile Home Park and vacant lot | 119 |
| 09/08/2003 | | Subpoena for Deposition and Production of Documents Served on Larry M. McDaniel on 09/15/03 | 120 |
| | | Exhibit A to Subpoena to Kevin J. Waldo Re: Documents requested. | 121 |
| 09/28/1999 | K00526 - K00527 | Letter to Hutchison from Boggs with layman's description of attached drawing of parcel of land | 122 |
| | | Plat of survey for Scott Hutchison Enterprises, Inc. of McGhee's Addition prepared by Jeffrey L. Stephens. | 123 |
| 02/18/2002 | | Plat drawing of Boggs property | 124 |
| 02/14/2002 | B00270 | Photo--View of property line between Navy Trucking and Hutchison properties from south | 125 |
| 10/20/2003 | | Amended Notice to Take the Deposition of Daniel J. Konrad, Esq. | 126 |
| 11/05/1999 | B00368 - B00369 | Huddleston Bolen invoice to H.T. Boggs | 127 |

17

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|---|---|---|---|
| 12/09/1999 | B00370 | Huddleston Bolen invoice to H. T. Boggs Company, Inc. c/o Mark Richardson. | 128 |
| 10/16/2003 | | Amended Notice to Take the Deposition of Larry Rhodes. | 129 |
| | | Exhibit A of Subpoena to Larry Rhodes c/o Rhodes Incorporated. | 130 |
| 11/06/2001 | | Rhodes Incorporated services brochure. | 131 |
| 10/20/1999 | R00001 - R00004 | Proposal to S. Hutchison from Adonis Spivey, Environmental Consultant, and James Zimmer, Project Geologist, re Phase I Environmental Assessment | 132 |
| 10/28/1999 | | Fax from Rhodes, Inc. to B. Van Nostrand of Huntington Bank and S. Hutchison Re: Phase I Environmental Assessment. | 134 |
| | | Handwritten notes re: photo essay | 136 |
| 11/08/1999 | | Site Vicinity Map, 8130 County Road 1, South Point, OH 45680 | 137 |
| 11/08/1999 | | 1981 Ohio Geologic Map, Phase I Environmental Site Assessment | 138 |
| 11/08/1999 | | 1968 Topographic Map, Revised 1985, Catlettsburg, Ky-Ohio-W. Va. Phase I Environmental Site Assessment by Rhodes Incorporated. | 139 |
| 11/08/1999 | | Site Photographs, Phase I Environmental Site Assessment | 140 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|--------------|-------------|---------|
| | | EcoSearch Environmental Resources, Inc. Priority Risk Report Map | 141 |
| | | EcoSearch Environmental Resources, Inc. Priority Risk Report Map | 142 |
| 00/00/1985 | | EcoSearch Environmental Resources, Inc. USGS 7.5 Minute Topographical Map | 143 |
| 05/09/2001 | R00008 - R00010 | Fax letter to A. Spivey, J. Zimmer and H. Jack Geisler, P.E., Vice President, Engineering Services requesting explanation as to why wetlands were not identified in Phase I ESA | 144 |
| 05/16/2001 | H00005 - H00006 | Letter to Bert Ketchum from J. Zimmer and H. Jack Geisler explaining why the Phase I Environmental Assessment failed to identify wetlands in undeveloped 13.37 acre tract | 145 |
| 05/22/2001 | R00014 - R00015 | Fax to J. Zimmer and H.J. Geisler from B. Ketchum requesting copies of information provided by S. Hutchison including any and all agreements or contracts. (Exhibit does not have Bates numbers) | 146 |
| | R00016 - R00017 | Driving directions from Lexington, KY to South Point, OH | 147 |
| 11/04/1999 | | Earthquakes in Ohio from the Ohio Geological Survey Home Page. | 148 |
| 06/26/0200 | | Reply of Larry Rhodes, Inc., dba Rhodes, Inc. to Plaintiffs' Response to Motion to Stay. | 149 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|--------------|-------------|---------|
| 11/02/2001 | | Reliance Insurance Company (In Liquidation) letter to Rhodes Incorporated Re: Commonwealth Court of Pennsylvania entered an Order of Liquidation to Reliance Insurance Company and affiliates. | 150 |
| 07/24/2003 | | Letter from L. Smolucha of Office of the Director of Insurance for the State of Illinois to S. Casolari of Marshall, Dennehey, Warner, Colman & Goggin Re: Legion Indemnity Company in Liquidation. | 151 |
| 11/19/1999 | | Check from Rhodes, Inc. to EcoSearch Environmental Resources, Inc. for $125.00 for Priority Risk Report: 8130 Country Road, South Point, OH | 152 |
| 04/00/1983 | | National Wetland Inventory aeruak photography of Catlettsburg, Ky - Ohio - W.Va. | 153 |
| 10/26/1999 | | Kodak film processing envelope for Doni Cooke. | 154 |
| | | USGS Topographic Map Symbols | 155 |
| | | Amended Notice to Take the Deposition of Thaddeus Blatt via Steno and Video. | 156 |
| | | Exhibit A of Subpoena to Thaddeus Blatt, L. J. Navy Trucking. | 157 |
| 04/29/1995 | H00409 | Photo of site provided by the U.S. Geological Survey | 158 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|---|---|---|---|
| 05/03/1995 | H00385 - H00400 | Letter to Samuel A. Wood, P.E., Operations Manager for Scott R. Smith Environmental Management Consultants, Inc. from Dan K. Evans, Ph.D. enclosing the report on the L.J. Navy wetlands | 159 |
| | | Business card for Dewey Jalanivich, Sales Manager of Boggs Landing Mobile Homes | 160 193 |
| 02/07/1996 | | Transfer of property from Thaddeus and Glenda Blatt to Yellow Freight System, Inc. | 161 |
| | | Amended Notice to Take the Depositin of Tammy Fudge, U.S. Army Corps of Engineers, EPA Division. | 162 |
| | | Exhibit A of Subpoena to Tammy Fudge. | 163 |
| 01/11/2002 | B00001 | Letter to K. Waldo from James M. Richmond, Chief, Regulatory Branch of Department of Army enclosing copy of Brianna Rose Park North file (not attached) | 164 |
| 04/19/2000 | H00355 - H00356; H00384 (Ltr Only) | Letter to Tammy R. Fudge from Andy Lockwood attaching property map | 165 166 |
| 04/25/2000 | H00352 - H00353 | Memo from Tammy R. Fudge re site visit at Hutchison property with Lee Marcum and Andy Lockwood | 167 |
| 12/11/2000 | H00060 - H00261 | Wetlands Impact Report prepared by Thomas Company for S. Hutchison | 168 175 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|---|---|---|---|
| 03/16/2001 | H00357 | E-mail from Don Povolny to Tammy Fudge re: The Ohio Department of Natural Resources has completed their review and strongly oppose the project because of the danger to the wetlands | 169 |
| 03/20/2001 | H00363 - H00364 | Letter from Amy L. Holthouse, Section 401 Coordinator, Division of Surface Water, Ohio EPA to Andy Lockwood outlining options available to S. Hutchison with regard to property | 169 |
| | | Notice of Deposition of Jeffrey L. Stephens | 170 |
| | | Jeffrey L. Stephens Witness File | 171 |
| | | Subpoena issued to Jeffrey L. Stephens | 171 |
| | | Jeffrey L. Stephens documents produced at deposition. | 172 |
| 07/02/2000 | H00804 - H00813 | Report of Preliminary Survey prepared by Jeffrey L. Stephens (with attachments) | 173 174 |
| 11/02/1999 | | Letter from Thomas Company to Scott Hutchison re: base map requirements | 176 |
| 11/19/2003 | | Notice to Take the Deposition of H.T. Boggs via Steno and Video | 177 |
| | B00268 | Drawing showing Boggs Family Home, land and lots sold to Hutchison and land and lots retained by Boggs | 178 |
| | | Aerial photograph of land location | 179 |
| 04/29/1995 | | USGS Aerial Photograph | 180 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|------|--------------|-------------|---------|
| 01/29/1998 | | Addition to Boggs Landing | 181 |
| 00/00/1999 | | Southern Excavating bid for cleaning, cutting, placing compacting limestone to grade and installing concrete road | 182 |
| 07/08/1999 | | Letter from Russell Blankenship to H.T. Boggs re: cover for estimate of Southern Excavating | 183 |
| | | Southern Excavating proposal and scope of work. | 184 |
| 00/00/1999 | | Southern Excavating page 2 of proposal | 185 |
| 04/12/1978 | | Handdrawn map. | 186 |
| | | Handwritten notes of cost estimates | 187 |
| 00/00/1999 | | Southern Excavating proposal. | 188 |
| 12/08/1997 | | Fax transmission to H.T. Boggs from Mike re: here are the numbers you asked for | 189 |
| 07/01/1998 | B00377 | Assignment of 1,100 shares of Boggs Landing, Inc. to Dewey Jalanivich | 190 |
| 07/01/1998 | B00379 - B00380 | Boggs Landing, Inc. Minutes of Shareholders' Action Without a Meeting re: resolved that H.T. Boggs and Dewey Jalanivich are hereby appointed directors of Boggs Landing, Inc. and officers are President/Treasurer: Dewey Jalanivich and Secretary: Ethan Boggs | 191 |
| 01/01/1999 | B00378 | Assignment of Shares--900 shares of Boggs Landing, Inc. to Dewey Jalanivich | 192 |

