UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchison Enterprises, Inc., et al., | : | Civil Action No. C-1-01-776 |
| | : | |
| Plaintiffs | : | Judge Weber |
| | : | |
| v. | : | |
| | : | |
| Rhodes, Inc., et al., | : | NOTICE OF MANUAL FILING OF |
| | : | DEPOSITION TRANSCRIPTS AND |
| Defendants | : | VIDEOTAPES |
| | : | |

Defendant H.T. Boggs gives notice of the manual filing of the following deposition transcripts and videotapes:

- Mitchell L. Klein (October 6, 2003) with videotape

- Robert A. Van Nostrand (October 7, 2003) with videotape

- Winford Scott Hutchison (October 8, 2003)

- Laya Hutchison from (October 9, 2003)

- Larry M. McDaniel (October 10, 2003) with videotape

- L. Dean Schwartz (October 10, 2003) with videotape

- Kevin Waldo (October 24, 2003)

- Daniel J. Konrad (October 24, 2003)

- Larry R. Rhodes (October 27, 2003)

- Thaddeus A. Blatt (October 28, 2003) with videotape

- Tammy Fudge (October 29, 2003) with videotape

- Jeffrey L. Stephens (November 17, 2003) with videotape

W0133502.1

- H. T. Boggs (December 8, 2003 and December 9, 2003) with videotape.

Respectfully submitted,

Thomas R. Schuck (0005336)
Trial Attorney for Defendant H.T. Boggs
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

Of Counsel:

Kevin J. Waldo (0022379)
413 Center Street
Ironton, Ohio 45638-1505
(740) 532-4911

Craig R Paulus (0074352)
Taft, Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing electronically or by regular United States mail, postage prepaid this ___7th___ day of April, 2004 on the following:

William P. Schroeder
Schroeder, Maundrell, Bariere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
Attorney for Plaintiffs

E. David Marshall, Esq.
271 West Short Street, Suite 111
Lexington, Kentucky 40507
Attorney for Defendant Rhodes

M. Bradford Sanders, Esq.
9122 Montgomery Road, Suite 201
Montgomery, Ohio 45242
Attorneys for Defendant Rhodes, Inc.,
Rhodes Incorporated, and Rhodes &
Associate, Inc.

Gayle B. McGrath, Esq.
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Attorney for Defendants Zimmer and Geisler

W. Craig Robertson, III
Wyatt, Tarrant & Combs
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Attorney for Defendants Zimmer and Geisler

_____/s/ Thomas R. Schuck_____