UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SCOTT HUTCHINSON ENTERPRISES, INC., et al | ) <br> ) CIVIL ACTION NO. C-1-01-777 <br> ) |
| PLAINTIFFS | ) <br> ) <br> ) JUDGE WEBER |
| v. | ) <br> ) |
| LARRY RHODES, INC., et al | ) APPEARING ON BEHALF OF: <br> ) DEFENDANTS, JAMES M. ZIMMER AND |
| DEFENDANTS | ) H. JACK GEISLER |

### ORDER GRANTING SUMMARY JUDGMENT

This matter is before the Court on the Motion for Summary Judgment filed by the Defendants, H. Jack Geisler and James M. Zimmer, and the Court being otherwise duly and sufficiently advised, it is hereby ORDERED and ADJUDGED that the Motion for Summary Judgment is GRANTED. All claims against H. Jack Geisler and James M. Zimmer are dismissed with prejudice, each party to bear his own costs.

There being no just reason for delay, this is a final and appealable order.

Dated this _____ day of _____, 2004.

_____
JUDGE, UNITED STATES DISTRICT COURT

30324000.1