IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCOTT HUTCHISON ENTERPRISES INC.,

    Plaintiff

v                                  Civil C-1-01-776

RHODES, INC.,

    Defendant.

## ORDER

    Pursuant to the Request of counsel, the Status Conference scheduled for April 30, 2004 is CANCELLED.

    Counsel shall submit a Proposed Scheduling Order within ten days of disposition on the Motions for Summary Judgment.

**IT IS SO ORDERED.**

                                      **s/Herman J. Weber**
                                    Herman J. Weber, Senior Judge
                                    United States District Court

*Rev.5/01*

Case 1:01-cv-00776-HJW    Document 97    Filed 04/28/2004    Page 2 of 2