UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchison Enterprises, Inc., et al., | : | Civil Action No. C-1-01-776 |
| | : | |
| Plaintiffs | : | Judge Weber |
| | : | |
| v. | : | |
| | : | **DEFENDANT BOGGS' REQUEST** |
| Rhodes, Inc., et al., | : | **FOR ORAL ARGUMENT ON HIS** |
| | : | **MOTION FOR SUMMARY** |
| Defendant | : | **JUDGMENT (DOC. NO. 93)** |

Defendant H.T. Boggs hereby requests oral argument on his pending motion for summary judgment (doc. no. 93).

Respectfully submitted,

_____
Thomas R. Schuck (0005336)
Trial Attorney for Defendant H.T. Boggs
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838

Of Counsel:

Kevin J. Waldo (0022379)
413 Center Street
Ironton, Ohio 45638-1505
(740) 532-4911


Craig R Paulus (0074352)
Taft, Stettinius & Hollister
1800 U.S. Bank Tower
425 Walnut Street
Cincinnati, Ohio 45202-3957
(513) 381-2838

{W0170048.1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing Reply Memorandum upon the following counsel of record electronically or by regular United States mail, postage prepaid this 5? day of May, 2004:

                                                      Thomas R. Schuck

| | |
|---|---|
| William P. Schroeder, Esq.<br>Attorney for Plaintiffs<br>11935 Mason Road, Suite 100<br>Cincinnati, Ohio 45249 | Gayle B. McGrath, Esq.<br>W. Craig Robertson, III. Esq.<br>E. Christine Lewis, Esq.<br>250 West Main Street, Suite 1600<br>Lexington, Kentucky 40507-1746 |

E. David Marshall, Esq.
271 West Short Street, Suite 111
Lexington, Kentucky 40507

M. Bradford Sanders, Esq.
9122 Montgomery Road, Suite 201
Montgomery, Ohio 45242
Attorneys for Defendant Rhodes, Inc.,
Rhodes Incorporated, and Rhodes &
Associates, Inc.

{W0170048.1}                2