IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCOTT HUTCHINSON ENTERPRISES, et al     :     Case No.: C-1-01-776

    Plaintiff,                                         :     ( Judge Herman J. Weber)

v.                                                              :

RHODES, INC., et al,
    Defendant                                      :

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Hearing on Wednesday, January 19, 2005 at 9:00 a.m.

The Court will at that time hear oral argument on the pending Motions for Summary Judgment (#93 and #94).

**IT IS SO ORDERED.**

          ___s/Herman J. Weber_____
          Herman J. Weber, Senior Judge
          United States District Court

*Rev.5/01*