UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION HEARING**

HUTCHINSON,

v                                                                  Civil: C-01-776

RHODES,

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter B. Schwab  (Official)

Law Clerk: Laura Ahern

Courtroom Deputy: Darlene Maury

-----------------------------------------------------------------------------------------------------------

**Appearances:** Wm. Schroeder for Pltf; T. Schuck, K. Waldo, W.C. Robertson, M. Bradford Sanders for Defense.

Case called for a Hearing on Motion for Summary Judgment. Oral Argument of Counsel. Briefing schedule established as to defendants Geisler & Zimmer. Order to issue.

Exhibits:  #179, #200, #139, #47, #195, #168, #181-#189 (previously submitted in the record)

Date: Wednesday, January 19, 2005
TIME: 9:00 a.m.. - 11:40 a.m.