IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT HUTCHISON, | : | Case No.: C-1-01-776 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| RHODES,, et al | : | |
| Defendant | : | |

**ORDER**

Pursuant to the record established at the Hearing held on January 19, 2005. Defendants Geisler and Zimmers shall file additional briefing in regards to the Statute of Limitations by March 4, 2005. Plaintiff shall file their response on or before March 14, 2005, and Defendants shall file their Reply by March 21, 2005.

**IT IS SO ORDERED.**

                                                                             _s/Herman J. Weber_____
                                                                             Herman J. Weber, Senior Judge
                                                                               United States District Court

*Rev.5/01*