UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchison Enterprises, Inc., et al., | : | Civil Action No. C-1-01-776 |
| | : | |
| Plaintiffs | : | Judge Weber |
| | : | |
| v. | : | |
| | : | |
| Rhodes, Inc., et al., | : | |
| | : | **NOTICE OF WITHDRAWAL OF** |
| Defendants | : | **CRAIG R. PAULUS AND** |
| | : | **REMOVAL FROM ELECTRONIC** |
| | : | **NOTIFICATION SYSTEM** |

Thomas R. Schuck hereby gives notice of the withdrawal of Craig R. Paulus as counsel to Defendant H.T. Boggs and requests the Clerk to remove him from the Court's electronic notification system. Mr. Paulus is no longer associated with Taft, Stettinius & Hollister LLP and no longer represents Mr. Boggs. Thomas R. Schuck remains trial attorney for Defendant Boggs.

    Respectfully submitted,

    */s/ Thomas R. Schuck*
    Thomas R. Schuck (0005336)
    Trial Attorney for Defendant H.T. Boggs
    Taft, Stettinius & Hollister LLP
    425 Walnut Street, Suite 1800
    Cincinnati, OH  45202-3957
    513-357-9374
    schuck@taftlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he served a copy of the foregoing Request for Order Permitting Withdrawal from Case and Removing Counsel from Electronic Notification System upon the following counsel of record electronically or by regular United States mail, postage prepaed this 25th day of March, 2005:

| | |
|---|---|
| William P. Schroeder, Esq.<br>Attorney for Plaintiffs<br>11935 Mason Road, Suite 100<br>Cincinnati, OH  45249 | Gayle B. McGrath, Esq.<br>W. Craig Robertson, III, Esq.<br>E. Christine Lewis, Esq.<br>250 West Main Street, Suite 1600<br>Lexington, KY  40507-1746<br>Attorneys for Defendants H. Jack<br>Geisler and James M. Zimmer |
| E. David Marshall, Esq.<br>271 West Short Street, Suite 111<br>Lexington, KY  40507 | |
| M. Bradford Sanders, Esq.<br>9122 Montgomery Road, Suite 201<br>Montgomery, OH  45242<br>Attorneys for Defendant Rhodes, Inc.,<br>Rhodes Incorporated and Rhodes &<br>Associates, Inc. | |

                                            */s/ Thomas R. Schuck*
                                            Thomas R. Schuck