**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Scott Hutchinson Enterprises, Inc., et al., | : | Civil Action No. C-1-01-776 |
| Plaintiffs | : | Judge Weber |
| v. | : | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS'** |
| Rhodes, Inc., et al., | : | **MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT,** |
| Defendants. | : | **RHODES, INC.** |

Plaintiffs hereby give notice of their withdrawal of Plaintiffs's Motion for Partial Summary Judgment against Defendant Rhodes, Inc.

    Respectfully submitted,

***/s/ William P. Schroeder***
William P. Schroeder (#0027123)
Attorney for Plaintiff, Scott Hutchison
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, OH 45249
513-583-4211
513-583-4203 facsimile
bschroeder@smbplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: E. David Marshall at edavidm@iglou.com; Gayle Benner McGrath at gmcgrath@wyattfirm.com; and Thomas Robert Schuck at schuck@taftlaw.com and **I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:**

Kevin J. Waldo, 413 Center Street, Ironton, OH 45638-1505; E. Christine Lewis, Wyatt Tarrant & Combs, LLP, 250 West Main Street, Suite 1600, Lexington, KY 40507-1746; W. Craig Robertson, Wyatt Tarrant & Combs, LLP, 250 West Main Street, Suite 1600, Lexington, KY 40507-1746; Craig R. Paulus, Taft Stettinius & Hollister, 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202; and M. Bradford Sanders, Sanders & Associates, 9122 Montgomery Road, Suite 201, Montgomery, OH 45242.

*/s/ William P. Schroeder*