# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchinson Enterprises, Inc., et al., | : | Civil Action No. C-1-01-776 |
| Plaintiffs | : | Judge Weber |
| v. | : | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT, RHODES, INC.** |
| Rhodes, Inc., et al., | : | |
| Defendants. | : | |

Plaintiffs hereby give notice of their withdrawal of Plaintiffs's Motion for Partial Summary Judgment against Defendant Rhodes, Inc.

Respectfully submitted,

*/s/ William P. Schroeder*
William P. Schroeder (#0027123)
Attorney for Plaintiff, Scott Hutchison
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, OH 45249
513-583-4211
513-583-4203 facsimile
bschroeder@smbplaw.com

*approved /s/ HJW USDJ 6/6/05*