UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchison Enterprises, Inc., et al. | : | Civil Action No. C-1-01-776 |
| | : | |
| Plaintiffs | : | Judge Weber |
| | : | |
| v. | : | |
| | : | **DEFENDANT H.T. BOGGS' NOTICE** |
| Rhodes, Inc., et al. | : | **OF SUBMISSION OF** |
| | : | **SUPPLEMENTAL AUTHORITY** |
| Defendants | : | |

Defendant H.T. Boggs hereby submits the recent decision of the Ohio Tenth

District Court of Appeals in *Gentile v. Ristas*, 160 Ohio App. 3d 765, 2005-Ohio-2197 (Ct. App.

Franklin Co. 2005), decided on May 5, 2005, as supplemental authority with respect to the

parties' pending motions for summary judgment (summary judgment for seller on fraudulent

inducement claim regarding sale of real estate appropriate, when; application of doctrine of

*caveat emptor*; effect of inspection report on purchaser's claim).


Respectfully submitted,


Of Counsel:                    /s/Thomas R. Schuck
                               Thomas R. Schuck (0005336)
Kevin J. Waldo (0022379)       Trial Attorney fro Defendant H.T. Boggs
413 Center Street              425 Walnut Street, Suite 1800
Ironton, Ohio  45638-1505      Cincinnati, Ohio  45202-3957
                               (513) 381-2838

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing Notice of

Submission of Supplemental Authority upon the following counsel of record electronically or by

regular United States mail, postage prepaid this 28th day of June, 2005.

/s/ Thomas R. Schuck
Thomas R. Schuck

William P. Schroeder, Esq.
Attorney for Plaintiffs
11935 Mason Road, Suite 100
Cincinnati, Ohio 45249

E. David Marshall, Esq.
271 West Short Street, Suite 111
Lexington, Kentucky 40507

M. Bradford Sanders, Esq.
9122 Montgomery Road, Suite 201
Montgomery, Ohio 45242
Attorneys for Defendant Rhodes, Inc.,
Rhodes Incorporated, and Rhodes &
Associates, Inc.

Gayle B. McGrath, Esq.
W. Craig Robertson, III, Esq.
250 West Main Street, Suite 1600
Lexington, Kentucky  40507-1746
Attorneys for Defendants Zimmer and Geisler