IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCOTT HUTCHINSON
ENTERPRISES, INC., et al,                     :       Case No.: C-1-01-776

      Plaintiff,                              :       ( Judge Herman J. Weber)

v.                                            :

RHODES, INC., et al,
                                              :
      Defendant
                                              :

**ORDER**

Pursuant to the Orders entered of record on August 18, 2005, parties are hereby ORDERED to submit a Status Report and Proposed Scheduling Order on or before September 12, 2005.

**IT IS SO ORDERED.**

                              ___s/Herman J. Weber_____
                              Herman J. Weber, Senior Judge
                              United States District Court

*Rev.5/01*