## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has served a copy of the foregoing Bill of Costs electronically and has served a copy of the voluminous supporting materials by regular United States mail, postage prepaid, upon the following counsel of record this 3rd day of November, 2005:

| | |
|---|---|
| William P. Schroeder, Esq.<br>Attorney for Plaintiffs<br>11935 Mason Road, Suite 100<br>Cincinnati, OH  45249 | Gayle B. McGrath, Esq.<br>W. Craig Robertson, III, Esq.<br>250 West Main Street, Suite 1600<br>Lexington, KY  40507-1746<br>Attorneys for Defendants Zimmer and Geisler |
| M. Bradford Sanders, Esq.<br>9122 Montgomery Road, Suite 201<br>Montgomery, OH  45242<br>Attorneys for Defendant Rhodes, Inc.,<br>Rhodes Incorporated, and Rhodes &<br>Associates, Inc. | E. David Marshall, Esq.<br>271 West Short Street, Suite 111<br>Lexington, KY  40507 |

                                               */s/ Thomas R. Schuck*
                                               Thomas R. Schuck

{W0569036.1}