UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchison Enterprises, Inc., et al., | : | Civil Action No. C-1-01-776 |
| Plaintiffs | : | Judge Weber |
| v. | : | |
| Rhodes, Inc., et al., | : | **SUBMISSION OF CURRICULUM VITAE AND EXPERT WITNESS REPORT ON BEHALF OF CROSS-CLAIMANT H.T. BOGGS** |
| Defendants | : | |

In accordance with Civil Rule 26(a)(2) and the Court's Scheduling Order of September 13, 2005 (doc. no. 128), Cross-Claimant H.T. Boggs hereby submits the attached *curriculum vitae* and expert witness report of Kevin J. Hopper.

Respectfully submitted,

Thomas R. Schuck (0005336)
Trial Attorney for Defendant H.T. Boggs
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838

Of Counsel:

Kevin J. Waldo (0022379)
413 Center Street
Ironton, Ohio 45638-1505
(740) 532-4911

{W0594595.1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing Submission of Curriculum Vitae and Expert Witness Report on Behalf of Cross-Claimant H.T. Boggs upon the following counsel of record electronically or by regular United States mail, postage prepaid this 1st day of December, 2005:

_____
Thomas R. Schuck

William P. Schroeder, Esq.
11935 Mason Road, Suite 100
Cincinnati, Ohio 45249
Attorney for Plaintiffs

E. David Marshall, Esq.
271 West Short Street, Suite 111
Lexington, Kentucky 40507

M. Bradford Sanders, Esq.
9122 Montgomery Road, Suite 201
Montgomery, Ohio 45242
Attorneys for Defendant Rhodes, Inc., Rhodes Incorporated, and Rhodes & Associates, Inc.

Gayle B. McGrath, Esq.
W. Craig Robertson, III
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Attorneys for Defendants Zimmer and Geisler

{W0594595.1}