**<u>EXHIBIT "A"</u>**


**CURRICULUM VITAE OF KEVIN J. HOPPER**

# CURRICULUM VITAE

## FOR

## KEVIN J. HOPPER

EDUCATION:

JURIS DOCTOR, SALMON P. CHASE COLLEGE OF LAW

- Degree awarded May, 1978
- Member of the Ohio Bar, November, 1978
- Member of the Federal Bar, June, 1979
- Admitted to practice in United States Tax Court, November, 1982

COMMONWEALTH OF KENTUCKY

- Certificate of Admission to the Practice of Law issued May 30, 1991

B.S., MECHANICAL ENGINEERING, UNIVERSITY OF CINCINNATI

- Degree awarded June, 1973
- Registered engineer-in-training, State of Ohio
- Employed as engineer during cooperative degree program

PROFESSIONAL EXPERIENCE:

Law Firm of KEVIN J. HOPPER CO., LPA
    (January 1, 1987 to Present)

- General corporate business
- Estate planning
- Estate administration
- Real estate development and acquisition

1

- Environmental law
  - negotiations with United States Environmental Protection Agency and Ohio Environmental Protection Agency on Administrative Orders for clean-up of hazardous waste sites
  - negotiations with United States Environmental Protection Agency and Ohio Environmental Protection Agency on matters related to discharge permits, including air, water and solid waste
  - work with buyers and sellers of businesses and real estate relative to the environmental consequences of the transaction

Law Firm of DOUGLAS, PETTIT & HOPPER CO., LPA
        (July, 1980, to January 1, 1987)

THE PROCTER & GAMBLE COMPANY, Environmental Control Department
        (June, 1973 to June, 1980)

- Determined impact of environmental laws and regulations for fourteen soap plants (air, water and noise)
- Negotiated Federal and State environmental permits for manufacturing facilities throughout U.S.
- Interacted with Canadian authorities for environmental permitting requirements for new soap/detergent plant
- Responsible for all environmental regulatory affairs for the Pulp and Paper Division (Charmin Paper Company) including permit negotiation for new sites and plant expansions in the area of the solid waste, air and water pollution (June, 1973 - June, 1980)

PROFESSIONAL ASSOCIATIONS:

        American Bar Association, Section on Natural Resources
        Law; Ohio State Bar Association, Real Estate Section,
        Probate and Trust Law Committee, Natural Resources
        Committee; Cincinnati Bar Association, Environmental
        Law Committee past Chairman

2

<u>REPRESENTATIVE CLIENTS (ENVIRONMENTAL)</u>:

      Eastman-Kodak, formerly known as Sterling Drug Inc.,
             New York, New York (since 1981);
      Xavier University
      Tonka Toys, fka Kenner Products
      Village of Cleves, Board of Public Affairs (drinking water utility)
      King Wrecking Co.
      Whitton Inc.
      Boston Beer Co. (Sam Adams)

Rated "AV" in Martindale-Hubbell's *Law Directory*