January 31, 2003

H.T. Boggs
MetalMart Systems, Inc.
255 Century Blvd.
Bartow, FL   33830

**PERSONAL & CONFIDENTIAL**

**IN ACCOUNT WITH**

**TAFT, STETTINIUS & HOLLISTER LLP**
**ATTORNEYS AT LAW**
**1800 FIRSTAR TOWER**
**425 WALNUT STREET**
**CINCINNATI, OHIO 45202-3957**
**513-381-2838**

TAXPAYER I.D. NUMBER: 31-0541785

---

F E E

FOR ALL PROFESSIONAL LEGAL SERVICES rendered
from December 1, 2002 through December 31, 2002,
as shown on the attached billing information memo. . .$   275.00

D I S B U R S E M E N T S

As shown on the attached . . . . . . . . . . . . . .$      .18

$   275.18

RJT:sls
BG007/GN002

```
H.T. BOGGS                                    INVOICE # 1517200
METALMART SYSTEMS, INC.                       JANUARY 31, 2003
255 CENTURY BLVD.
BARTOW, FL  33830


CLIENT NUMBER - BG007      / GN002

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH DECEMBER 31, 2002

RE:  SCOTT HUTCHISON ENTERPRISES
```

12/03/02 TRS    1.00   TELEPHONE CALL TO H.T. BOGGS, TELEPHONE CALLS TO KEVIN
                       WALDO & DAVE KONRAD


       PROFESSIONAL SERVICES                              $ 275.00


       COSTS ADVANCED

12/04/02   LONG DISTANCE                                       .18

       TOTAL COSTS ADVANCED                              $ .18



                                        **************
                        THIS INVOICE TOTAL    $ 275.18
                                        **************


   PRIOR BALANCE ON THIS MATTER AS OF 01/06/2003:      $ 160.55

   TOTAL BALANCE DUE ON THIS MATTER AS OF 01/06/2003:  $ 435.73



              SUMMARY OF PROFESSIONAL SERVICES
ATTORNEY/PARALEGAL                 HOURS      RATE      AMOUNT

THOMAS R. SCHUCK                    1.00     275.00      275.00

                                    1.00              $ 275.00

February 28, 2003

IN ACCOUNT WITH

H.T. Boggs
MetalMart Systems, Inc.
255 Century Blvd.
Bartow, FL    33830

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31-0541785

**PERSONAL & CONFIDENTIAL**

### F E E

FOR ALL PROFESSIONAL LEGAL SERVICES rendered
in connection with Scott Hutchinson Enterprises
matters from January 1, 2003 through January 31, 2003,
as shown on the attached billing information memo. . . $   532.50

### D I S B U R S E M E N T S

As shown on the attached . . . . . . . . . . . . . . $     2.87

$   535.37

RJT:sls
BG007/GN002

```
H.T. BOGGS                                    INVOICE # 1523453
METALMART SYSTEMS, INC.                       FEBRUARY 28, 2003
255 CENTURY BLVD.
BARTOW, FL  33830

CLIENT NUMBER - BG007      / GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH JANUARY 31, 2003

RE:  SCOTT HUTCHISON ENTERPRISES

    1/15/03 TRS    .50   TELEPHONE CALL TO LAW CLERK REGARDING DISCOVERY MOTION
    1/16/03 LLA    .25   PROVIDE THOMAS R. SCHUCK WITH DOCKET REFERENCES FOR
                         NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
    1/16/03 TRS   1.00   DRAFT MOTION OF WITHDRAWAL OF MOTION, TELEPHONE CALL TO
                         KONRAD
    1/17/03 LLA    .75   TO UNITED STATES DISTRICT COURT O FILE NOTICE OF
                         WITHDRAWAL OF MOTION TO COMPEL DISCOVERY FOR THOMAS R.
                         SCHUCK; UPDATE PLEADING FILE AND TRIAL NOTEBOOK


       PROFESSIONAL SERVICES                        $ 532.50

       COSTS ADVANCED

    1/16/03   LONG DISTANCE                                .02
    1/29/03   COPYING/PRINTING                            2.85

       TOTAL COSTS ADVANCED                          $ 2.87


                                         *************
                      THIS INVOICE TOTAL      $ 535.37
                                         *************

    PRIOR BALANCE ON THIS MATTER AS OF 02/12/2003:    $ .00

    TOTAL BALANCE DUE ON THIS MATTER AS OF 02/12/2003:  $ 535.37
```

```
                SUMMARY OF PROFESSIONAL SERVICES
ATTORNEY/PARALEGAL                  HOURS      RATE       AMOUNT

THOMAS R. SCHUCK                     1.50     295.00      442.50
LESLIE L. ADAMS                      1.00      90.00       90.00

                                     2.50               $ 532.50
```

March 31, 2003

H.T. Boggs
MetalMart Systems, Inc.
255 Century Blvd.
Bartow, FL   33830

**PERSONAL & CONFIDENTIAL**

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OHIO 45202-3957
513-381-2838

IN ACCOUNT WITH

TAXPAYER I.D. NUMBER: 31-0541755

<u>F E E</u>

FOR ALL PROFESSIONAL LEGAL SERVICES rendered
in connection with Scott Hutchinson Enterprises
matters from February 1, 2003 through February
28, 2003, as shown on the attached billing
information memo. . . . . . . . . . . . . . . . .$  635.00

<u>D I S B U R S E M E N T S</u>

As shown on the attached. . . . . . . . . . . . . <u>$    2.41</u>

<u>$   637.41</u>

RJT:sls
BG007/GN002

```
H.T. BOGGS                                    INVOICE # 1528707
METALMART SYSTEMS, INC.                       MARCH 31, 2003
255 CENTURY BLVD.
BARTOW, FL  33830

CLIENT NUMBER - BG007      / GN002

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH FEBRUARY 28, 2003

RE:  SCOTT HUTCHISON ENTERPRISES

     2/10/03 TRS    .50   TELEPHONE CALLS
     2/12/03 TRS   1.00   CONFERENCE REGARDING REVISED SCHEDULE, TELEPHONE CALL
                          TO SCHROEDER
     2/15/03 TRS    .50   REVIEW CORRESPONDENCE
     2/22/03 LLA    .50   UPDATE PLEADING FILE AND TRIAL NOTEBOOK; NOTICES TO
                          DOCKET REGARDING UPCOMING DEADLINES

        PROFESSIONAL SERVICES                        $ 635.00

        COSTS ADVANCED

    2/12/03    LONG DISTANCE                              .01
    2/26/03    COPYING/PRINTING                          2.40

        TOTAL COSTS ADVANCED                         $ 2.41

                                          **************
                        THIS INVOICE TOTAL     $ 637.41
                                          **************
    PRIOR BALANCE ON THIS MATTER AS OF 03/05/2003:   $ 535.37

    TOTAL BALANCE DUE ON THIS MATTER AS OF 03/05/2003:  $ 1,172.78

            SUMMARY OF PROFESSIONAL SERVICES
```

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 2.00 | 295.00 | 590.00 |
| LESLIE L. ADAMS | .50 | 90.00 | 45.00 |
| | 2.50 | | $ 635.00 |

.T. BOGGS
ETALMART SYSTEMS, INC.
55 CENTURY BLVD.
ARTOW, FL  33830

INVOICE # 1534247
APRIL 30, 2003

LIENT NUMBER - BG007      / GN002

OR PROFESSIONAL SERVICES RENDERED
     THROUGH MARCH 31, 2003

E:  SCOTT HUTCHISON ENTERPRISES


    3/18/03 LLA    .25  UPDATE PLEADING FILE AND TRIAL NOTEBOOK


        PROFESSIONAL SERVICES                          $ 22.50



                                        ***************
                    THIS INVOICE TOTAL       $ 22.50
                                        ***************


    PRIOR BALANCE ON THIS MATTER AS OF 04/03/2003:     $ 637.41

    TOTAL BALANCE DUE ON THIS MATTER AS OF 04/03/2003:  $ 659.91



            SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LESLIE L. ADAMS | .25 | 90.00 | 22.50 |
|  | .25 |  | $ 22.50 |

