IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

**REMITTANCE ADVICE**
**PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT**
**AND MAKE CHECK PAYABLE TO TAFT, STETTINIUS & HOLLISTER LLP**

H.T. BOGGS                                    MARCH 1, 2004
METALMART SYSTEMS, INC.                       INVOICE# 1592403
255 CENTURY BLVD.
BARTOW, FL  33830

IN RE: BOGGS, H.T.                   /BG007

| MATTER NAME | MATTER NUMBER | FEES | EXPENSES | TOTAL |
|-------------|---------------|------|----------|-------|
| SCOTT HUTCHISON ENTERPRISES | GN002 | 4,665.00 | 1,515.24 | 6,180.24 |

CURRENT INVOICE                              $ 6,180.24

BALANCE DUE FROM PREVIOUS INVOICE(S)              $ .00

TOTAL BALANCE DUE*                           $ 6,180.24

{W0593061.1}

IN ACCOUNT WITH

## TAFT, STETTINIUS & HOLLISTER LLP
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

H.T. BOGGS                                    INVOICE # 1592403
METALMART SYSTEMS, INC.                       MARCH 1, 2004
255 CENTURY BLVD.
BARTOW, FL  33830

CLIENT NUMBER - BG007/GN002
FOR PROFESSIONAL SERVICES RENDERED
    THROUGH JANUARY 31, 2004

RE:  SCOTT HUTCHISON ENTERPRISES


| DATE | ATTY | HOURS | |
|------|------|-------|---|
| 1/02/04 | PGJ | 1.00 | READ THROUGH STATEMENT OF FACTS; FIND DEPOSITION CITES FOR THE STATEMENT OF FACTS |
| 1/05/04 | LLA | .75 | REVISE MASTER INDEX; CONFERENCE WITH S. KENNEDY REGARDING SUMMATION DATA BASE |
| 1/05/04 | PGJ | 2.50 | FIND DEPOSITION CITES FOR THE STATEMENT OF FACTS |
| 1/06/04 | LLA | 1.00 | REVISE MASTER INDEX TO DOCUMENT PRODUCTION AND UPDATE TRS CASE BINDER; CONFERENCE WITH VAN; REVIEW DEPOSITION EXHIBITS TO CONFIRM INFORMATION ON INDICES |
| 1/06/04 | PGJ | 2.75 | FIND DEPOSITION CITES FOR THE STATEMENT OF FACTS |
| 1/07/04 | LLA | 2.50 | CONTINUE CREATING SUMMATION DOCUMENT DATABASE; CONFERENCES WITH S. KENNEDY |
| 1/07/04 | PGJ | 3.25 | FIND DEPOSITION CITES FOR THE STATEMENT OF FACTS |
| 1/08/04 | PGJ | 2.75 | FIND DEPOSITION CITES FOR THE STATEMENT OF FACTS |
| 1/09/04 | CRP | 2.25 | DRAFTING MOTION FOR SUMMARY JUDGMENT |
| 1/09/04 | PGJ | 3.00 | FIND DEPOSITION CITES FOR THE STATEMENT OF FACTS |
| 1/12/04 | PGJ | 3.00 | FIND DEPOSITION CITES FOR THE STATEMENT OF FACTS |
| 1/15/04 | PGJ | 2.75 | FIND DEPOSITION CITES FOR THE STATEMENT OF FACTS |
| 1/20/04 | CRP | .50 | REVIEW PLEADINGS FILED TODAY BY GEISLER & ZIMMER |
| 1/20/04 | LLA | .75 | CONFERENCE WITH CRAIG R. PAULUS; RECEIPT AND REVIEW NOTICE OF FILING ANSWERS; OBTAIN COPIES OF ANSWERS AND FORWARD TO CRAIG R. PAULUS; UPDATE PLEADING FILE AND TRIAL NOTEBOOKS |
| 1/20/04 | PGJ | 3.75 | UPDATE MEMO; FIND DEPOSITION CITES FOR THE STATEMENT OF FACTS |
| 1/21/04 | PGJ | .75 | UPDATE MEMO; FIND DEPOSITION CITES FOR THE STATEMENT OF FACTS |

