**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL 33830

INVOICE # 1660732
FEBRUARY 28, 2005

CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH JANUARY 31, 2005

RE: SCOTT HUTCHISON ENTERPRISES

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 10.75 | 325.00 | 3,493.75 |
| LESLIE L. ADAMS | 8.00 | 110.00 | 880.00 |
| | 18.75 | | $ 4,373.75 |

## COSTS ADVANCED

| | | |
|---|---|---|
| 1/19/05 | OUTSIDE COPYING - MSJ HEARING EXHIBIT | 48.15 |
| 1/19/05 | LONG DISTANCE | 1.41 |
| 1/24/05 | MEAL EXPENSE-BREAKFAST MEETING ON 1/19/05 WITH CLIENT | 16.64 |
| 1/26/05 | COPYING/PRINTING | 1.05 |
| | TOTAL COSTS ADVANCED | $ 67.25 |

\*\*\*\*\*\*\*\*\*\*\*\*\*
THIS INVOICE TOTAL    $ 4,441.00
\*\*\*\*\*\*\*\*\*\*\*\*\*

W0376081.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|---|---|---|---|
| 1/04/05 | TRS | .25 | LETTER TO HT |
| 1/06/05 | LLA | .25 | UPDATE PLEADING FILE AND TRIAL NOTEBOOKS |
| 1/17/05 | TRS | 2.00 | PREPARE FOR MSJ ARGUMENT |
| 1/18/05 | LLA | 1.50 | MEETING WITH TRS; ASSIST WITH PREPARATION FOR HEARING ON MOTION FOR SUMMARY JUDGMENT; ARRANGE FOR DEPOSITION EXHIBIT 139 TO BE COPIES AND ENLARGED FOR USE AT HEARING; TELEPHONE CALL TO TO COURT TO ARRANGE FOR DELIVERY OF HEARING EXHIBITS |
| 1/18/05 | TRS | 2.00 | PREPARE FOR MOTION FOR SUMMARY JUDGMENT ARGUMENT |
| 1/19/05 | LLA | 4.00 | ATTEND MOTION FOR SUMMARY JUDGMENT HEARING; CONFERENCES WITH TRS AND K. WALDO; TELEPHONE CALL TO TO/FROM JUDGE WEBER'S CASE MANAGER REGARDING AVAILABILITY OF FILED DEPOSITION EXHIBITS; TO USDC TO LOCATE AND COPY EXHIBITS 47 AND 195 FOR PURSUANT TO JUDGE WEBER'S REQUEST; STATUS REPORT TO TRS AND DISCUSSION REGARDING WETLAND ISSUES TO BE DISCUSSED WITH KKB; LETTER TO COPYPLEX FORWARDING PAYMENT FOR COPYING AND ENLARGING EXHIBIT 139 FOR SUMMARY JUDGMENT HEARING |
| 1/19/05 | TRS | 5.00 | MOTION FOR SUMMARY JUDGMENT ARGUMENT; TELEPHONE CALL TO WITNESS WITH KEVIN WALDO |
| 1/20/05 | LLA | .50 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK; REVIEW NOTES FROM SUMMARY JUDGMENT HEARING AND COPY REFERENCED PAGES FROM THOMAS AND COMPANY REPORT FOR USE BY KKB |
| 1/25/05 | LLA | .50 | CONFERENCE W/TRS; REVIEW LETTER FROM B. SCHROEDER FORWARDING EXHIBITS TO JUDGE WEBER; REVIEW EXHIBITS W/TRS |
| 1/25/05 | TRS | .50 | REVIEW SCHRODER LETTER TO COURT AND TELEPHONE CALL TO SCHRODER REGARDING MISSING EXHIBITS |

W0376081.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|---|---|---|---|
| 1/26/05 | LLA | 1.00 | CONFERENCE W/TRS REGARDING RESEARCHING BREACH OF EXPRESS WARRANTY, PROFESSIONAL MALPRACTICE AND STATUTE OF LIMITATION ISSUES; BEGIN RESEARCH |
| 1/26/05 | TRS | 1.00 | LEGAL RESEARCH |
| 1/27/05 | LLA | .25 | CONFERENCE W/A. HEHMAN REGARDING FREE RESEARCH SESSIONS |