**Scott Hutchison Enterprises, Inc., et al.**

**v.**

**Rhodes, Inc., et al.**

**Civil Action No. C-1-01-776**

| Date | Bates Number | Description | Exhibit |
|---|---|---|---|
| 10/00/1999 | B00384 | VISA account statement; credit card transaction list | 194 |
| 10/20/1999 | H01120 - 1123 | Real Estate Sales Agreement between Scott Hutchison Enterprises, Inc. and H.T. Boggs | 195 |
| 05/27/1960 | B00372 - B375 | Journal Entry on Verdict In the Matter of the Appropriation by the State of Ohio of Easements for Highway Purposes Over the Property of A.G. Davis, et al., on State Route No. 52, Section 19.5B, Lawrence County, Ohio | 196 |
| 12/30/1960 | K00278 - K00280 | Warranty Deed of Flowance Easement Tract No. T-2056E Greenup Locks and Dam Project between H.T. & Jeanne Boggs and the USA | 197 |
| | H00410 | Aerial photo of site with handwritten notes | 198 |
| | B00267 | U.S. Army Corps of Engineers Chart No. 86 (1911-1914) | 199 |
| 00/00/1980 | B00382 | USGS Aerial Map; Topographic map of Boggs Landing area | 200 |
| 01/26/1998 | B00371 | FedEx Airbill from H.T. Boggs to Mike Porter | 201 |

24