.T. BOGGS
ETALMART SYSTEMS, INC.
55 CENTURY BLVD.
ARTOW, FL  33830

INVOICE # 1550984
JULY 31, 2003

LIENT NUMBER - BG007      / GN002

OR PROFESSIONAL SERVICES RENDERED
    THROUGH JUNE 30, 2003

E:  SCOTT HUTCHISON ENTERPRISES

| | | | |
|---|---|---|---|
| 6/03/03 | CRP | 4.75 | BRIEF CONFERENCE W/T. SCHUCK; REVIEW AND ANALYSIS OF PLEADINGS AND DISCOVERY |
| 6/03/03 | TRS | 1.00 | REVIEW FILINGS, LETTER TO SCHROEDER, TELEPHONE CALL TO H.T. BOGGS, CONFERENCE WITH CRP |
| 6/09/03 | CRP | 1.25 | MEETING W/ T. SCHUCK; RESEARCH IN SUPPORT OF MOTION CONCERNING PLAINTIFF'S EXPERT WITNESS DISCLOSURES |
| 6/09/03 | LLA | .25 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES; REVIEW PLEADINGS AND DOCUMENT PRODUCTION TO DETERMINE WHETHER EXPERTS PREVIOUSLY IDENTIFIED AND WHETHER REPORTS WERE PROVIDED; E-MAIL TO THOMAS R. SCHUCK REGARDING SEARCH RESULTS |
| 6/09/03 | TRS | 1.00 | TELEPHONE CALLS TO BILL SCHROEDER & SAM CASOLARI, DRAFT MOTION |
| 6/10/03 | CRP | 1.75 | RESEARCH CONCERNING PLAINTIFF'S FAILURE TO COMPLY W/EXPERT DISCLOSURE RULES |
| 6/10/03 | LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING PLAINTIFF'S DESIGNATED EXPERT WITNESSES AND AVAILABILITY OF EXPERT REPORTS; REVIEW DOCUMENT PRODUCTION OF PLAINTIFF AND CLIENT IN ATTEMPT TO LOCATE REPORTS |
| 6/11/03 | CRP | .50 | REVIEW WITNESS FILES AND BOGGS DEPOSITION TRANSCRIPT |
| 6/12/03 | LLA | .25 | REVIEW DOCKET TO OBTAIN DOCKET REFERENCES FOR PLAINTIFF'S DESIGNATION OF WITNESSES; CONFERENCE WITH THOMAS R. SCHUCK |
| 6/12/03 | TRS | 2.00 | REVISE MOTION & REVIEW, REVIEW EXPERT DISCLOSURE |
| 6/13/03 | CRP | .25 | CONFERENCE W/ T. SCHUCK |
| 6/13/03 | LLA | .75 | CONFERENCES WITH THOMAS R. SCHUCK AND VERNON A. NAYLES; PREPARE EXPERT WITNESS BINDER; UPDATE PLEADING FILE AND TRIAL NOTEBOOK |
| 6/13/03 | TRS | 1.00 | TELEPHONE CALL TO SAM CASOLARI, TELEPHONE CALL TO & LETTER TO MARTIN |
| 6/14/03 | TRS | 2.00 | CONFERENCE WITH SAM CASOLARI |
| 6/16/03 | LLA | .25 | UPDATE PLEADING FILE |
| 6/17/03 | CRP | .50 | CONFERENCE W/T. SCHUCK REGARDING MEETING W/RHODES' ATTORNEY; HUNTINGTON NATIONAL BANK SUBPOENA |
| 6/17/03 | LLA | .50 | TO UNITED STATES DISTRICT COURT TO FILE JOINT MOTION TO MODIFY SCHEDULING ORDER, MEMORANDUM IN SUPPORT AND AFFIDAVIT OF THOMAS R. SCHUCK |
| 6/18/03 | CRP | .50 | DRAFTING SUBPOENA TO HUNTINGTON NATIONAL BANK |

W0015684.1

| Date | Init | Hours | Description |
|---|---|---|---|
| 6/19/03 | CRP | .50 | COVER LETTERS FOR SERVICE OF SUBPOENA; ATTENDING TO COMPLETION OF SUBPOENA; CAL TO D. KONRAD |
| 6/19/03 | LLA | .25 | CONFERENCE WITH CRAIG R. PAULUS REGARDING HUNTINGTON BANK SUBPOENA |
| 6/20/03 | LLA | .25 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING SERVICE OF DISCOVERY REQUESTS; SERVE REQUESTS ON ALL PARTIES OF INTEREST; RECEIPT AND REVIEW HUNTINGTON BANK SUBPOENA PREPARED BY CRAIG R. PAULUS |
| 6/20/03 | TRS | .25 | TELEPHONE CALL TO SAM CASOLARI |
| 6/23/03 | TRS | .50 | TELEPHONE CALL TO RICHARD MARTIN |
| 6/24/03 | CRP | .50 | REVIEW DISCOVERY TO PLAINTIFFS; CALL FROM D'ANNIBALLE'S FIRM |
| 6/25/03 | TRS | .25 | SUBPOENA |
| 6/26/03 | CRP | .50 | CALL TO S. CASOLARI REGARDING SUBPOENAS; CORRESPONDENCE TO CASOLARI REGARDING SAME |
| 6/27/03 | CRP | .25 | UPDATING TRS ON SUBPOENA; CALL TO D. KONRAD REGARDING SAME |

PROFESSIONAL SERVICES                                         $ 4,373.75

COSTS ADVANCED

| Date | | Amount |
|---|---|---|
| 6/16/03 | TELECOPIES | 2.00 |
| 6/19/03 | MISC.- WITNESS FEE | 40.00 |
| 6/26/03 | COPYING/PRINTING | 59.85 |
| 6/26/03 | LONG DISTANCE | 5.35 |

TOTAL COSTS ADVANCED                                          $ 107.20

                                          * * * * * * * * * * * * *
                        THIS INVOICE TOTAL    $ 4,480.95
                                          * * * * * * * * * * * * *

PRIOR BALANCE ON THIS MATTER AS OF 07/02/2003:          $ .00

TOTAL BALANCE DUE ON THIS MATTER AS OF 07/02/2003:      $ 4,480.95

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 8.00 | 295.00 | 2,360.00 |
| CRAIG R. PAULUS | 11.25 | 155.00 | 1,743.75 |
| LESLIE L. ADAMS | 3.00 | 90.00 | 270.00 |
| | 17.50 | | $ 3,637.50 |

W0015684.1

```
.T. BOGGS                                    INVOICE # 1557885
ETALMART SYSTEMS, INC.                       AUGUST 29, 2003
55 CENTURY BLVD.
ARTOW, FL  33830
```

LIENT NUMBER - BG007      / GN002

OR PROFESSIONAL SERVICES RENDERED
   THROUGH JULY 31, 2003

E:   SCOTT HUTCHISON ENTERPRISES

| | | | |
|---|---|---|---|
| 7/02/03 | TRS | 1.00 | TELEPHONE CALL TO SAME CASOLARI, LETTER TO BILL SCHROEDER REGARDING DEPOSITIONS |
| 7/11/03 | CRP | 1.50 | CONFERENCE CALL W/OPPOSING COUNSEL REGARDING DEPOSITIONS; CALENDARING DATES FOR DEPOSITIONS |
| 7/11/03 | TRS | 3.00 | CONFERENCE WITH COUNSEL REGARDING DISCOVERY, TELEPHONE CALL TO SCHROEDER, TELEPHONE CALL TO TOM BOGGS |
| 7/14/03 | LLA | .25 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING DOCUMENTS PRODUCED BY HUTCHISON; PREPARE LABELS FOR PAGINATION |
| 7/14/03 | TRS | 3.00 | REVIEW NEW DOCUMENTS & CORRESPONDENCE, TELEPHONE CALL TO TOM BOGGS |
| 7/15/03 | CRP | .25 | CALL TO D. KONRAD REGARDING SUBPOENA |
| 7/15/03 | SMG | .50 | REVIEW OF ISSUES REGARDING LAWRENCE COUNTY LAND SALE SUIT |
| 7/15/03 | LLA | 1.50 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING HUTCHISON SUPPLEMENTAL DOCUMENT PRODUCTION; UPDATE INDEX OF HUTCHISON DOCUMENTS; PREPARE BINDER OF PERTINENT HUTCHISON DOCUMENTS INCLUDING TAX RETURNS AND APPRAISALS |
| 7/15/03 | TRS | 8.00 | REVIEW DOCUMENTS, TELEPHONE CALL TO TOM BOGGS, TELEPHONE CALL TO DAN KONRAD |
| 7/16/03 | TRS | 2.00 | REVIEW HUTCHISON DOCUMENTS, LETTER TO DAN KONRAD |
| 7/17/03 | CRP | .25 | CONFERENCE W/D. KONRAD REGARDING BANK SUBPOENA |
| 7/17/03 | LLA | 1.50 | CONFERENCE WITH THOMAS R. SCHUCK; ASSEMBLE ENCLOSURES FOR LETTER TO D. KONRAD AND FORWARD WITH LETTER TO D. KONRAD, HT BOGGS AND K. WADO; UPDATE PLEADING FILE AND TRIAL NOTEBOOK |
| 7/17/03 | TRS | 1.00 | REVIEW DOCUMENTS, LETTER TO DAN KONRAD, CONFERENCE WITH LLA |
| 7/18/03 | CRP | .25 | CONFERENCE W/D. KONRAD REGARDING SUBPOENA |
| 7/18/03 | LLA | .25 | CONFERENCE WITH CRAIG R. PAULUS REGARDING HUNTINGTON BANK SUBPOENA; PREPARE SUBPOENA FOR FILING |
| 7/21/03 | KMG | .50 | FILE SUBPOENA DUCES TECUM. |
| 7/21/03 | LLA | .25 | CONFERENCE WITH CRAIG R. PAULUS CONFIRMING FILING OF HUNTINGTON BANK SUBPOENA; UPDATE PLEADING FILE |
| 7/22/03 | CRP | .25 | CALLS TO D/ KONRAD REGARDING SUBPOENA RESPONSE; CONFERENCE W/T. SCHUCK REGARDING TELECONFERENCE |
| 7/22/03 | TRS | 2.00 | REVIEW DOCUMENTS IN PREPARATION FOR TELEPHONE CALL TO WITH COUNSEL |