{W0593061.1}

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | ATTY | HOURS | |
|------|------|-------|---|
| 1/22/04 | LLA | 3.00 | COMPLETE CREATION OF SUMMATION DATABASE OF DOCUMENT PRODUCTION AND DEPOSITION EXHIBITS; BEGIN UPDATING DATABASE WITH ADDITIONAL DOCUMENTS PRODUCED BY S. HUTCHISON |
| 1/26/04 | CRP | 3.75 | DRAFTING MOTION FOR SUMMARY JUDGMENT; CONFERENCE WITH P. JOHNSON REGARDING RESEARCH |
| 1/26/04 | PGJ | .75 | ORGANIZE RESEARCH FOR BRIEF; SPEAK WITH CRAIG PAULUS CONCERNING ISSUES TO BE IDENTIFIED IN THE BRIEF |
| 1/27/04 | CRP | 1.50 | DRAFTING MOTION FOR SUMMARY JUDGMENT; RESEARCH IN SUPPORT OF SAME (CONT'D) |
| 1/27/04 | LLA | 2.00 | ADD DOCUMENTS PRODUCED BY S. HUTCHISON TO SUMMATION DATABASE AND INDIVIDUAL DOCUMENT INDICES |
| 1/28/04 | CRP | 6.25 | MOTION FOR SUMMARY JUDGMENT (CONT'D.) RESEARCH ON CLEAN WATER ACT; CONFERENCE WITH P. JOHNSON REGARDING RESEARCH |
| 1/28/04 | LLA | 2.00 | UPDATE PLEADING FILE AND TRIAL NOTEBOOKS; CONFERENCE WITH CRAIG R. PAULUS; FORWARD COPIES OF SALES AGREEMENT AND RHODES ENVIRONMENTAL REPORT TO CRAIG R. PAULUS; UPDATE DUPLICATE TRIAL NOTEBOOK |
| 1/28/04 | PGJ | 2.75 | RESEARCH REGARDING THE PERMITTING PROCESS IN OHIO TO BUILD ON WETLANDS; WRITE SHORT MEMO CONCERNING FINDINGS FOR CRAIG PAULUS |
| 1/29/04 | CRP | 2.00 | MOTION FOR SUMMARY JUDGMENT (CONT'D.) |
| 1/29/04 | LLA | .75 | CONFERENCE WITH THOMAS R. SCHUCK; REVIEW DOCKET TO DETERMINE WHETHER RHODES FILED AN ANSWER TO BOGGS' CROSS-CLAIM; MEMORANDUM TO THOMAS R. SCHUCK AND CRAIG R. PAULUS REGARDING SEARCH RESULTS; ELECTRONICALLY FILE ANSWER TO ZIMMER/GEISLER CROSS-CLAIM; SERVE ON PARTIES OF INTEREST; UPDATE PLEADING FILE AND TRIAL NOTEBOOKS |
| 1/29/04 | PGJ | 1.00 | RESEARCH REGARDING THE PERMITTING PROCESS IN OHIO TO BUILD ON WETLANDS; ONLINE RESEARCH |
| 1/30/04 | CRP | 6.00 | MOTION FOR SUMMARY JUDGMENT (CONT'D.) |
| 1/30/04 | PGJ | .50 | RESEARCH REGARDING THE PERMITTING PROCESS IN OHIO TO BUILD ON WETLANDS; DOUBLE CHECK EARLIER RESEARCH |

PROFESSIONAL SERVICES                                              $ 4,665.00

COSTS ADVANCED
1/02/04   TRAVEL-TRIP TO LAKELAND, FL RE: DEPOSITION              1,441.89
1/02/04   MEAL EXPENSE-TRIP TO LAKELAND, FL RE: DEPOSITION          118.20

{W0593061.1}

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| | | |
|---|---|---|
| 1/06/04 | LONG DISTANCE | .02 |
| 1/16/04 | PAYMENT RECEIVED FROM WYATT TARRANT & COMBS, LLP INVOICE W0105615 COPYING/PRINTING RE SCOTT HUTCHISON ENTERPRISES, INC. V. RHODES, INC., ET AL. | -106.65 |
| 1/22/04 | FEDERAL EXPRESS DELIVERY ON 12/31/2003 FROM LESLIE ADAMS TO MARY CALDWELL, PARALEGAL, AIRBILL#: 791743760434 | 10.48 |
| 1/28/04 | COPYING/PRINTING | 51.30 |
| | TOTAL COSTS ADVANCED | $ 1,515.24 |

```
                                        **************
                         THIS INVOICE TOTAL   $ 6,180.24
                                        **************
```

PRIOR BALANCE ON THIS MATTER AS OF 03/01/2004:        $ .00

TOTAL BALANCE DUE ON THIS MATTER AS OF 03/01/2004:    $ 6,180.24

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| CRAIG R. PAULUS | 22.25 | 87.04 | 1,936.65 |
| PATRICK G. JOHNSON | 30.50 | 69.12 | 2,108.18 |
| LESLIE L. ADAMS | 12.75 | 48.64 | 620.17 |
| | 65.50 | | $ 4,665.00 |

RJT

{W0593061.1}

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|
| THOMAS R. SCHUCK | 42.50 | 300.00 | 12,750.00 | |
| CRAIG R. PAULUS | 19.50 | 170.00 | 1,657.50 | (50% DISCOUNT) |
| PATRICK G. JOHNSON | 28.00 | 135.00 | 1,890.00 | (50% DISCOUNT) |
| LESLIE L. ADAMS | 3.25 | 95.00 | 308.75 | |
| VERNON NAYLES | 35.25 | 100.00 | 3,525.00 | |
| | 128.50 | | $ 20,131.25 | |

| | | | |
|---|---|---|---|
| 3/10/04 | FEE RELIEF FOR 1/04 (INVOICE # 1592403) | -5,000.00 | |
| | FEE RELIEF FOR 2/04 (THIS INVOICE) | -3,547.50 | |
| | TOTAL FEE RELIEF | -8,547.50 | |