RJT:sls

W0376081.1

**IN ACCOUNT WITH**

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1666643
MARCH 31, 2005

CLIENT NUMBER - BG007/GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH FEBRUARY 28, 2005

RE:  SCOTT HUTCHISON ENTERPRISES

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 3.00 | 325.00 | 975.00 |
| LESLIE L. ADAMS | 2.50 | 110.00 | 275.00 |
| PROFESSIONAL SERVICES | | | $ 1,250.00 |

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 2/04/05 | LONG DISTANCE | | .05 |
| 2/23/05 | COPYING/PRINTING | | .15 |
| | TOTAL COSTS ADVANCED | | $ .20 |

W0393891.1

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | | HOURS | |
|---|---|---|---|
| 2/02/05 | LLA | 1.50 | RESEARCH BREACH OF EXPRESS WARRANTY, PROFESSIONAL MALPRACTICE AND STATUTE OF LIMITATION ISSUES RELATING TO CLAIMS OF ZIMMER AND GEISLER |
| 2/04/05 | TRS | .25 | TELEPHONE CALL WITH BILL SCHROEDER |
| 2/08/05 | LLA | .50 | CONTINUE REVIEW OF RESEARCH MATERIALS |
| 2/09/05 | TRS | 2.00 | TELEPHONE CALLS WITH HT AND KEVIN WALDO, REVIEW LETTER REGARDING ZIMMER AND GEISLER |
| 2/18/05 | TRS | .50 | READ SUPPLEMENTAL MEMORANDUM |
| 2/22/05 | TRS | .25 | RETURN TELEPHONE CALL TO SCHROEDER |
| 2/23/05 | LLA | .50 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK |

RJT:sls

W0393891.1

**IN ACCOUNT WITH**

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1674228
APRIL 29, 2005

CLIENT NUMBER - BG007/GN002
FOR PROFESSIONAL SERVICES RENDERED
     THROUGH MARCH 31, 2005

RE:   SCOTT HUTCHISON ENTERPRISES

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 8.75 | 325.00 | 2,843.75 |
| LESLIE L. ADAMS | 4.25 | 110.00 | 467.50 |
|  | 13.00 |  | $ 3,311.25 |

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 3/14/05 | OVERPAYMENT RECEIVED FOR INVOICE 1660732 | -75.00 |
| 3/24/05 | LONG DISTANCE | 3.57 |
| 3/28/05 | COPYING/PRINTING | 24.90 |
| | TOTAL COSTS ADVANCED | $ -46.53 |
| | **AMOUNT DUE** | **$ 3,264.72** |

RJT:sls

{W0417921.1}

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

| DATE | ATTY | HOURS | |
|---|---|---|---|
| 3/04/05 | LLA | .25 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK |
| 3/07/05 | TRS | .50 | REVIEW SUPPLEMENTAL MEMO |
| 3/21/05 | LLA | .50 | RECEIPT AND REVIEW SUBMISSION OF ADDITIONAL AUTHORITY IN RESPONSE TO SUPPLEMENTAL BRIEF OF GEISLER AND ZIMMER; CONFERENCE WITH TRS; UPDATE TRIAL NOTEBOOK |
| 3/21/05 | TRS | .25 | REVIEW SUPPLEMENTAL MEMO |
| 3/22/05 | LLA | 2.00 | RECEIPT AND REVIEW PLAINTIFF'S MSJS AGAINST BOGGS & RHODES; CONFERENCE WITH TRS REGARDING DOCKET REFERENCES; REVIEW MOTION TO STRIKE MSJ & CONFIRM ACCURACY OF DATES, QUOATES AND DOCKET REFERENCES; ELECTRONICALLY FILE MOTION TO STRIKE AND SERVE ON PARTIES IN INTEREST; UPDATE PLEADING FILE AND TRIAL NOTEBOOK |
| 3/22/05 | TRS | 5.50 | REVIEW AND RESPOND TO HUTCHINSON MSJ; TELEPHONE CALL TO COURT |
| 3/23/05 | TRS | .50 | REVIEW FILINGS; BILLING |
| 3/24/05 | TRS | 2.00 | TELEPHONE CALL TO HT; LETTER TO COUNSEL REGARDING SETTLEMENT OFFER; REVIEW RESPONSE TO MOTION TO STRIKE; REVIEW PLEADINGS |
| 3/25/05 | LLA | 1.50 | CONFERENCE WITH TRS; PREPARE NOTICE OF WITHDRAWAL OF CRP AS COUNSEL; ELECTRONICALLY FILE AND SERVE NOTICE OF WITHDRAWAL ON PARTIES IN INTEREST |