W0036357.1

| 7/23/03 | CRP | 3.50 | TELECONFERENCE W/T. SCHUCK AND OPPOSING COUNSEL; INVESTIGATION OF WETLANDS BANKING; CONFERENCE W/R. MARTIN (ENSAFE); CALL TO HUNTINGTON BANK |
| 7/23/03 | LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK; RECEIPT AND REVIEW LETTER FROM WILLIAM SCHROEDER; NOTICE TO DOCKET REGARDING DEPOSITION SCHEDULE; UPDATE TICKLER SYSTEM; CONFERENCE WITH CRAIG R. PAULUS AND REVIEW PLEADING FILE REGARDING CONTACT PERSON AT HUNTINGTON NATIONAL BANK |
| 7/23/03 | TRS | 4.00 | TELEPHONE CALL TO COUNSEL, TELEPHONE CALL TO H.T. BOGGS, REVIEW PLEADINGS |
| 7/25/03 | TRS | .50 | TELEPHONE CALLS TO SAM CASOLARI |
| 7/28/03 | TRS | .25 | TELEPHONE CALL TO SAM CASOLARI |
| 7/29/03 | CRP | .25 | CALLS REGARDING SUBPOENA |
| 7/29/03 | TRS | 1.00 | TELEPHONE CALL TO MRS. JALANOVICH, TELEPHONE CALL TO SAM CASOLARI |

PROFESSIONAL SERVICES                                      $ 9,147.50

COSTS ADVANCED

| 7/29/03 | MISC.-PACER ONLINE SERVICE 4/1/03-6/30/03 | .56 |
| 7/29/03 | COPYING/PRINTING | 308.55 |
| 7/29/03 | LONG DISTANCE | 12.98 |
| 7/31/03 | POSTAGE - JULY 2003 | 21.97 |

TOTAL COSTS ADVANCED                                       $ 344.06

                                           * * * * * * * * * * * * * *
                            THIS INVOICE TOTAL    $ 9,491.56
                                           * * * * * * * * * * * * * *


PRIOR BALANCE ON THIS MATTER AS OF 08/06/2003:      $ 4,480.95

TOTAL BALANCE DUE ON THIS MATTER AS OF 08/06/2003:  $ 13,972.51

W0036357.1

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 25.75 | 295.00 | 7,596.25 |
| STEPHEN M. GRIFFITH, JR. | .50 | 290.00 | 145.00 |
| CRAIG R. PAULUS | 6.25 | 155.00 | 968.75 |
| KATHLEEN M. GROTE | .50 | 110.00 | 55.00 |
| LESLIE L. ADAMS | 4.25 | 90.00 | 382.50 |
| | 36.75 | | $ 9,147.50 |

W0036357.1

IN ACCOUNT WITH

## TAFT, STETTINIUS & HOLLISTER LLP
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL 33830

INVOICE # 1562666
SEPTEMBER 30, 2003

CLIENT NUMBER - BG007    / GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH AUGUST 31, 2003

RE: SCOTT HUTCHISON ENTERPRISES

| | | | |
|---|---|---|---|
| 8/04/03 | LLA | 1.00 | CONFERENCE WITH THOMAS R. SCHUCK AND CRAIG R. PAULUS; TELEPHONE CONFERENCE TO D. KONRAD REGARDING STATUS OF DOCUMENT PRODUCTION BY HUNTINGTON NATIONAL BANK; PAGINATE DOCUMENTS PRODUCED |
| 8/05/03 | LLA | 1.50 | RECEIPT AND REVIEW ADDITIONAL DOCUMENTS PRODUCED BY HUNTINGTON NATIONAL BANK; STATUS REPORT TO CRAIG R. PAULUS; PAGINATE ADDITIONAL DOCUMENTS; BEGIN INDEXING DOCUMENTS |
| 8/06/03 | LLA | .50 | COMPLETE INDEXING DOCUMENTS PRODUCED BY HUNTINGTON NATIONAL BANK; ATTENTION TO FILE MAINTENANCE; STATUS REPORT TO THOMAS R. SCHUCK AND CRAIG R. PAULUS |
| 8/07/03 | LLA | .50 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK; REVIEW AMENDED SCHEDULING ORDER; NOTICES TO DOCKET |
| 8/13/03 | TRS | .50 | TELEPHONE CALL TO SCHROEDER, REVIEW LETTER |
| 8/14/03 | CRP | .50 | PREPARATION OF SUBPOENA AND MAKING ARRANGEMENTS FOR DEPOSITIONS; CONFERENCE W/T. SCHUCK REGARDING DEPOSITION PREPARATIONS |
| 8/14/03 | LLA | .75 | CONFERENCE WITH THOMAS R. SCHUCK; ATTEMPT TO LOCATE MARTINDALE HUBBELL INFORMATION REGARDING HANK DEBANK AND GREG ULLMAN; CONFERENCE WITH CRAIG R. PAULUS; REVIEW COMPLAINT TO DETERMINE WHETHER JURY TRIAL REQUESTED; COPY SUBPOENAS SERVED ON M. KLEIN AND HUNTINGTON NATIONAL BANK AND DELIVER TO CRAIG R. PAULUS |
| 8/14/03 | TRS | 3.00 | REVIEW DEOCUMENTS, DRAFT LETTER TO SCHROEDER |

W0050541.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| | | | |
|---|---|---|---|
| 8/15/03 | CRP | 3.50 | PREPARATION OF DEPOSITION NOTICES FOR MR. AND MS. HUTCHISON, MR. VAN NOSTRAND AND MR. KLEIN; AMENDMENT OF SUBPOENAS; DRAFTING COVER LETTERS TO OPPOSING COUNSEL; LETTER TO D. KONRAD; DRAFTING SUBPOENAS . |
| 8/15/03 | LLA | 3.50 | PREPARE DUPLICATE COPY OF TRIAL NOTEBOOK; CONFERENCE WITH CRAIG R. PAULUS; PREPARE AND REVISE SUBPOENAS ON M. KLEIN, R. VAN NOSTRAND, S. HUTCHISON AND L. HUTCHISON; ASSEMBLE AND PHOTOCOPY ATTACHMENTS TO SUBPOENAS |
| 8/15/03 | TRS | 2.00 | TELEPHONE CALL TO H.T. BOGGS, LETTER TO SCHROEDER, REVIEW DOCUMENTS; NOTICES AND SUBPOENAS |
| 8/18/03 | KJW | .50 | FILED NOTICE OF DEPOSITIONS WITH COURT |
| 8/18/03 | LLA | 3.00 | CONFERENCE WITH CRAIG R. PAULUS REGARDING FILING NOTICE OF DEPOSITION OF M. KLEIN, R. VAN NOSTRAND, S. & L. HUTCHISON; CONFERENCE WITH THOMAS R. SCHUCK REGARDING CHRONOLOGY; REVISE DOCUMENT INDICES AND BEGIN PREPARATION OF MASTER INDEX SORTED BY DATE; SORT INDICES TO DOCUMENTS PRODUCED BY HUNTINGTON BANK AND S. HUTCHISON BY BATES NUMBER; ARRANGE FOR PHOTOCOPYING OF DOCUMENTS FOR USE AT DEPOSITIONS |
| 8/18/03 | TRS | 8.00 | DEPOSITION PREPARATION, TELEPHONE CALLS REGARDING RESCHEDULING AND LETTER TO COUNSEL |
| 8/19/03 | LLA | .25 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK; NOTICE TO DOCKET REGARDING CANCELLATION OF DEPOSITIONS |
| 8/19/03 | TRS | 2.50 | TELEPHONE CALL TO CORPS OF ENGINEERS, DOCUMENT REVIEW |
| 8/20/03 | TRS | 3.00 | DOCUMENT REVIEW |
| 8/26/03 | LLA | .25 | CONFERENCE WITH CRAIG R. PAULUS REGARDING LETTER FROM D. KONRAD RETURNING UNSERVED SUBPOENAS REGARDING CANCELLED DEPOSITIONS |