TOTAL PROFESSIONAL SERVICES                    $ 15,131.25

### COSTS ADVANCED

| | | |
|---|---|---|
| 2/12/04 | LEXIS SEARCH CHARGE | 10.00 |
| 2/13/04 | MISC.-PACER ONLINE SERVICE FOR 10/1/03-12/31/03 | 3.29 |
| 2/19/04 | LEXIS SEARCH CHARGE | 10.00 |
| 2/20/04 | LEXIS SEARCH CHARGE | 33.00 |
| 2/24/04 | TRAVEL-TRIP TO HUNTINGTON, WV RE: MEETING WITH H.T. BOGGS | 127.50 |
| 2/24/04 | MEAL EXPENSE-TRIP TO HUNTINGTON, WV RE: MEETING WITH H.T. BOGGS | 3.00 |
| 2/24/04 | LONG DISTANCE | 2.91 |
| 2/25/04 | COPYING/PRINTING | 137.85 |
| 2/26/04 | LEXIS SEARCH CHARGE | 42.00 |
| 2/27/04 | LEXIS SEARCH CHARGE | 25.00 |
| 2/27/04 | WESTLAW SEARCH | 11.00 |
| 2/27/04 | WESTLAW SEARCH | 136.00 |

TOTAL COSTS ADVANCED                    $ 541.55

THIS INVOICE TOTAL    $ 15,672.80

W0142410.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

```
H.T. BOGGS                                 INVOICE # 1599154
METALMART SYSTEMS, INC.                    MARCH 10, 2004
255 CENTURY BLVD.
BARTOW, FL  33830


CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH FEBRUARY 29, 2004

RE:  SCOTT HUTCHISON ENTERPRISES
```

| DATE | | HOURS | |
|------|---|-------|---|
| 2/02/04 | CRP | 3.25 | MOTION FOR SUMMARY JUDGMENT AND RESEARCH IN SUPPORT CONCERNING SUPERCEDING CAUSATION |
| 2/02/04 | LLA | .50 | CONFERENCE WITH TRS; OBTAIN ORDER GRANTING C. ROBERTSON'S APPLICATION FOR ADMISSION PRO HAC VICE; TELEPHONE CONFERENCE TO E. DAVID MARSHALL REGARDING STATUS OF ANSWER TO BOGGS' CROSS CLAIMS |
| 2/03/04 | CRP | 2.00 | MOTION FOR SUMMARY JUDGMENT |
| 2/03/04 | LLA | .25 | TELEPHONE CALL TO E. DAVID MARSHALL REGARDING FILING REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO BOGGS' CROSS CLAIMS |
| 2/04/04 | CRP | 5.25 | MOTION FOR SUMMARY JUDGMENT |
| 2/05/04 | CRP | 2.50 | REVISE MOTION FOR SUMMARY JUDGMENT |
| 2/05/04 | LLA | .25 | UPDATE PLEADING FILE AND TRIAL NOTEBOOKS |
| 2/07/04 | TRS | 1.00 | MOTION FOR SUMMARY JUDGMENT |
| 2/09/04 | CRP | .25 | CONFERENCE WITH T. SCHUCK REGARDING MOTION FOR SUMMARY JUDGMENT |
| 2/10/04 | TRS | 1.00 | MOTION FOR SUMMARY JUDGMENT |
| 2/12/04 | CRP | 2.75 | REVIEW AND REVISION OF MOTION FOR SUMMARY JUDGMENT; CONFERENCE WITH P. JOHNSON |
| 2/12/04 | PGJ | 6.00 | OBTAIN LEADING CASES ON FRAUD IN A REAL ESTATE CONTEXT IN OHIO; INSERT CITES FROM DEPOSITIONS INTO BRIEF |