{W0417921.1}

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1679732
MAY 31, 2005

CLIENT NUMBER - BG007/GN002
FOR PROFESSIONAL SERVICES RENDERED
    THROUGH APRIL 30, 2005

RE:  SCOTT HUTCHISON ENTERPRISES

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | .50 | 325.00 | 162.50 |
| LESLIE L. ADAMS | .50 | 110.00 | 55.00 |
|  | 1.00 |  | $ 217.50 |

COSTS ADVANCED
4/27/05   COPYING/PRINTING                              2.40
     TOTAL COSTS ADVANCED                             $ 2.40

                    THIS INVOICE TOTAL        $ 219.90

{0435885.1}

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

```
    DATE  ATTY      HOURS

  4/04/05  TRS       .50  LETTER TO COUNSEL REGARDING SETTLEMENT PROPOSAL

  4/06/05  LLA       .50  UPDATE PLEADING FILE AND TRIAL NOTEBOOK
```

**************
**************

RJT:sls

{W0435885.1}

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1692702
JULY 29, 2005

CLIENT NUMBER - BG007/GN002
FOR PROFESSIONAL SERVICES RENDERED
    THROUGH JUNE 30, 2005

RE:  SCOTT HUTCHISON ENTERPRISES

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 27.75 | 325.00 | 9,018.75 |
| LESLIE L. ADAMS | 1.50 | 110.00 | 165.00 |
| VERNON NAYLES | .50 | 110.00 | 55.00 |

COSTS ADVANCED
6/27/05    COPYING/PRINTING                                35.55
    TOTAL COSTS ADVANCED                              $ 35.55

                    AMOUNT DUE              $ 9,274.30

{0473826.1}

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | ATTY | HOURS | |
|---|---|---|---|
| 6/06/05 | LLA | .50 | CONFERENCE WITH TRS; REVIEW DOCKET; OBTAIN COPY OF ORDER DENYING MOTION TO STRIKE, NOTICE OF PLAINTIFF'S WITHDRAWAL OF MSJ AGAINST RHODES AND ORDER GRANTING WITHDRAWAL; UPDATE TRIAL NOTEBOOKS |
| 6/06/05 | TRS | 4.00 | RESPOND TO MSJ; LETTER TO H.T. |
| 6/07/05 | TRS | 4.00 | RESPOND TO MSJ |
| 6/08/05 | TRS | 4.00 | REVISE RESPONSE MEMO; RESEARCH |
| 6/08/05 | TRS | .50 | TELEPHONE CALL TO GREG KERWIN |
| 6/09/05 | TRS | 8.00 | REVISE RESPONSIVE MEMO |
| 6/10/05 | TRS | 2.50 | REVISE RESPONSIVE MEMO |
| 6/11/05 | LLA | .25 | UPDATE PLEADING FILE |
| 6/13/05 | TRS | 2.00 | WORK ON RESPONSIVE BRIEF |
| 6/14/05 | TRS | 2.00 | FINALIZE AND FILE RESPONSE BRIEF |
| 6/14/05 | VN | .50 | FILE MEMORANDUM IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 6/15/05 | TRS | .25 | LETTER TO H.T. W/RESPONSE |
| 6/28/05 | LLA | .75 | CONFERENCE WITH TRS; PREPARE NOTICE OF SUPPLEMENTAL AUTHORITY FOR FILING; ELECTRONICALLY FILE AND SERVE NOTICE ON PARTIES IN INTEREST |
| 6/28/05 | TRS | .50 | SUBMIT SUPPLEMENTAL AUTHORITY |