PROFESSIONAL SERVICES                                    $ 7,292.50

IN ACCOUNT WITH

## TAFT, STETTINIUS & HOLLISTER LLP
### ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

COSTS ADVANCED

| | | |
|---|---|---|
| 8/19/03 | LONG DISTANCE | 5.86 |
| 8/26/03 | COPYING/PRINTING | 148.80 |
| 8/26/03 | TELECOPIES | 14.00 |

TOTAL COSTS ADVANCED                           $ 168.66

                        * * * * * * * * * * * * *
THIS INVOICE TOTAL    $ 7,461.16
                        * * * * * * * * * * * * *

PRIOR BALANCE ON THIS MATTER AS OF 09/30/2003:      $   344.06

TOTAL BALANCE DUE ON THIS MATTER AS OF 09/11/2003:   $  7,805.22

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 19.00 | 295.00 | 5,605.00 |
| CRAIG R. PAULUS | 4.00 | 155.00 | 620.00 |
| KATHLEEN J. WELCH | .50 | 110.00 | 55.00 |
| LESLIE L. ADAMS | 11.25 | 90.00 | 1,012.50 |
| | 34.75 | | $ 7,292.50 |

RJT:sls

IN ACCOUNT WITH

## TAFT, STETTINIUS & HOLLISTER LLP
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1568551
OCTOBER 31, 2003

CLIENT NUMBER - BG007      / GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH SEPTEMBER 30, 2003

RE:  SCOTT HUTCHISON ENTERPRISES

| Date | Init | Hours | Description |
|---|---|---|---|
| 9/04/03 | LLA | 2.50 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING RESCHEDULED DEPOSITIONS; NOTICES TO DOCKET; COMPLETE MASTER INDEX TO DOCUMENTS PRODUCED BY ALL PARTIES |
| 9/04/03 | TRS | 4.00 | DEPOSITION PREPARATION |
| 9/05/03 | TRS | 3.00 | LETTER AND TELEPHONE CALLS REGARDING SETTLEMENT, DEPOSITION NOTICES |
| 9/05/03 | LLA | 4.00 | CONFERENCE WITH THOMAS R. SCHUCK; REVIEW DOCKET TO DETERMINE WHETHER S. CASOLARI WITHDREW AS COUNSEL FOR RHODES; PREPARE NOTICE OF RESCHEDULED DEPOSITIONS; PREPARE SUBPOENA DUCES TECUM FOR M. KLEIN, R. VANNOSTRAND, S. HUTCHISON AND L. HUTCHISON; TELEPHONE CALL TO L. DEAN SCHWARTZ REGARDING DEPOSITION AND PREPARE SUBPOENA; TELEPHONE CALL TO L. MCDANIEL REGARDING SCHEDULED DEPOSITION; MEMORANDUM TO THOMAS R. SCHUCK REGARDING AVAILABILITY OF L. MCDANIEL; TELEPHONE CALL TO B. WITHERS TO DETERMINE INFORMATION NEEDED TO APPRAISE BRIANNA ROSE MOBILE HOME PARK; FORWARD INFORMATION TO THOMAS R. SCHUCK |
| 9/08/03 | LLA | 4.50 | TELEPHONE CALL FROM AND TO L. MCDANIEL REGARDING DEPOSITION SCHEDULE AND ADDRESS CONFIRMATION; PREPARE SUBPOENA; REVISE NOTICE OF DEPOSITION TO REFLECT THAT DEPOSITIONS TO BE TAKEN BY |

W0063179.1

IN ACCOUNT WITH

### TAFT, STETTINIUS & HOLLISTER LLP
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

|  |  |  |  |
|---|---|---|---|
|  |  |  | STENOGRAPHY AND VIDEO; TELEPHONE CALL FROM B. WITHERS REGARDING RENT ROLLS; STATUS REPORT TO THOMAS R. SCHUCK; FINALIZE NOTICE OF DEPOSITION AND SUBPOENAS; ELECTRONICALLY FILE NOTICE OF DEPOSITION AND SERVE ON PARTIES OF INTEREST; LETTER TO D. KONRAD FORWARDING ORIGINAL SUBPOENAS FOR SERVICE |
| 9/08/03 | TRS | .75 | NOTICE OF DEPOSITIONS AND SUBPOENAS |
| 9/09/03 | LAR | .25 | MEETING WITH T. SCHUCK REGARDING ENVIRONMENTAL ISSUES AND STRATEGIES |
| 9/09/03 | LLA | 1.00 | MEETING WITH THOMAS R. SCHUCK TO REVIEW DOCUMENT PRODUCTION; ARRANGE FOR PHOTOCOPYING OF CERTAIN DOCUMENTS FOR USE AT DEPOSITIONS; UPDATE PLEADING FILE AND TRIAL NOTEBOOKS |
| 9/09/03 | TRS | 2.00 | DOCUMENT REQUEST & SUBPOENAS, DOCUMENT REVIEW FOR DEPOSITIONS |
| 9/10/03 | LAR | 1.50 | REVIEWED DOCUMENTS REGARDING ENVIRONMENTAL ISSUES; RESEARCH REGARDING WETLANDS AND ASTM ISSUES |
| 9/10/03 | TRS | 6.50 | DEPOSITION PREPARATION |
| 9/11/03 | KJW | .25 | TELEPHONE CONVERSATION WITH LIBRARY REGARDING ASTM STANDARDS; CONFERENCE WITH LAR REGARDING SAME |
| 9/11/03 | LAR | 1.25 | RESEARCH REGARDING ASTM DOCUMENTS; DRAFTED MEMO; RESEARCH REGARDING ENVIRONMENTAL LIABILITY; TELEPHONE CALL TO T. SCHUCK REGARDING ANALYSIS |
| 9/11/03 | LLA | 2.25 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING ORGANIZATION OF DOCUMENTS FOR USE AT DEPOSITION; TELEPHONE CALL FROM T. BROWN AND D. KONRAD'S OFFICE REGARDING SERVICE OF SUBPOENAS ON L. DEAN SCHWARTZ AND L. MCDANIEL; TELEPHONE CALL FROM B. WITHERS REGARDING APPRAISAL; ORGANIZE DOCUMENTS IN CHRONOLOGICAL ORDER BY DATE |
| 9/11/03 | TRS | 3.00 | DEPOSITION PREPARATION |
| 9/12/03 | LLA | 1.00 | COMPLETE ORGANIZATION OF DOCUMENTS FOR USE AT DEPOSITIONS; TELEPHONE CALL FROM L. MCDANIEL REGARDING SERVICE OF SUBPOENA AND REQUEST FOR |

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

|  |  |  |  |
|--|--|--|--|
|  |  |  | RETENTION LETTER; TRANSCRIBE VOICEMAIL MESSAGE FROM L. MCDANIEL; CONFERENCE WITH THOMAS R. SCHUCK |
| 9/12/03 | TRS | 6.00 | DEPOSITION PREPARATION |
| 9/15/03 | LLA | 2.00 | MEETING WITH THOMAS R. SCHUCK TO PREPARE FOR DEPOSITIONS, INCLUDING REVIEW OF DOCUMENT PRODUCTION FOR USE AT DEPOSITIONS; CHECK DOCKET FOR FILING BY S. CASOLARI; MEMORANDUM TO THOMAS R. SCHUCK |
| 9/15/03 | TRS | 4.00 | TELEPHONE CALL TO DAN KONRAD, REVIEW DOCUMENTS, VOICE MAIL FROM KEVIN WALDO, CONFERENCE WITH LAR |
| 9/16/03 | KJW | .75 | OBTAINED CONTACT INFORMATION FOR USGS & ECO RESEARCH; CONTACTED BOTH REGARDING SITE MAP; ORDERED MAP |
| 9/16/03 | LAR | 3.00 | MEETING WITH T. SCHUCK REGARDING DOCUMENT AND EVIDENTIARY ISSUES; REVIEWED DOCUMENTS; RESEARCH REGARDING ENVIRONMENTALLY SENSITIVE REGS; REVIEWED RHODES DOC PRODUCTION; RESEARCH REGARDING FEDERAL AND STATE ENVIRONMENTAL SENSITIVE REGULATIONS |
| 9/16/03 | LLA | 1.50 | REVISE DEPOSITION EXHIBIT BINDER; REVIEW USGS WEBSITE AND CONFERENCE WITH KATHLEEN J. WELCH REGARDING OBTAINING TOPOGRAPHICAL MAP OF BRIANNA ROSE MOBILE HOME PARK; OBTAIN COPIES OF SUBPOENAS AND NOTICE OF DEPOSITION AND PHOTOCOPY FOR USE AS EXHIBITS TO DEPOSITIONS; CONFERENCES WITH THOMAS R. SCHUCK REGARDING HUNTINGTON BANK DOCUMENTS FOR USE AT DEPOSITIONS |
| 9/16/03 | TRS | 4.00 | REVIEW DOCUMENTS FOR DEPOSITIONS |
| 9/17/03 | KJW | .25 | REVIEWED USGS MAP; CONFERENCE WITH LAR |
| 9/17/03 | LAR | 1.00 | REVIEWED TRANSCRIPT OF T. BOGGS |
| 9/17/03 | LLA | 1.25 | ARRANGE FOR PHOTOCOPYING OF HUNTINGTON BANK DOCUMENTS FOR USE AT DEPOSITIONS; FOLLOW-UP WITH LAURA A. RINGENBACH AND KATHLEEN J. WELCH REGARDING USGS TOPOGRAPHICAL MAP; REVIEW MAP AND COMPARE TO MAP FROM RHODES' REPORT; REVIEW FAX LETTER FROM L. MCDANIEL REGARDING PAYMENT FOR |