W0142410.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|------|--|-------|--|
| 2/12/04 | TRS | 4.00 | MOTION FOR SUMMARY JUDGMENT |
| 2/13/04 | CRP | .50 | CONFERENCE WITH P. JOHNSON; REVISION OF MOTION (CONT'D) |
| 2/13/04 | LLA | .25 | CONFERENCE WITH PATRICK G. JOHNSON REGARDING DOCKET REFERENCES FOR DAN EVANS CURRICULUM VITAE FOR USE IN MOTION FOR SUMMARY JUDGMENT |
| 2/13/04 | PGJ | 3.75 | INSERT CITES FROM DEPOSITIONS INTO BRIEF; UPDATE AND DOUBLE CHECK BRIEF FOR ERRORS |
| 2/17/04 | TRS | 2.00 | MOTION FOR SUMMARY JUDGMENT |
| 2/18/04 | CRP | .25 | CONFERENCE WITH T. SCHUCK; CONFERENCE WITH P. JOHNSON REGARDING HUTCHISON'S ADMISSIONS |
| 2/18/04 | PGJ | .25 | ADD CITES FROM DEPOSITIONS CONCERNING VACANT LAND |
| 2/18/04 | TRS | 8.00 | MOTION FOR SUMMARY JUDGMENT |
| 2/19/04 | CRP | .25 | CONFERENCE WITH P. JOHNSON AND T. SCHUCK REGARDING MOTION'S RECORD CITATIONS AND ADDITIONAL RESEARCH |
| 2/19/04 | LLA | .50 | CONFERENCES WITH VAN & TRS; ASCERTAIN STATUS OF AMENDED SCHEDULING ORDERS; FORWARD CURRENT CERTIFICATE OF SERVICE TO TRS FOR INCLUSION ON MOTION |
| 2/19/04 | PGJ | 7.00 | CASELAW RESEARCH CONCERNING FRAUD AND RELIANCE, PRIVITY, FAILURE TO PERFORM CONTRACT AS A BAR FROM SUING, AND DAMAGES CLAIMS |
| 2/19/04 | TRS | 8.00 | MOTION FOR SUMMARY JUDGMENT; TELEPHONE CALL TO E DAVID MARSHALL |
| 2/19/04 | VN | .75 | REVIEW FILES WITH TRS |
| 2/20/04 | CRP | 1.75 | RESEARCH ON NORATION; CONFERENCE WITH P. JOHNSON REGARDING COMPLETING REVISIONS AND RESEARCH FOR MOTION. |
| 2/20/04 | LLA | .75 | CONFERENCES WITH VN REGARDING FILING DEPOSITIONS AND UPDATING DOCUMENT INDICES; CONFERENCES WITH CRP; LOCATE DOCKET REFERENCES FOR MOTION FOR SUMMARY JUDGMENT |

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|------|------|-------|---|
| 2/20/04 | PGJ | 6.50 | CASELAW RESEARCH CONCERNING FRAUD AND RELIANCE, PRIVITY, FAILURE TO PERFORM CONTRACT AS A BAR FROM SUING, AND DAMAGES CLAIMS; CITE RESEARCH FROM DEPOSITIONS FOR BRIEF |
| 2/20/04 | TRS | 4.50 | MOTION FOR SUMMARY JUDGMENT; TELEPHONE CALLS REGARDING DEPOSITIONS & COPRORATE DOCUMENTS |
| 2/20/04 | VN | 6.50 | UPDATE COURT DOCKET; PULL ALL TRANSCRIPTS OF DEPOSITIONS TAKEN IN WEST VIRGINIA; TELEPHONE CALL TO COURT REPORTER FOR ORIGINALS; EDIT DOCUMENT IND EX; REVIEW DOCKET FOR SCHEDULING ORDER |
| 2/21/04 | TRS | 6.00 | TRAVEL TO HUNTINGTON TO DELIVER CORPORATE DOCUMENTS & RETRIEVE DEPOSITIONS FOR FILING |
| 2/22/04 | TRS | 3.00 | REVISE MOTION FOR SUMMARY JUDGMENT, REVIEW HUTCHISON TESTIMONY |
| 2/23/04 | VN | 5.00 | REVIEW AND EDIT DATABASE ENTRIES; FILE DEPOSITION TRANSCRIPTS; TELEPHONE CALL TO COURT REPORTER |
| 2/24/04 | LLA | .25 | TELEPHONE CALL TO AND FROM ENSAFE REGARDING RICHARD MARTIN INVOICE |
| 2/24/04 | TRS | 1.00 | TELEPHONE CALL TO H.T., REVIEW CORRESPONDENCE, DEPOSITIONS, TELEPHONE CALL TO PAUL HENNESEY |
| 2/24/04 | VN | 6.50 | DRAFT NOTICE OF FILING DEPOSITION TRANSCRIPTS; CHECK DATABASE FOR EXHIBIT ENTRIES |
| 2/25/04 | VN | 6.50 | CHECK DATABASE FOR EXHIBIT ENTRIES |
| 2/26/04 | PGJ | 2.50 | RESEARCH CONCERNING CHOICE OF LAW IN A FEDERAL CASE SITTING IN OHIO |
| 2/26/04 | TRS | 2.00 | MOTION FOR SUMMARY JUDGMENT |
| 2/26/04 | VN | 5.00 | FORMAT REPORTS FOR DOCUMENTS IN DATE AND EXHIBIT ORDER |
| 2/27/04 | CRP | .75 | SHEPARDIZING CASES CITED IN MOTION FOR SUMMARY JUDGMENT |

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|------|------|-------|---|
| 2/27/04 | LLA | .50 | TELEPHONE CALL TO S. MASON AT ENSAFE REGARDING STATUS OF RESEARCH INTO R. MARTIN INVOICE; TELEPHONE CALL TO S. MURPHY REQUESTING ITEMIZATION OF TIME BILLED BY R. MARTIN; BEGIN RESEARCH INTO L. DEAN SCHWARTZ INVOICE; DETERMINE WHETHER PLAINTIFFS DESIGNATED L. DEAN SCHWARTZ AS EXPERT WITNESS AND WHETHER HE RECEIVED SUBPOENA FOR DEPOSITION TESTIMONY |
| 2/27/04 | PGJ | 2.00 | RESEARCH CONCERNING CHOICE OF LAW IN A FEDERAL CASE SITTING IN OHIO |
| 2/27/04 | TRS | 2.00 | MOTION FOR SUMMARY JUDGMENT; LETTER TO SCHWARTZ, TELEPHONE CALL TO SCHROEDER |
| 2/27/04 | VN | 5.00 | DRAFT NOTICE OF FILING EXHIBITS; EDIT DEPOSITION EXHIBIT LIST AND NOTICE OF FILING DEPOSITIONS |