RJT:sls

{W0473826.1}

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1698327
AUGUST 31, 2005

CLIENT NUMBER - BG007/GN002
FOR PROFESSIONAL SERVICES RENDERED
     THROUGH JULY 31, 2005

RE:  SCOTT HUTCHISON ENTERPRISES

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LESLIE L. ADAMS | .25 | 110.00 | 27.50 |

```
        COSTS ADVANCED
7/26/05    COPYING/PRINTING                               3.30
7/29/05    MISC.- PACER ONLINE SERVICE 4/1-6/30/05         .80
           TOTAL COSTS ADVANCED                        $  4.10

                       AMOUNT DUE                  $   31.60
```

{04490864.1}

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

```
DATE    ATTY      HOURS
7/12/05  LLA       .25  UPDATE PLEADING FILE AND TRIAL NOTEBOOK
```

RJT:sls

{W0490864.1}

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1705058
SEPTEMBER 30, 2005

CLIENT NUMBER - BG007/GN002
FOR PROFESSIONAL SERVICES RENDERED
    THROUGH AUGUST 31, 2005

RE:  SCOTT HUTCHISON ENTERPRISES

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 6.00 | 325.00 | 1,950.00 |
| LESLIE L. ADAMS | 7.75 | 110.00 | 852.50 |
|  | 13.75 |  | $ 2,802.50 |

COSTS ADVANCED

| 8/29/05 | COPYING/PRINTING |  | 53.10 |
|---|---|---|---|
|  | TOTAL COSTS ADVANCED |  | $ 53.10 |
|  |  | AMOUNT DUE | $ 2,855.60 |

* * * * * * * * * * * * *

{0509392.1}

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | ATTY | HOURS | |
|---|---|---|---|
| 8/02/05 | TRS | .25 | H. SCHROEDER ET AL. RE INSURANCE |
| 8/10/05 | TRS | .50 | REVIEW INSURANCE POLICY; LETTER TO SCHROEDER |
| 8/18/05 | LLA | 1.50 | RECEIPT AND REVIEW ORDERS ON MOTIONS FOR SUMMARY JUDGMENT; CONFERENCES WITH TRS; UPDATE PLEADING FILE AND TRIAL NOTEBOOKS; BEGIN ASSEMBLING SUPPORTING DOCUMENTATION FOR BILL OF COSTS |
| 8/18/05 | TRS | 2.00 | REVIEW DECISIONS; TELEPHONE CALL HT; CONFERENCE CALL WITH LLA |
| 8/19/05 | LLA | 1.50 | REVIEW TRS AND CRP CORRESPONDENCE FILES TO ASSEMBLE SUPPORTING DOCUMENTATION FOR BILL OF COSTS; OBTAIN UPDATED BILL OF COSTS FORM FROM THE US DISTRICT COURT AND BEGIN DRAFTING |
| 8/22/05 | LLA | 2.50 | TELEPHONE CALLS TO ACCURATE REPORTING, IKON AND COPYPLEX TO OBTAIN COPIES OF MISSING INVOICES; OBTAIN REPORT OF COSTS FROM ACCOUNTING; REVIEW 28 USC 1923; CONFERENCES WITH VAN AND PLR; CONTINUE DRAFTING BILL OF COSTS AND ITEMIZATION FOR ATTACHMENT THERETO |
| 8/24/05 | LLA | .50 | CONFERENCES WITH ACCOUNTING TO OBTAIN COST REPORT IN REQUIRED FORMAT; REVISE SPREADSHEETS FOR ATTACHMENT TO BILL OF COSTS |
| 8/26/05 | LLA | .50 | OBTAIN UPDATED DOCKET TO DETERMINE WHICH DEPOSITIONS FILED WITH THE COURT; REVISE ATTACHMENT TO BILL OF COSTS |
| 8/29/05 | LLA | .75 | CONFERENCE WITH TRS REGARDING BILL OF COSTS; TELEPHONE CALL TO DANIEL KONRAD TO REQUEST INVOICES FROM PROCESS SERVERS AND LIST OF WITNESS FEES PAID |
| 8/29/05 | TRS | 3.00 | REVIEW POLICY; TELEPHONE CALL TO DONALD MARSHALL; REVIEW FILE |
| 8/30/05 | LLA | .50 | EMAIL FROM/TO D. KONRAD REGARDING FEES FOR SERVICE OF SUBPOENAS; REVISE BILL OF COSTS |
| 8/30/05 | TRS | .25 | TELEPHONE CALLS TO MARSHALL AND SCHROEDER |

RJT:sls

{W0509392.1}