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

|  |  |  |  |
|---|---|---|---|
|  |  |  | PARTICIPATION IN DEPOSITION; CONFERENCE WITH THOMAS R. SCHUCK REGARDING MAP AND LETTER FROM L. MCDANIEL |
| 9/18/03 | LLA | 2.50 | ORGANIZE PROPOSED EXHIBITS FOR USE AT DEPOSITIONS |
| 9/22/03 | LLA | 3.00 | MEETING WITH THOMAS R. SCHUCK TO REVIEW USGS TOPOGRAPHICAL MAP AND TO DISCUSS PREPARATIONS FOR UPCOMING DEPOSITIONS; PREPARE WITNESS FILES FOR EACH DEPONENT; TELEPHONE CALL TO L. MCDANIEL REGARDING FEE FOR PARTICIPATION IN DEPOSITION; MEMORANDUM TO THOMAS R. SCHUCK REGARDING TELEPHONE CONVERSATION; ELECTRONICALLY FILE PROOF OF SERVICE OF SUBPOENAS; LETTER TO S. CASOLARI FORWARDING PROOFS OF SERVICE OF SUBPOENAS |
| 9/22/03 | TRS | 4.00 | DEPOSITION PREPARATION |
| 9/23/03 | LLA | .50 | UPDATE PLEADING FILE AND TRIAL NOTEBOOKS |
| 9/23/03 | TRS | 6.50 | DEPOSITION PREPARATION |
| 9/24/03 | TRS | 8.00 | DEPOSITION PREPARATION |
| 9/25/03 | LLA | 3.75 | REVIEW INDEX TO DOCUMENTS PRODUCED BY HUNTINGTON BANK TO LOCATE COMMERCIAL LOAN CHECKLISTS; REVIEW CHECKLISTS IN ATTEMPT TO LOCATE LIST FROM SALE OF SUBJECT PROPERTY; CONFERENCE WITH THOMAS R. SCHUCK REGARDING MISSING CHECKLIST; CONTINUE ASSEMBLY OF POTENTIAL DEPOSITION EXHIBITS; MEETING WITH THOMAS R. SCHUCK REGARDING DEPOSITION PREPARATION AND DOCUMENT REVIEW; ARRANGE FOR COPYING OF ADDITIONAL HUNTINGTON BANK DOCUMENTS FOR USE AT DEPOSITIONS |
| 9/25/03 | TRS | 8.00 | DEPOSITION PREPARATION |
| 9/26/03 | LLA | 2.50 | CONFERENCE WITH THOMAS R. SCHUCK; INCORPORATE RHODES AND HUNTINGTON BANK DOCUMENTS INTO POTENTIAL DEPOSITION EXHIBIT BINDERS; CONTINUE TO ASSIST THOMAS R. SCHUCK WITH PREPARATION FOR DEPOSITIONS |
| 9/26/03 | TRS | 8.00 | DEPOSITION PREPARATION |
| 9/29/03 | LLA | 3.00 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING STATUS OF PREPARATION FOR DEPOSITIONS AND FEE |

W0063179.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| | | | |
|---|---|---|---|
| | | | ARRANGEMENTS WITH L. MCDANIEL AND L. DEAN SCHWARTZ; CONTINUE ORGANIZING DOCUMENTS FOR USE AT DEPOSITIONS INCORPORATING ADDITIONAL HUNTINGTON NATIONAL BANK AND RHODES DOCUMENTS |
| 9/29/03 | TRS | 4.00 | DEPOSITION PREPARATION, TELEPHONE CALLS |
| 9/30/03 | LLA | 3.00 | MEETING WITH THOMAS R. SCHUCK REGARDING PREPARATION FOR DEPOSITIONS; INCORPORATE EXPERT DOCUMENTS FOR USE AT DEPOSITIONS; REVIEW WITNESS FILES TO CONFIRM ALL NECESSARY DOCUMENTS INCLUDED |
| 9/30/03 | TRS | 4.00 | DEPOSITION PREPARATION, LETTER TO HUNTINGTON BANK |

RJT:sls
BG007/GN001-002

W0063179.1

IN ACCOUNT WITH

## TAFT, STETTINIUS & HOLLISTER LLP
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 75.75 | 295.00 | 22,346.25 |
| LAURA A. RINGENBACH | 7.00 | 250.00 | 1,750.00 |
| KATHLEEN J. WELCH | 1.25 | 110.00 | 137.50 |
| LESLIE L. ADAMS | 38.25 | 90.00 | 3,442.50 |
| | 122.25 | | $ 27,676.25 |

## COSTS ADVANCED

| | | |
|---|---|---|
| 9/10/03 | POSTAGE - SEPTEMBER 2003 | 12.79 |
| 9/15/03 | OUTSIDE COPYING -COPIES AT CINCINNATI PUBLIC LIBRARY OF ASTM STANDARD | 8.00 |
| 9/17/03 | MISC-PURCHASE OF USGS MAPS FROM OHIO DEPT. OF NATURAL RESOURCES | 16.82 |
| 9/25/03 | LONG DISTANCE | 6.27 |
| 9/28/03 | COPYING/PRINTING | 1,388.40 |
| 9/28/03 | TELECOPIES | 10.50 |
| | TOTAL COSTS ADVANCED | $ 1,442.78 |
| | TOTAL AMOUNT DUE | $ 29,119.03 |

W0063179.1

IN ACCOUNT WITH

## TAFT, STETTINIUS & HOLLISTER LLP
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 128.00 | 295.00 | 37,760.00 |
| CRAIG R. PAULUS | 12.50 | 155.00 | 1,937.50 |
| PATRICK G. JOHNSON | 24.25 | 135.00 | 3,273.75 |
| LESLIE L. ADAMS | 2.50 | 90.00 | 225.00 |
| VERNON NAYLES | 10.50 | 100.00 | 1,050.00 |
| BARBARA J. DAVIS | .25 | 85.00 | 21.25 |
| | 178.00 | | $ 44,267.50 |

### COSTS ADVANCED

| | | |
|---|---|---|
| 10/15/03 | TRAVEL AND EXPENSES RELATING TO MR. SCHUCK'S TRIP TO HUNTINGTON, WV FOR DEPOSITIONS ON 10/5-11/03 | 969.51 |
| 10/17/03 | MISC.-PRINTS FROM NEGATIVES | 20.03 |
| 10/30/03 | COPYING/PRINTING | 183.15 |
| 10/30/03 | TELECOPIES | 8.00 |
| 10/30/03 | LONG DISTANCE | 16.39 |
| 10/31/03 | MISC.-PACER ONLINE SERVICE 7/1/03-9/30/03 | 1.19 |