PROFESSIONAL SERVICES                         $ 23,678.75

W0142410.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 2.75 | 300.00 | 825.00 |
| PATRICK G. JOHNSON | 2.00 | 135.00 | 270.00 |
| LESLIE L. ADAMS | 4.50 | 95.00 | 427.50 |
| VERNON NAYLES | 2.50 | 100.00 | 250.00 |
| | 11.75 | | $ 1,772.50 |

## COSTS ADVANCED

| | | |
|---|---|---|
| 3/22/04 | LONG DISTANCE | 2.47 |
| 3/28/04 | COPYING/PRINTING | 39.30 |
| | TOTAL COSTS ADVANCED | $ 41.77 |

```
                               **************
       THIS INVOICE TOTAL       $ 1,814.27
                               **************
```

W0154946.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1602857
APRIL 30, 2004

CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH MARCH 31, 2004

RE:  SCOTT HUTCHISON ENTERPRISES

| DATE | | HOURS | |
|------|---|-------|---|
| 3/01/04 LLA | .25 | TELEPHONE CALL FROM S. MURPHY AT ENSAFE REGARDING INABILITY TO LOCATE ITEMIZATION OF TIME BILLED BY R. MARTIN |
| 3/01/04 TRS | 1.00 | MOTION FOR SUMMARY JUDGMENT & DISCOVERY ISSUES |
| 3/01/04 VN | 1.00 | ORGANIZE TRANSCRIPTS AND VIDEOS FOR FILING |
| 3/03/04 TRS | .25 | LETTER REGARDING REPORTER'S FEES |
| 3/05/04 PGJ | 2.00 | RESEARCH CONCERNING CHOICE OF LAW IN A FEDERAL CASE SITTING IN OHIO |
| 3/11/04 LLA | .25 | E-MAIL TO R. MARTIN REQUESTING ITEMIZATION OF SERVICES BILLED WHILE EMPLOYEE OF ENSAFE |
| 3/15/04 VN | 1.50 | BATES NUMBER AND INDEX HUTCHISON DOCUMENTS |
| 3/16/04 TRS | 1.00 | TELEPHONE CONFERENCES REGARDING RESCHEDULING DEPOSITION |
| 3/17/04 LLA | .25 | TELEPHONE CALL FROM THOMAS R. SCHUCK AND TELEPHONE CALL TO D. KONRAD REGARDING CANCELLATION OF SCHEDULED DEPOSITION |

W0154946.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|------|--|-------|--|
| 3/19/04 LLA | .25 | TELEPHONE CALL TO R. MARTIN AT GRIGGS & MALONEY REQUESTING ITEMIZATION OF CHARGES WHILE EMPLOYED AT ENSAFE; E-MAIL FROM R. MARTIN AND TO THOMAS R. SCHUCK REGARDING INVOICE |
| 3/22/04 LLA | .75 | LETTER AND E-MAIL TO S. MURPHY AT ENSAFE REQUESTING ITEMIZATION OF CHARGES BILLED BY R. MARTIN; E-MAIL FROM S. MURPHY REGARDING CANCELLATION OF INVOICE; CONFERENCE WITH THOMAS R. SCHUCK; NOTICE TO DOCKET REGARDING DEPOSITIONS OF R. BLANKENSHIP AND K. WEBB; UPDATE TICKLER SYSTEM |
| 3/22/04 TRS | .50 | REVIEW SCHROEDER LETTER AND LETTER TO COUNSEL |
| 3/23/04 LLA | .50 | CONFERENCE WITH CRAIG R. PAULUS; E-MAIL TO AND FROM C. LEWIS REGARDING RHODES REPORT; FORMAT REPORT AND FORWARD TO C. LEWIS; NOTICE TO DOCKET REGARDING DEPOSITION OF T. DAWSON; UPDATE TICKLER SYSTEM |
| 3/24/04 LLA | 1.25 | CONFERENCE WITH CRAIG R. PAULUS; REVIEW DOCUMENT PRODUCTION AND DEPOSITION EXHIBITS; FORMAT RHODES LETTER AND APPENDIX TO RHODES REPORT; E- MAIL TO C. LEWIS FORWARDING LETTER AND APPENDIX; UPDATE PLEADING FILE |
| 3/25/04 LLA | 1.00 | E-MAIL FROM AND TO C. LEWIS REGARDING PHOTO PORTION OF RHODES REPORT; COPY PHOTOS AND FORWARD WITH LETTER TO C. LEWIS; UPDATE PLEADING FILE AND TRIAL NOTEBOOKS |