TOTAL COSTS ADVANCED                                   $ 1,198.27

* * * * * * * * * * * * * *
THIS INVOICE TOTAL    $ 45,465.77
* * * * * * * * * * * * * *

W0081202.1

IN ACCOUNT WITH

# TAFT, STETTINIUS & HOLLISTER LLP

ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| | | | |
|---|---|---|---|
| 10/01/03 | LLA | 1.00 | MEETING WITH THOMAS R. SCHUCK TO FINALIZE PREPARATION FOR DEPOSITIONS; PREPARE LABELS FOR BOXES OF DOCUMENTS TO BE USED AT DEPOSITIONS; PREPARE EXPERT WITNESS BINDER; TELEPHONE CALL TO RADISSON TO OBTAIN DIRECTIONS TO HOTEL |
| 10/01/03 | TRS | 6.00 | DEPOSITION PREPARATION, TELEPHONE CALLS |
| 10/02/03 | LLA | .75 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING CORP OF ENGINEERS DOCUMENTS; ADD CORP DOCUMENTS TO MATERIALS TO BE USED AT DEPOSITIONS |
| 10/03/03 | LLA | .25 | TELEPHONE CALL FROM AND TO T. BROWN REGARDING COURT REPORTERS FOR DEPOSITIONS SCHEDULED FOR THE WEEK OF OCTOBER 6 |
| 10/05/03 | TRS | 3.00 | TRAVEL TO HUNTINGTON |
| 10/06/03 | TRS | 10.00 | DEPOSITIONS |
| 10/07/03 | TRS | 10.00 | DEPOSITIONS |
| 10/08/03 | LLA | .25 | CONFERENCE WITH THOMAS R. SCHUCK; TELEPHONE CALL TO S. CASOLARI TO REQUEST COPY OF ORIGINAL RHODES REPORT |
| 10/08/03 | TRS | 8.00 | DEPOSITIONS |
| 10/09/03 | CRP | 1.00 | CONFERENCE WITH T. SCHUCK REGARDING RESEARCH PROJECT ON FRAUD ISSUES; CONFERENCE WITH P. JOHNSON REGARDING RESEARCH PROJECT |
| 10/09/03 | LLA | .25 | TELEPHONE CALL TO S. CASOLARI REGARDING OBTAINING ORIGINAL RHODES REPORT ON BOGGS PROPERTY; STATUS REPORT TO THOMAS R. SCHUCK |
| 10/09/03 | PGJ | 2.00 | INITIAL MEETING WITH CRAIG PAULUS CONCERNING SEVERAL RESEARCH PROJECTS FOR TOM SCHUCK; READ BACKGROUND MATERIAL |
| 10/09/03 | TRS | 8.00 | DEPOSITIONS |
| 10/10/03 | PGJ | 1.25 | READ BACKGROUND MATERIAL FOR RESEARCH |
| 10/10/03 | TRS | 8.00 | DEPOSITIONS |
| 10/13/03 | TRS | 6.00 | REVIEW DEPOSITION DOCUMENTS, PREPARE FOR ADDITIONAL DEPOSITIONS |
| 10/14/03 | PGJ | 2.75 | RESEARCH REGARDING REAL ESTATE FRAUD, STATUTE OF LIMITATIONS AND THE PAROL EVIDENCE RULE. |
| 10/14/03 | TRS | 4.00 | DEPOSITION PREPARATION |
| 10/15/03 | BJD | .25 | DUN & BRADSTREET REPORT ON ECOSEARCH ENVIRONMENTAL RESOURCES FOR TRS |

W0081202.1

IN ACCOUNT WITH

## TAFT, STETTINIUS & HOLLISTER LLP
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| Date | Init. | Hours | Description |
|---|---|---|---|
| 10/15/03 | PGJ | 5.25 | SPEAKING WITH GERALD RAPIEN ABOUT THE PROJECT. RESEARCH. |
| 10/15/03 | TRS | 1.00 | TELEPHONE CALL TO BILL SCHROEDER, REVIEW EXPERT DISCLOSURE AND MOTION TO EXTEND |
| 10/16/03 | CRP | .25 | CONFERENCE WITH P. JOHNSON REGARDING RESEARCH |
| 10/16/03 | TRS | 2.00 | PREPARE FOR DEPOSITIONS |
| 10/20/03 | CRP | 1.00 | REVIEW MOTIONS BY W. SCHROEDER; REVIEW PLAINTIFFS' EXPERT FILE |
| 10/20/03 | TRS | 2.00 | PREPARE FOR DEPOSITIONS |
| 10/20/03 | VN | .50 | UPDATE INDEX |
| 10/21/03 | PGJ | .75 | RESEARCH REGARDING REAL ESTATE FRAUD, STATUTE OF LIMITATIONS AND THE PAROL EVIDENCE RULE |
| 10/22/03 | CRP | 3.25 | REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING DEPOSITIONS; REVIEW PLAINTIFFS EXPERT FILE |
| 10/22/03 | PGJ | .75 | RESEARCH REGARDING REAL ESTATE FRAUD, STATUTE OF LIMITATIONS AND THE PAROL EVIDENCE RULE, MERGER, PRIVITY OF CONTRACT AND OHIO DITCH LAW |
| 10/22/03 | TRS | 8.00 | TRAVEL TO HUNTINGTON, PREPARE FOR DEPOSITIONS |
| 10/22/03 | VN | .75 | UPDATE PLEADINGS |
| 10/23/03 | CRP | 6.25 | REVIEW PLAINTIFF'S EXPERT DISCLOSURES (CONT'D); CONVERENCE WITH P. JOHNSON REGARDING RESEARCH; ANALYSIS OF MERGER, FRAUD, AND ASSIGNABILITY ISSUES |
| 10/23/03 | PGJ | 9.75 | RESEARCH REGARDING REAL ESTATE FRAUD, STATUTE OF LIMITATIONS AND THE PAROL EVIDENCE RULE, MERGER, PRIVITY OF CONTRACT AND OHIO DITCH LAW |
| 10/23/03 | TRS | 8.00 | WORK ON DEPOSITIONS |
| 10/24/03 | CRP | .25 | CONFERENCE WITH P. JOHNSON REGARDING RESEARCH |
| 10/24/03 | PGJ | .50 | READ OVER CASES REGARDING PRIVITY |
| 10/24/03 | TRS | 8.00 | DEPOSITIONS, RETURN TO CINCINNATI |
| 10/25/03 | TRS | 2.00 | REVIEW CORRESPONDENCE, TELEPHONE CALL TO HT, PREPARE FOR ADDITIONAL DEPOSITIONS |
| 10/27/03 | VN | .75 | UPDATE PLEADINGS |
| 10/27/03 | CRP | .25 | REVIEW CORRESPONDENCE REGARDING DOCUMENTS PRODUCED BY PLAINTIFF |
| 10/27/03 | TRS | 8.00 | DEPOSITIONS IN LEXINGTON, TRAVEL TO HUNTINGTON, PREPARE FOR DEPOSITIONS |

IN ACCOUNT WITH

## TAFT, STETTINIUS & HOLLISTER LLP
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| | | | |
|---|---|---|---|
| 10/28/03 | PGJ | 1.25 | RESEARCH REGARDING REAL ESTATE FRAUD, STATUTE OF LIMITATIONS AND THE PAROL EVIDENCE RULE |
| 10/28/03 | TRS | 8.00 | DEPOSITIONS |
| 10/29/03 | TRS | 8.00 | DEPOSITIONS, RETURN TO CINCINNATI |
| 10/30/03 | TRS | 4.00 | DEPOSITION PREPARATION, TELEPHONE CALLS REGARDING SCHEDULING, LETTER TO BILL SCHROEDER |
| 10/30/03 | VN | 2.50 | UPDATE PLEADINGS; ARRANGE FOR COPYING OF EXHIBITS |
| 10/31/03 | CRP | .25 | REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL |
| 10/31/03 | TRS | 6.00 | DOCUMENT REVIEW |
| 10/31/03 | VN | 6.00 | ORGANIZE DOCUMENTS FOR FLORIDA; UPDATE PLEADINGS |

PROFESSIONAL SERVICES                                    $ 44,267.50

W0081202.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1581216
DECEMBER 31, 2003

CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH NOVEMBER 30, 2003

RE:  SCOTT HUTCHISON ENTERPRISES

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 62.00 | 295.00 | 18,290.00 |
| CRAIG R. PAULUS | 1.25 | 155.00 | 193.75 |
| LESLIE L. ADAMS | 16.75 | 90.00 | 1,507.50 |
| VERNON NAYLES | 45.00 | 100.00 | 4,500.00 |
| | 125.00 | | $ 24,491.25 |

### COSTS ADVANCED

| | | |
|---|---|---|
| 11/13/03 | TRAVEL -TWO TRIPS TO HUNTINGTON, WV ON 10/22-24/03 & 10/27-29/03 RE: DEPOSITIONS | 876.82 |
| 11/18/03 | POSTAGE - NOVEMBER 2003 | 4.90 |
| 11/20/03 | TRAVEL MR. SCHUCK IN HUNTINGTON, WV FOR DEPOSITION ON 11/17/03 | 114.90 |
| 11/21/03 | DEPOSITION/TRANSCRIPT- DEPOSIT FOR DEPOSITION | 1,000.00 |
| 11/26/03 | LONG DISTANCE | 13.56 |
| 11/28/03 | COPYING/PRINTING | 537.15 |
| 11/28/03 | TELECOPIES | 25.50 |
| 11/28/03 | FEDERAL EXPRESS DELIVERY ON 11/05/03 FROM THOMAS R SCHUCK TO H T BOGGS, AIRBILL#: 839306658581 | 22.42 |

TOTAL COSTS ADVANCED          $  2,595.25
                              * * * * * * * * * * * * * *
THIS INVOICE TOTAL  $ 27,086.50
                              * * * * * * * * * * * * * *