RJT:sls

W0154946.1

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1608803
MAY 28, 2004

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 26.25 | 300.00 | 7,875.00 |
| LESLIE L. ADAMS | 6.00 | 95.00 | 570.00 |
| VERNON NAYLES | 2.50 | 100.00 | 250.00 |
|  | 34.75 |  | $ 8,695.00 |

## COSTS ADVANCED

| | | |
|---|---|---|
| 4/05/04 | LONG DISTANCE | .08 |
| 4/23/04 | MISC.- PACER ONLINE SERVICES 1/1-3/31/04 | .42 |
| 4/23/04 | MISC.- PACER ONLINE SERVICES 1/1-3/31/04 | 1.40 |
| 4/27/04 | TRAVEL-TRIP TO HUNTINGTON, WV ON 4/6/04 RE: DEPOSITIONS | 115.12 |
| 4/27/04 | MEAL EXPENSE-TRIP TO HUNTINGTON, WV ON 4/6/04 RE: DEPOSITIONS | 17.19 |
| 4/28/04 | COPYING/PRINTING | 150.30 |
|  | TOTAL COSTS ADVANCED | $ 284.51 |

```
                            * * * * * * * * * * * * * *
        THIS INVOICE TOTAL      $ 8,979.51
                            * * * * * * * * * * * * * *
```

RJT:sls

W0171806.1

IN ACCOUNT WITH

## TAFT, STETTINIUS & HOLLISTER LLP
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH APRIL 30, 2004

RE:  SCOTT HUTCHISON ENTERPRISES

| DATE | | HOURS | |
|------|---|-------|---|
| 4/02/04 | LLA | .25 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK |
| 4/02/04 | TRS | .25 | TELEPHONE CALL TO H.T. |
| 4/05/04 | TRS | 1.00 | PREPARE FOR DEPOSITIONS |
| 4/06/04 | TRS | 8.00 | THREE DEPOSITIONS IN HUNTINGTON, TELEPHONE CALL TO H.T. |
| 4/07/04 | LLA | .50 | ELECTRONICALLY FILE NOTICE OF MANUAL FILING OF DEPOSITION TRANSCRIPTS AND VIDEOTAPES AND NOTICE OF FILING DEPOSITION EXHIBITS FOR THOMAS R. SCHUCK |
| 4/07/04 | TRS | 2.00 | REVISE AND FILE MOTION FOR SUMMARY JUDGMENT |
| 4/07/04 | VN | 2.50 | FILE NOTICE OF FILING DEPOSITIONS AND VIDEOS AND MOTION FOR SUMMARY JUDGMENT; EDIT EXHIBIT LIST; DELIVER DEPOSITION TRANSCRIPTS AND VIDEOS TO DISTRICT COURT |
| 4/14/04 | LLA | .50 | REVIEW MOTION FOR SUMMARY JUDGMENT FILED BY ZIMMER AND GEISLER; CONFERENCE WITH THOMAS R. SCHUCK; UPDATE TRIAL NOTEBOOK |
| 4/15/04 | LLA | .50 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK; ASSEMBLE CORRESPONDENCE FOR ATTACHMENT TO MOTION FOR SUMMARY JUDGMENT; CONFERENCES WITH THOMAS R. SCHUCK |
| 4/15/04 | TRS | 6.00 | PREPARE RESPONSE TO MOTION FOR SUMMARY JUDGMENT, TELEPHONE CALL TO SCROEDER, RESEARCH |
| 4/16/04 | LLA | .75 | CONFERENCE WITH THOMAS R. SCHUCK; CITE CHECK M10 TO GEISLER/ZIMMER MOTION FOR SUMMARY JUDGMENT |
| 4/16/04 | TRS | 4.00 | REVISE RESPONSE TO MOTION FOR SUMMARY JUDGMENT, E-MAIL SCHROEDER, RESEARCH |

W0171806.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

| DATE | | HOURS | |
|------|--|-------|--|
| 4/20/04 | LLA | .75 | ELECTRONICALLY FILE MOTION IN OPPOSITION TO GEISTER/ZIMMER MOTION FOR SUMMARY JUDGMENT AND SERVE ON PARTIES OF INTEREST; ASSEMBLE ATTACHMENTS TO LETTER TO H.T. BOGGS |
| 4/20/04 | TRS | 1.00 | FILE MEMO, LETTER TO H.T. BOGGS |
| 4/27/04 | LLA | .25 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK |
| 4/28/04 | LLA | .75 | CONFERENCE WITH THOMAS R. SCHUCK; OBTAIN COPIES OF PLAINTIFFS' RESPONSES TO BOGGS AND GEISLER/ZIMMER MOTIONS FOR SUMMARY JUDGMENT; UPDATE TRIAL NOTEBOOKS |
| 4/28/04 | TRS | 1.00 | REPLY MEMO |
| 4/29/04 | LLA | .75 | CONFERENCE WITH THOMAS R. SCHUCK; FORMAT PLAINTIFFS' RESPONSES TO BOGGS & GEISLER/ZIMMER MOTIONS FOR SUMMARY JUDGMENT INTO PDF AND FORWARD TO THOMAS R. SCHUCK; UPDATE PLEADING FILE |
| 4/29/04 | TRS | 1.00 | REPLY MEMO |
| 4/30/04 | LLA | 1.00 | CONFERENCE WITH THOMAS R. SCHUCK; REVIEW REPLY TO PLAINTIFF'S MOTION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; CHECK DEPOSITION, DEPOSITION EXHIBIT AND DOCKET CITES; COMPLETE MISSING CITES |
| 4/30/04 | TRS | 2.00 | REPLY MEMO, RESEARCH |