RJT:sls

W0098140.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1581216
DECEMBER 31, 2003

CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH NOVEMBER 30, 2003

RE:  SCOTT HUTCHISON ENTERPRISES

| DATE | HOURS | |
|---|---|---|
| 10/13/03 LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING DEPOSITIONS AND ORGANIZATION OF DEPOSITION EXHIBITS; TO WALGREENS TO HAVE NEGATIVES FROM L. DEAN SCHWARTZ DEVELOPED |
| 10/14/03 LLA | 2.50 | BEGIN INSERTING DEPOSITION EXHIBIT REFERENCES INTO DEPOSITION BINDERS (2.50) |
| 10/15/03 LLA | 4.75 | CONTINUE WORKING ON ORGANIZATION OF EXHIBITS USED AT DEPOSITIONS AND BEGIN INDEXING; CONFERENCES WITH THOMAS R. SCHUCK REGARDING STATUS OF DEPOSITION EXHIBIT INDEX; SCHEDULED DEPOSITIONS OF NAVY TRUCKING AND RHODES; PAGINATION OF ADDITIONAL DOCUMENTS PRODUCED BY BOGGS AND DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER; UPDATE TRIAL NOTEBOOKS |

W0098140.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

| DATE | HOURS | |
|------|-------|---|
| 10/16/03 LLA | 4.50 | CONFERENCE WITH THOMAS R. SCHUCK; LETTER TO W. SCHROEDER CONFIRMING CANCELLATION OF BOGGS DEPOSITION; NOTICES TO DOCKET REGARDING DEPOSITIONS BY M. GHEEN, T. FUDGE, D. KONRAD, K. WALDO, H.T. BOGGS, T. BLATT/NAVY TRUCKING AND L. RHODES; UPDATE TICKLER SYSTEM; UPDATE PLEADING FILE AND TRIAL NOTEBOOK; TELEPHONE CONFERENCE TO DETERMINE STATUS OF DEVELOPMENT OF PHOTOS FROM NEGATIVES OF L. DEAN SCHWARTZ; ARRANGE FOR COPIES OF ADDITIONAL EXHIBITS TO BE MADE FOR USE AT UPCOMING DEPOSITIONS; PREPARE ADDITIONAL WITNESS FILES; CONFERENCE WITH ROD SCHREIBER REGARDING MAKING ADDITIONAL COPIES OF PHOTOS TAKEN DURING TOUR OF PROPERTY |
| 10/17/03 LLA | 4.50 | COMPLETE ORGANIZATION OF DEPOSITION EXHIBITS BINDER AND PREPARATION OF INDEX OF DEPOSITION EXHIBITS; DISCUSS L. DEAN SCHWARTZ INVOICE WITH THOMAS R. SCHUCK; TELEPHONE CONFERENCE TO AND TRAVEL TO WALGREENS TO RETRIEVE PHOTOS MADE FROM L. DEAN SCHWARTZ NEGATIVES; OBTAIN COPIES OF DUPLICATE PHOTOS TAKEN DURING TOUR OF PROPERTY; ASSEMBLE ALL MATERIALS FOR TRIP TO WEST VIRGINIA FOR DEPOSITIONS |
| 10/27/03 VN | .75 | UPDATE PLEADINGS |
| 11/04/03 TRS | 4.50 | TELEPHONE CALLS REGARDING SCHEDULING |
| 11/04/03 VN | .75 | PULL & COPY DOCUMENTS FOR TRS |
| 11/05/03 TRS | 6.00 | DOCUMENT REVIEW REGARDING DEPOSITIONS, SCHEDULING ORDER |
| 11/05/03 VN | 6.00 | BATES NUMBER DOCUMENTS; INDEX HUTCHISON PRODUCTION; DRAFT SUBPOENA AND NOTICE |
| 11/06/03 TRS | 2.50 | DOCUMENTS, REVIEW MOTION TO AMEND |
| 11/07/03 TRS | 6.50 | TELEPHONE CALL TO WALDO, TELEPHONE CALL TO SCHROEDER, DOCUMENTS |
| 11/07/03 VN | 3.00 | UPDATE PLEADINGS; ARRANGE FOR COURT REPORTER FOR STEPHENS DEPOSITION; FILE NOTICE OF DEPOSITIONS |

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|------|------|-------|---|
| 11/10/03 | CRP | .75 | REVIEW MOTION TO AMEND BY PLAINTIFFS AND AMENDED COMPLAINT |
| 11/10/03 | TRS | 2.50 | REVIEW ALL DOCUMENTS PRODUCED BY HUTCHISON, REVIEW MOTION TO AMEND, REVISE STATUS REPORT |
| 11/10/03 | VN | 1.00 | UPDATE PLEADINGS; CONFERENCE WITH TRS |
| 11/11/03 | VN | 4.50 | ORGANIZE DOCUMENTS FOR POSSIBLE DEPOSITION EXHIBITS |
| 11/12/03 | TRS | 2.00 | WORK ON JOINT STATUS REPORT |
| 11/12/03 | VN | 6.50 | UPDATE DOCUMENT INDEX |
| 11/13/03 | TRS | 2.00 | LETTER TO H.T. WITH DEPOSITIONS; DRAFT STATUS REPORT |
| 11/13/03 | VN | .75 | UPDATE PLEADINGS |
| 11/14/03 | TRS | 8.00 | WORK ON DOCUMENTS FOR DEPOSITIONS |
| 11/14/03 | VN | 6.00 | FILE TRANSCRIPT DISK; FILE JOINT STATUS REPORT WITH COURT; UPDATE PLEADINGS; COPY DOCUMENTS FOR 11/17 DEPOSITION |
| 11/17/03 | TRS | 8.00 | DEPOSITION OF JEFFREY STEPHENS IN HUNTINGTON, WV |
| 11/18/03 | TRS | 1.00 | TELEPHONE CALLS TO COUNSEL REGARDING RHODES |
| 11/18/03 | VN | .50 | REFILE DEPOSITION MATERIALS |
| 11/19/03 | TRS | 2.00 | CONFERENCE WITH JUDGE |
| 11/19/03 | VN | .50 | UPDATE PLEADINGS |
| 11/20/03 | TRS | 6.00 | WORK ON DOCUMENTS FOR DISCOVERY, TELEPHONE CALLS |
| 11/20/03 | VN | 5.00 | ORGANIZE FILES FROM DEPOSITION; UPDATE INDICES |
| 11/21/03 | TRS | 6.00 | DRAFT ANSWER AND CROSS-CLAIMS; ARRANGE REPORTER FOR DEPOSITION; TELEPHONE CALLS REGARDING SUBPOENA |
| 11/21/03 | VN | .75 | UPDATE DOCUMENT INDEX |
| 11/25/03 | TRS | 2.50 | TELEPHONE CALLS REGARDING DISCOVERY, LETTER TO SCHROEDER |
| 11/25/03 | VN | 6.00 | UPDATE INDICES AND WITNESS FILES; UPDATE PLEADINGS |

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|------|------|-------|---|
| 11/26/03 | CRP | .50 | CONFERENCE WITH T. SCHUCK REGARDING MOTION FOR SUMMARY JUDGMENT AND AMENDED COMPLAINT; REVIEW PLAINTIFF'S SECOND AMENDED COMPLAINT; CONFERENCE W/P. JOHNSON REGARDING AFFIRMATIVE DEFENSES |
| 11/26/03 | TRS | .50 | CONFERENCE WITH CRP REGARDING ANSWER |
| 11/26/03 | VN | 3.00 | UPDATE INDICES AND PLEADINGS |
| 11/29/03 | TRS | 2.00 | DEPOSITION PREPARATION |

PROFESSIONAL SERVICES                                    $ 24,491.25

RJT:sls

W0098140.1

IN ACCOUNT WITH

### TAFT, STETTINIUS & HOLLISTER LLP
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

H.T. BOGGS
METALMART SYSTEMS, INC.                          JANUARY 30, 2004
255 CENTURY BLVD.
BARTOW, FL  33830

### SUMMARY OF PROFESSIONAL SERVICES BILLED

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 51.00 | 295.00 | 15,045.00 |
| CRAIG R. PAULUS | 9.25 | 155.00 | 1,433.75 |
| PATRICK G. JOHNSON | 23.25 | 135.00 | 3,138.75 |
| LESLIE L. ADAMS | 4.00 | 90.00 | 360.00 |
| PAMELA L. REIN | .50 | 100.00 | 50.00 |
| VERNON NAYLES | 13.50 | 100.00 | 1,350.00 |
| | 101.50 | | $ 21,377.50 |