PROFESSIONAL SERVICES                                    $ 8,695.00

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1614102
JUNE 30, 2004

CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH MAY 31, 2004

RE:  SCOTT HUTCHISON ENTERPRISES

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 2.75 | 300.00 | 825.00 |
| LESLIE L. ADAMS | 5.50 | 95.00 | 522.50 |
| | 8.25 | | $ 1,347.50 |

## COSTS ADVANCED

| | | |
|---|---|---|
| 5/06/04 | DEPOSITION/TRANSCRIPT- COPY OF DEPOSITION OF RUSSELL BLANKENSHIP AND WILLIAM DAWSON | 94.90 |
| 5/06/04 | DEPOSITION/TRANSCRIPT- COPY OF WILLIAM SCHROEDER, ESQ. | 5.20 |
| 5/26/04 | COPYING/PRINTING | 63.60 |
| 5/26/04 | LONG DISTANCE | .89 |
| | TOTAL COSTS ADVANCED | $ 164.59 |

* * * * * * * * * * * * *
THIS INVOICE TOTAL      $ 1,512.09
* * * * * * * * * * * * *

W0187106.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|------|---|-------|---|
| 5/04/04 | LLA | 1.50 | CONFERENCE WITH TRS; ASSIST WITH PREP OF REPLY IN SUPPORT OF MSJ BY LOCATING CITES TO DEPOSITIONS AND DEPOSITION EXHIBITS; PREPARE REPLY FOR FILING; ELECTRONICALLY FILE REPLY; SERVE ON PARTIES OF INTEREST. |
| 5/04/04 | TRS | 2.00 | REPLY |
| 5/05/04 | LLA | 1.00 | CONFERENCE WITH TRS; PREPARE AND ELECTRONICALLY FILE REQUEST FOR ORAL ARGUMENT OF MSJ; SERVE ON ALL PARTIES OF INTEREST. |
| 5/06/04 | LLA | .75 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK; CREATE WITNESS FILES FOR R. BLANKENSHIP AND W. DAWSON |
| 5/10/04 | LLA | .25 | CONFERENCES WITH THOMAS R. SCHUCK REGARDING REPLY TO S. HUTCHISON'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF GEISLER/ZIMMER; REVIEW DOCKET |
| 5/11/04 | TRS | .50 | TELEPHONE CALL TO BILL SCHROEDER |
| 5/13/04 | LLA | .50 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK |
| 5/14/04 | TRS | .25 | LETTER TO H.T. WITH MOTION FOR SUMMARY JUDGMENT PAPERS |
| 5/20/04 | LLA | 1.50 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK |

RJT:sls

W0187106.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1625612
AUGUST 31, 2004

CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH JULY 31, 2004

RE:  SCOTT HUTCHISON ENTERPRISES

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 9.25 | 300.00 | 2,775.00 |
| LESLIE L. ADAMS | 6.75 | 95.00 | 641.25 |
| | 16.00 | | $ 3,416.25 |

### COSTS ADVANCED

| | | |
|---|---|---|
| 7/22/04 | LONG DISTANCE | 2.21 |
| 7/27/04 | COPYING/PRINTING | 48.90 |
| 7/30/04 | MISC.-PACER ONLINE SERVICES 4/01-6/30/04 | .42 |
| | TOTAL COSTS ADVANCED | $ 51.53 |

```
                                    * * * * * * * * * * * * * *
              THIS INVOICE TOTAL      $ 3,467.78
                                    * * * * * * * * * * * * * *
```