### COSTS ADVANCED

| | | |
|---|---|---|
| 12/02/03 | LEXIS SEARCH CHARGE | 37.00 |
| 12/04/03 | FEDERAL EXPRESS DELIVERY ON 11/14/03 FROM THOMAS R SCHUCK TO H T BOGGS, AIRBILL#: 843572099838 | 16.21 |
| 12/05/03 | DUN & BRADSTREET SEARCH CHARGE ON 10/15/03 | 40.40 |
| 12/15/03 | TELECOPIES | 1.50 |
| 12/17/03 | OUTSIDE COPYING - COPIES OF OVERSIZED EXHIBITS | 48.15 |
| 12/18/03 | FEDERAL EXPRESS DELIVERY ON 11/25/03 FROM THOMAS R SCHUCK TO H T BOGGS, AIRBILL#: 843572099849 | 16.21 |
| 12/29/03 | DUN & BRADSTREET SEARCH CHARGE | 40.40 |
| 12/30/03 | LONG DISTANCE | 2.36 |
| 12/31/03 | DEPOSITION/TRANSCRIPT-APPEARANCE FEE AND COPIES OF H.T. BOGGS DEPOSITION VIDEOS | 735.06 |
| 12/31/03 | COPYING/PRINTING | 212.70 |
| 12/31/03 | FEDERAL EXPRESS DELIVERY ON 12/19/2003 FROM THOMAS R SCHUCK TO H T BOGGS, AIRBILL#: 843572099860 | 21.25 |

| TOTAL COSTS ADVANCED | $ 1,171.24 |
|---|---|
| | *********** |
| THIS INVOICE TOTAL | $22,548.74 |
| | *********** |

RJT:sls

W0110086.1

IN ACCOUNT WITH

## TAFT, STETTINIUS & HOLLISTER LLP
### ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1587753
JANUARY 30, 2004

CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH DECEMBER 31, 2003

RE:  SCOTT HUTCHISON ENTERPRISES

| DATE | | HOURS | |
|------|------|-------|---|
| 12/01/03 | CRP | 1.00 | CONFERENCES WITH P. JOHNSON AND T. SCHUCK; ANALYSIS OF EVIDENCE ISSUES |
| 12/01/03 | PGJ | 3.75 | RESEARCH CONCERNING THE ADMISSION OF BUSINESS RECORDS IN OHIO |
| 12/01/03 | TRS | 4.00 | DEPOSITION PREPARATION, CONFERENCE WITH CRP & PGJ REGARDING RESEARCH; E-MAILS TO WITHERS |
| 12/01/03 | VN | 5.50 | UPDATE PLEADINGS AND INDICES; ORGANIZE FILES FOR UPCOMING DEPOSITION |
| 12/02/03 | PGJ | 4.25 | RESEARCH CONCERNING THE ADMISSION OF BUSINESS RECORDS IN OHIO; WRITE MEMO CONCERNING SAME |
| 12/02/03 | TRS | 2.25 | DEPOSITION PREPARATION, CONFERENCE WITH PGJ |
| 12/02/03 | VN | 2.50 | ORGANIZE FILES FOR UPCOMING DEPOSITION |
| **12/03/03** | **TRS** | **8.00** | **TRAVEL TO FLORIDA (NO CHARGE)** |
| **12/04/03** | **TRS** | **8.00** | **TRAVEL TO FLORIDA (NO CHARGE)** |
| 12/05/03 | TRS | 8.00 | DEPOSITION PREPARATION |
| 12/06/03 | TRS | 4.00 | DEPOSITION PREPARATION |

W0110086.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|------|--|-------|--|
| 12/07/03 | TRS | 8.00 | DEPOSITION PREPARATION AND DOCUMENT REVIEW |
| 12/08/03 | TRS | 8.00 | DEPOSITION IN FLORIDA |
| 12/09/03 | TRS | 4.00 | DEPOSITIONS IN FLORIDA |
| 12/10/03 | TRS | 8.00 | **TRAVEL TO OHIO (NO CHARGE)** |
| 12/11/03 | TRS | 8.00 | **TRAVEL TO OHIO (NO CHARGE)** |
| 12/12/03 | PGJ | 1.50 | READING DEPOSITIONS FOR CASE |
| 12/15/03 | PGJ | 4.00 | READ AND OUTLINE SCOTT HUTCHISON DEPOSITIONS FOR CASE |
| 12/15/03 | TRS | 2.00 | DOCUMENT CONSOLIDATION AND TELEPHONE CALL TO H.T. |
| 12/15/03 | VN | 1.50 | ORGANIZE DEPOSITION MATERIALS |
| 12/15/03 | LLA | .25 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING ADDITIONAL DOCUMENTS PRODUCED BY S. HUTCHISON AS REQUESTED AT BOGGS DEPOSITION |
| 12/16/03 | PGJ | 1.50 | READ AND OUTLINE SCOTT HUTCHISON DEPOSITIONS FOR CASE |
| 12/16/03 | TRS | 1.00 | REVIEW FILNGS, STATUS OF DRAFT ANSWER, TELEPHONE CALL TO H.T. |
| 12/16/03 | VN | 1.50 | INDEX DEPOSITION EXHIBITS |
| 12/17/03 | LLA | 1.50 | RECEIPT AND REVIEW ADDITIONAL DOCUMENTS PRODUCED BY S. HUTCHISON; PAGINATE DOCUMENTS; CONFERENCES WITH S. KENNEDY REGARDING CONVERSION OF INDICES INTO SUMMATION |
| 12/17/03 | PGJ | 1.50 | READ AND OUTLINE SCOTT HUTCHISON DEPOSITIONS FOR CASE |
| 12/17/03 | TRS | 4.00 | MOTION FOR SUMMARY JUDGMENT AND ANSWER |
| 12/18/03 | CRP | .75 | REVIEW ANSWER TO SECOND AMENDMENT COMPLAINT AND PREPARING SAME FOR FILING |

W0110086.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|------|------|------|------|
| 12/18/03 | PGJ | 1.50 | READ AND OUTLINE SCOTT HUTCHISON DEPOSITIONS FOR CASE |
| 12/18/03 | TRS | 2.50 | MOTION FOR SUMMARY JUDGMENT AND ANSWER |
| 12/19/03 | CRP | 3.00 | CONFERENCE WITH T. SCHUCK; REVISION OF ANSWER; ATTENDING TO FILING AND SERVICE OF ANSWER TO SECOND AMENDED COMPLAINT |
| 12/19/03 | LLA | 1.00 | CONFERENCES WITH CRAIG R. PAULUS REGARDING DATE-STAMPED PLEADINGS; CONTINUE PREPARATION OF INDEX TO DOCUMENT PRODUCTION |
| 12/19/03 | PGJ | 1.50 | READ AND OUTLINE SCOTT HUTCHISON DEPOSITIONS FOR CASE |
| 12/19/03 | PLR | .50 | OBTAIN FROM COURT FILE STAMPED COPIES OF ANSWER OF DEFENDANT H.T. BOGGS TO SECOND AMENDED COMPLAINT AND CROSS-CLAIMS AGAINST DEFENDANTS LARRY RHODES, INC., JAMES ZIMMER AND JACK GEISLER |
| 12/19/03 | TRS | 2.00 | ANSWER |
| 12/22/03 | CRP | 1.75 | WORK ON DRAFT MOTION FOR SUMMARY JUDGMENT |
| 12/22/03 | PGJ | 2.25 | READ AND OUTLINE SCOTT HUTCHISON DEPOSITIONS FOR CASE |
| 12/22/03 | TRS | .25 | LETTER TO H.T. WITH ANSWER |
| 12/22/03 | VN | .75 | UPDATE PLEADING FILES |
| 12/23/03 | TRS | .50 | DOCUMENTS |
| 12/23/03 | VN | 1.00 | UPDATE PLEADINGS; UPDATE DEPOSITION EXHIBIT BINDER |
| 12/24/03 | VN | .75 | UPDATE PLEADINGS |
| 12/29/03 | CRP | 2.00 | CONFERENCE WITH C. ROBERTSON; REVISION OF STATEMENT OF FACTS |

W0110086.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|------|------|-------|---|
| 12/29/03 | LLA | 1.00 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING BOGGS DEPOSITION ERRATA SHEET; LOAN BOGS DEPOSITION INTO SUMMATION DATABASE; CONFERENCE WITH CRAIG R. PAULUS; TELEPHONE CALL TO C. ROBERTSON AND M. CALDWELL REGARDING REQUEST FOR COPIES OF PLEADINGS; ARRANGE FO PHOTOCOPYING OF PLEADING FILES |
| 12/30/03 | CRP | .75 | REVISION OF STATEMENT OF FACTS (CONT;D) |
| 12/30/03 | PGJ | 1.50 | READ THROUGH STATEMENT OF FACTS; FIND DEPOSITION CITES FOR THE STATEMENT OF FACTS |
| 12/31/03 | TRS | .50 | DOCUMENTS |

W0110086.1