W0215775.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | HOURS | |
|------|-------|---|
| 7/01/04 LLA | 2.00 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING LEGION INSURANCE CLAIMS AND ANALYSIS OF COSTS/EXPENSES; REVIEW THOMAS R. SCHUCK CORRESPONDENCE FILES AND MARK OUTSTANDING INVOICES AND INVOICES PAID BY H.T. BOGGS FOR EXPENSES |
| 7/02/04 LLA | 1.50 | COPY INVOICES FORWARDED TO CLIENT FOR PAYMENT AND OTHER INVOICES NOT PAID BY TAFT, STETTINIUS & HOLLISTER; PREPARE SPREADSHEET OF EXPENSES FOR ATTACHMENT TO LEGION INSURANCE CLAIM |
| 7/03/04 TRS | 2.00 | INSURANCE CLAIMS |
| 7/06/04 LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK; ASSIST WITH ASSEMBLY OF SUPPORTING DOCUMENTATION FOR CLAIM WITH LEGION INSURANCE CO.; TELEPHONE CALL FROM SOMERVILLE & COMPANY |
| 7/06/04 TRS | 4.00 | INSURANCE CLAIM, TELEPHONE CALLS AND REVIEW FILES |
| 7/07/04 LLA | .75 | RECEIPT OF HT BOGGS' SOCIAL SECURITY NUMBER; COMPLETE LEGION INSURANCE CLAIM FORM; CONFERENCE WITH THOMAS R. SCHUCK; TELEPHONE CALL TO D. KONRAD AND K. WADO TO REQUEST DOCUMENTATION REGARDING FEES AND EXPENSES INCURRED DURING LITIGATION FOR INCLUSION IN LEGION CLAIM; STATUS REPORT TO THOMAS R. SCHUCK |
| 7/07/04 TRS | .50 | STATEMENT IN SUPPORT OF INSURANCE CLAIM |
| 7/15/04 LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK; TELEPHONE CALL TO D. KONRAD'S OFFICE REGARDING ADDITIONAL INFORMATION FOR LEGION INSURANCE CLAIM; STATUS REPORT TO THOMAS R. SCHUCK; RECEIPT AND REVIEW BILLING HISTORY FROM D. KONRAD |
| 7/17/04 LLA | .25 | REVISE LEGIONS INSURANCE CLAIM TO INCLUDE FEES AND EXPENSES INCURRED BY D. KONRAD AND K. WALDO |
| 7/20/04 LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING LEGIONS INSURANCE CLAIM; REVISE ATTACHMENT FROM D. KONRAD |

W0215775.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | HOURS | |
|------|-------|---|
| 7/20/04 TRS | .50 | REVISE INSURANCE CLAIM |
| 7/21/04 LLA | .75 | CONFERENCE WITH THOMAS R. SCHUCK; ASSIST WITH ASSEMBLY OF ATTACHMENTS TO LEGIONS INSURANCE CLAIM; REVIEW STATEMENT FOR ACCURACY |
| 7/21/04 TRS | 2.00 | INSURANCE CLAIM |
| 7/22/04 TRS | .25 | INSURANCE CLAIM |

PROFESSIONAL SERVICES                                    $ 3,416.25

RJT:sls

W0215775.1

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1636503
OCTOBER 29, 2004

CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH SEPTEMBER 30, 2004

RE:  SCOTT HUTCHISON ENTERPRISES


        COSTS ADVANCED
7/30/04    FEDERAL EXPRESS SENT: 07/21/2004 FROM THOMAS R         13.88
           SCHUCK ESQ, TO OFFICE OF THE SPECIAL, AIRBILL#:
           843572927259
9/13/04    COPYING/PRINTING                                        3.30
9/15/04    LONG DISTANCE                                            .42
        TOTAL COSTS ADVANCED                                    $ 17.60

                                                  * * * * * * * * * * * * * *
                            THIS INVOICE TOTAL       $ 17.60
                                                  * * * * * * * * * * * * * *


PRIOR BALANCE ON THIS MATTER AS OF 10/05/2004:          $ .00

TOTAL BALANCE DUE ON THIS MATTER AS OF 10/05/2004:      $ 17.60



RJT:sls




W0282687.1

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1647734
DECEMBER 31, 2004

CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH NOVEMBER 30, 2004

RE:  SCOTT HUTCHISON ENTERPRISES

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | .25 | 300.00 | 75.00 |

W0329395.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

DATE              HOURS

11/30/04 TRS      .25   TELEPHONE CALL TO BILL SCHROEDER

RJT:sls

W0329395.1

IN ACCOUNT WITH

## TAFT, STETTINIUS & HOLLISTER LLP
### ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL 33830

INVOICE # 1653753
JANUARY 31, 2005

CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH DECEMBER 31, 2004

RE:  SCOTT HUTCHISON ENTERPRISES

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | .75 | 300.00 | 225.00 |
| LESLIE L. ADAMS | .25 | 95.00 | 23.75 |
| | 1.00 | | |

| DATE | | HOURS | |
|---|---|---|---|
| 12/01/04 | TRS | .75 | TELEPHONE CALL TO H.T. BOGGS |
| 12/28/04 | LLA | .25 | RECEIPT AND REVIEW SCHEDULING ORDER; NOTICE TO DOCKET; UPDATE TICKLER REGARDING HEARING ON MSJ |

PROFESSIONAL SERVICES                        $ 248.75

                                      * * * * * * * * * * * * * *
THIS INVOICE TOTAL          $ 248.75
                                      * * * * * * * * * * * * * *

PRIOR BALANCE ON THIS MATTER AS OF 01/05/2005:     $ 75.00

TOTAL BALANCE DUE ON THIS MATTER AS OF 01/05/2005:     $ 323.75

RJT:sls

W0348838.1