**EXHIBIT "C"**

**INVOICES OF RETAINED EXPERTS**

***Scott Hutchison Enterprises, Inc., et al. v. Larry Rhodes, Inc., et al.***
**U.S. District Court for the Souther District of Ohio**
**Civil Action No. C-1-01-776**

## COSTS & EXPENSES INCURRED BY H.T. BOGGS

| Date of Invoice | Invoice Number | Service Provider | Service Rendered | Amount Due |
|---|---|---|---|---|
| 07/13/02 | 20097 | Ensafe, Inc. | Scientific Services | $4,720.79 |
| 7/9/2003 | 26042 | Ensafe, Inc. | Scientific Services | $475.00 |
| 9/9/2003 | 27079 | Ensafe, Inc. | Scientific Services | $350.00 |
| 9/30/2003 | 3254 | Withers & Co. | Real Estate Appraisal | $959.66 |
| 10/11/2003 | | Larry M. McDaniel | Appearance at Deposition | $400.00 |
| 10/13/2003 | 90-6537 | L. Dean Schwartz | Appearance at Deposition | $913.44 |
| 10/17/2003 | 3254.1 | Withers & Co. | Real Estate Appraisal | $1,200.00 |
| 10/24/2003 | 16263 | Accurate Reporting | Deposition of M. Klein | $763.35 |
| 10/24/2003 | 16265 | Accurate Reporting | Deposition of R. Van Nostrand | $656.15 |
| 10/24/2003 | 16267 | Accurate Reporting | Deposition of W.S. Hutchison | $780.10 |
| 10/24/2003 | 16269 | Accurate Reporting | Deposition of L. Hutchison | $485.30 |
| 10/24/2003 | 16271 | Accurate Reporting | Deposition of L. Dean Schwartz | $548.95 |
| 10/30/2003 | 16340 | Accurate Reporting | Deposition of R. Van Nostrand | $385.00 |
| 11/3/2003 | 16369 | Accurate Reporting | Deposition of L. McDaniel | $400.00 |
| 11/3/2003 | 16370 | Accurate Reporting | Deposition of M. Klein | $485.00 |
| 11/3/2003 | 16372 | Accurate Reporting | Deposition of T. Blatt | $50.00 |
| 11/3/2003 | 16373 | Accurate Reporting | Deposition of T. Fudge | $200.00 |
| 11/7/2003 | 16427 | Accurate Reporting | Deposition | $300.10 |
| 11/7/2003 | 16429 | Accurate Reporting | Deposition | $241.00 |
| 11/18/2003 | 16511 | Accurate Reporting | Deposition of T. Blatt | $131.30 |
| 11/18/2003 | 16513 | Accurate Reporting | Deposition of T. Fudge | $149.20 |
| 11/19/2003 | 16535 | Accurate Reporting | Deposition of J. Stephens | $205.00 |
| 12/2/2003 | 16668 | Accurate Reporting | Deposition | $288.25 |
| 12/15/2003 | 456229EFL | Esquire Deposition | Deposition of H.T. Boggs | $75.00 |
| 4/27/2004 | 18435 | Accurate Reporting | Deposition of R. Blankenship and W. Dawson | $94.90 |

==========
$15,257.49

**This analysis consists only of expenses incurred by H.T. Boggs and forwarded to him for payment and invoices
which may or may not be outstanding. The analysis does not contain invoices paid by Taft, Stettinius & Hollister, LLP



INV FMT: STD

EnSafe Inc.
5730 Summer Trees Drive
Memphis, TN 38134

CONTRACT NUMBER  TAFT
INVOICE ENTITY: 2338-017
JOB  DESC:  Lawrence County Ohio Wetlands

Thomas R. Schuck
Taft, Stettinius & Hollister
1800 Star Bank Center
425 Walnut Street
Cincinnati    OH 45202

FOR SERVICES THROUGH  06/28/2002

```
******INVOICE*******
INVOICE NUMBER:   20097

INVOICE DATE:  07/13/02
TERMS:  Net 30

CLIENT PO #:
MANAGER:  Richard Martin
PAGE #:    1
FF AMOUNT
NTE AMOUNT    7500
```

| EMPLOYEE NAME-DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Simmons, Holly E | 2.50 | 35.00 | 87.50 |
| TOTAL Admin level | 2.50 | 35.00 | 87.50 |
| Martin, Richard D | 31.00 | 135.00 | 4,185.00 |
| TOTAL Level 7 - Principal | 31.00 | 135.00 | 4,185.00 |
| TOTAL Labor | 33.50 | 127.54 | 4,272.50 |
| TOTAL LABOR | 33.50 | 127.54 | 4,272.50 |
| Martin, Richard D | | | 308.79 |
| TOTAL Ground Travel | | | 308.79 |
| Martin, Richard D | | | 75.00 |
| Martin, Richard D | | | 6.75 |
| TOTAL Hotel | | | 81.75 |
| Martin, Richard D | | | 51.00 |
| TOTAL Meals | | | 51.00 |
| TOTAL Travel | | | 441.54 |
| Martin, Richard D | | | 6.75 |



; INV FMT: STD

EnSafe Inc.
5730 Summer Trees Drive
Memphis, TN  38134

CONTRACT NUMBER  TAFT
INVOICE ENTITY:  2338-017
JOB  DESC:  Lawrence County Ohio Wetlands


Thomas R. Schuck
Taft, Stettinius & Hollister
1800 Star Bank Center
425 Walnut Street
Cincinnati      OH 45202

FOR SERVICES THROUGH  06/28/2002

```
******INVOICE******
INVOICE NUMBER:  20097

INVOICE DATE:  07/13/02
TERMS:  Net 30

CLIENT PO #:
MANAGER:  Richard Martin
PAGE #:    2
FF AMOUNT
NTE AMOUNT    7500
```

| EMPLOYEE NAME-DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| TOTAL Technical/field supplies |  |  | 6.75 |
| TOTAL Supplies |  |  | 6.75 |
| TOTAL MATERIAL |  |  | 448.29 |
| SUBTOTAL | 33.50 |  | 4,720.79 |
| CLIN SUBTOTAL | 33.50 |  | 4,720.79 |

PLEASE MAIL REMITTANCE TO:  P.O. BOX 840526, DALLAS, TX 75284-0526
TERMS: NET30



INV FMT: STD

EnSafe Inc.
5730 Summer Trees Drive
Memphis, TN  38134

CONTRACT NUMBER  TAFT
INVOICE ENTITY: 2338-017


Thomas R. Schuck
Taft, Stettinius & Hollister
1800 Star Bank Center
425 Walnut Street
Cincinnati    OH 45202

FOR SERVICES THROUGH  06/28/2002

******INVOICE******
INVOICE NUMBER:   20097

INVOICE DATE: 07/13/02
TERMS:  Net 30

CLIENT PO #:
MANAGER:  Richard Martin
PAGE #:     3
FF AMOUNT
NTE AMOUNT    7500

| EMPLOYEE NAME-DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SUBTOTAL | 33.50 | | 4,720.79 |
| TOTAL INVOICE AMT | 33.50 | | 4,720.79 |
| NET BILLING AMOUNT | | | 4,720.79 |

PLEASE MAIL REMITTANCE TO:  P.O. BOX 840526, DALLAS, TX 75284-0526
TERMS: NET30



# Invoice Detail

Date: 7/13/2002

| Element Desc | Description | Doc Type | Incur Date | Hrs | Billed Rate | Billed Amount |
|---|---|---|---|---|---|---|
| **2338-017  Lawrence County Ohio Wetlands** | | | | | | |
| **Task Description:  Scientific Services** | | | | | | |
| Ground Travel | Martin, Richard D | I | 6/20/2002 | | | $308.79 |
| Hotel | Martin, Richard D | I | 6/20/2002 | | | $75.00 |
| Hotel | Martin, Richard D | I | 6/20/2002 | | | $6.75 |
| Meals | Martin, Richard D | I | 6/20/2002 | | | $51.00 |
| Technical/field s | Martin, Richard D | I | 6/20/2002 | | | $6.75 |
| Admin level | Simmons, Holly E | I | 6/14/2002 | 1.25 | $35.00 | $43.75 |
| Admin level | Simmons, Holly E | I | 6/17/2002 | 1.25 | $35.00 | $43.75 |
| Level 7 - Princip | Martin, Richard D | I | 6/10/2002 | 10.00 | $135.00 | $1,350.00 |
| Level 7 - Princip | Martin, Richard D | I | 6/11/2002 | 8.00 | $135.00 | $1,080.00 |
| Level 7 - Princip | Martin, Richard D | I | 6/12/2002 | 4.00 | $135.00 | $540.00 |
| Level 7 - Princip | Martin, Richard D | I | 6/13/2002 | 4.00 | $135.00 | $540.00 |
| Level 7 - Princip | Martin, Richard D | I | 6/14/2002 | 2.00 | $135.00 | $270.00 |
| Level 7 - Princip | Martin, Richard D | I | 6/17/2002 | 3.00 | $135.00 | $405.00 |
| | | | **Total for Task:** | 33.50 | | $4,720.79 |
| | | | **Total Amount Billed:** | 33.50 | | $4,720.79 |



INV FMT: STD

JUL 2 1 2003

EnSafe Inc.
5730 Summer Trees Drive
Memphis, TN  38134

CONTRACT NUMBER  TAFT
INVOICE ENTITY:  2338-017
JOB  DESC:  Lawrence County Ohio Wetlands

Thomas R. Schuck
Taft, Stettinius & Hollister
1800 Star Bank Center
425 Walnut Street
Cincinnati     OH 45202

FOR SERVICES THROUGH  06/27/2003

******INVOICE******
INVOICE NUMBER:   26042

INVOICE DATE:  07/09/03
TERMS:  Net 30

CLIENT PO #:
MANAGER:  Richard Martin
PAGE #:     1
FF AMOUNT
NTE AMOUNT     7500

| EMPLOYEE NAME-DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Martin, Richard D | 3.00 | 140.00 | 420.00 |
| TOTAL Level 7 - Principal | 3.00 | 140.00 | 420.00 |
| Pierce, Ron D | 1.00 | 55.00 | 55.00 |
| TOTAL Senior Technician 4 | 1.00 | 55.00 | 55.00 |
| TOTAL Labor | 4.00 | 118.75 | 475.00 |
| TOTAL LABOR | 4.00 | 118.75 | 475.00 |
| SUBTOTAL | 4.00 | 118.75 | 475.00 |
| CLIN SUBTOTAL | 4.00 | 118.75 | 475.00 |

PLEASE MAIL REMITTANCE TO:  P.O. BOX 840526, DALLAS, TX 75284-0526
TERMS: NET30



┌ INV FMT: STD

EnSafe Inc.
5730 Summer Trees Drive
Memphis, TN 38134

CONTRACT NUMBER  TAFT
INVOICE ENTITY: 2338-017


Thomas R. Schuck
Taft, Stettinius & Hollister
1800 Star Bank Center
425 Walnut Street
Cincinnati    OH 45202

FOR SERVICES THROUGH  06/27/2003

******INVOICE*******
INVOICE NUMBER:   26042

INVOICE DATE:  07/09/03
TERMS: Net 30

CLIENT PO #:
MANAGER: Richard Martin
PAGE #:      2
FF AMOUNT
NTE AMOUNT    7500

| EMPLOYEE NAME-DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SUBTOTAL | 4.00 | 118.75 | 475.00 |
| TOTAL INVOICE AMT | 4.00 | 118.75 | 475.00 |
| NET BILLING AMOUNT | | | 475.00 |



**Invoice Detail**

Date: 7/10/2003

| Element Desc | Description | Doc Type | Incur Date | Hrs | Billed Rate | Billed Amount |
|---|---|---|---|---|---|---|
| **2338-017  Lawrence County Ohio Wetlands** | | | | | | |
| **Task Description:  Scientific Services** | | | | | | |
| Level 7 - Principal | Martin, Richard D | I | 6/13/2003 | 2.00 | $140.00 | $280.00 |
| Level 7 - Principal | Martin, Richard D | I | 6/18/2003 | 0.50 | $140.00 | $70.00 |
| Level 7 - Principal | Martin, Richard D | I | 6/19/2003 | 0.50 | $140.00 | $70.00 |
| Senior Technician 4 | Pierce, Ron D | I | 6/20/2003 | 1.00 | $55.00 | $55.00 |
| | | | **Total for Task:  4.00** | | | $475.00 |
| | | | **Total Amount Billed:  4.00** | | | $475.00 |



SEP 2 2 2003

*5724 Summer Trees Drive, Memphis, Tennessee 38134, (901) 372-7962*

**Contract: TAFT**
**Invoice Entity: 2338-017**
**Description: Lawrence County Ohio Wetlands**

**Invoice Number: 27079**
**Invoice Date: 9/9/2003**

**Thomas R. Schuck**
**Taft, Stettinius & Hollister**
**1800 Star Bank Center**
**425 Walnut Street**
**Cincinnati    OH 45202**

**Manager: Richard Martin**

**For Services Through: 8/29/2003**

| Description | | Hours | Rate | Amount |
|---|---|---|---|---|
| Level 7 - Principal | Martin, Richard D | 2.50 | 140.00 | $350.00 |
| **Total Labor:** | | 2.50 | | $350.00 |
| **Total Amount Due:** | | | | $350.00 |

PLEASE MAIL REMITTANCE TO:  P.O. BOX 840526, DALLAS, TX 75284-0526
TERMS: NET30

# ENSAFE

## Invoice Detail

Date: 9/8/2003

| Element Desc | Description | Doc Type | Incur Date | Hrs | Billed Rate | Billed Amount |
|---|---|---|---|---|---|---|
| **2338-017  Lawrence County Ohio Wetlands** | | | | | | |
| **Task Description:  Scientific Services** | | | | | | |
| Level 7 - Principal | Martin, Richard D | I | 7/23/2003 | 1.00 | $140.00 | $140.00 |
| Level 7 - Principal | Martin, Richard D | I | 8/14/2003 | 0.50 | $140.00 | $70.00 |
| Level 7 - Principal | Martin, Richard D | I | 8/18/2003 | 1.00 | $140.00 | $140.00 |
| | | | **Total for Task:** | 2.50 | | $350.00 |
| | | | **Total Amount Billed:** | 2.50 | | $350.00 |

# Withers & Co.
### REAL ESTATE & BUSINESS APPRAISERS

1017 Sixth Avenue, Suite 2
Huntington, WV 25701
Tel 304-529-2659
Fax 304-529-1421

Robert K. Withers, MAI, SRA

September 30, 2003
**SECOND REQUEST FOR PAYMENT - November 5, 2003**
**INVOICE NO. 3254**

Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

Attention: Thomas R. Schuck, Esquire

Re:   Brianna Rose Mobile Home Park, South Point, OH

_____

For interim appraisal services rendered through 9/30/2003: Meeting with Dan Konrad;
preliminary reviews of appraisal reports by Schwartz and McDaniel; obtained current real
estate assessment & tax data; flood data & map research; processed income and expense data
in a spreadsheet; retrieved assorted comparable data; inspected the property; several telephone
conversations with Mr. Schuck; reinspected the property to confirm the location of the
wetlands area; faxed memo and an e-mail to Mr. Schuck, etc.

Amount due ................................................................................. $950.00
Finance Charge................................................................................. 9.66
Total Amount Due............................................................................ $959.66

Thank you.

*Robert K. Withers*

Robert K. Withers, MAI, SRA

Federal Tax ID No. 55-0612191

Terms: Due upon receipt; subject to a finance charge of 1.5% per month beginning
      October 15, 2003.

1760
NCBO
SFH
SC

# Withers & Co.
## REAL ESTATE & BUSINESS APPRAISERS

1017 Sixth Avenue, Suite 2
Huntington, WV 25701
Tel 304-529-2659
Fax 304-529-1421

Robert K. Withers, MAI, SRA

September 30, 2003
**INVOICE NO. 3254**

Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

Attention: Thomas R. Schuck, Esquire

Re:  Brianna Rose Mobile Home Park, South Point, OH

---

For interim appraisal services rendered through 9/30/2003: Meeting with Dan Konrad; preliminary reviews of appraisal reports by Schwartz and McDaniel; obtained current real estate assessment & tax data; flood data & map research; processed income and expense data in a spreadsheet; retrieved assorted comparable data; inspected the property; several telephone conversations with Mr. Schuck; reinspected the property to confirm the location of the wetlands area; faxed memo and an e-mail to Mr. Schuck, etc.

Amount due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $950.00

Thank you.

*Robert K. Withers*

Robert K. Withers, MAI, SRA

Federal Tax ID No. 55-0612191

Terms: Due upon receipt; subject to a finance charge of 1.5% per month beginning
       October 15, 2003.

1760
YCBO
SFH
SC

*LARRY M. MCDANIEL*
#55 077 5948
Independent Fee Real Estate Appraiser
P O Box 5
Parkersburg, WV 26102-0005

304 428-6212  Fax 304 485-7207

## *I N V O I C E*

October 11, 2003

To:   Thomas R. Schuck, Esquire
      Taft, Stettinius & Hollister, LLP
      1800 Firstar Tower
      425 Walnut Street
      Cincinnati, OH 45202-3957

      Attn:  Mr. Schuck

Re:  Appraisal Services – Attendance at Video Deposition 10-10-03 in Huntington, WV    Hutchison et al vs Boggs et al

Professional Services              $400.00

(4 hours travel @$75/1 hour depo at $100)

Ordered by Mr. Schuck

                    Thank you very much!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# L. DEAN SCHWARTZ APPRAISALS
## P. O. BOX 202
## PARKERSBURG, WV  26102-0202
## TAX ID# - 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

# INVOICE

October 13, 2003

MR. THOMAS R. SCHUCK, ESQUIRE
TAFT, STETTINIUS & HOLLISTER, LLP
425 WALNUT STREET, SUITE 1800
CINCINNATI, OH  45202

File #90-6537

6.75HRS @ $125  - $843.75

202 MILES @ $0.345 $69.69

**FOR PROFESSIONAL SERVICES:**   $913.44

**DEPOSITION IN HUNTINGTON, WEST VIRGINIA, (BOGGS).**

**THANK YOU VERY MUCH FOR YOUR BUSINESS**

**PLEASE WRITE THE ABOVE FILE NUMBER ON YOUR CHECK**

# Withers & Co.
### REAL ESTATE & BUSINESS APPRAISERS

1017 Sixth Avenue, Suite 2
Huntington, WV 25701
Tel 304-529-2659
Fax 304-529-1421

Robert K. Withers, MAI, SRA

October 17, 2003
## SECOND REQUEST FOR PAYMENT - November 5, 2003
## INVOICE NO. 3254.1

Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

Attention: Thomas R. Schuck, Esquire

Re:  Brianna Rose Mobile Home Park, South Point, OH

---

For interim appraisal services rendered through 10/17/2003.  Performed detailed reviews of
appraisal reports of Schwartz and McDaniel; met with Mr. Schuck prior to attending
Schwartz's deposition; attended the said deposition and consulted with Mr. Schuck.

Amount due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,200.00

Thank you.

*Robert K. Withers*
Robert K. Withers, MAI, SRA

Federal Tax ID No. 55-0612191

Terms: Due upon receipt; subject to a finance charge of 1.5% per month beginning
          November 1, 2003.

1760.1
NCBO
SFH
SC



# ACCURATE REPORTING

526 SEVENTH STREET   HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET                                      16263
CINCINNATI, OH 45202
                                                      10/24/2003

THOMAS R. SCHUCK, ESQ.                     Basil J. Ferrebee
*SCOTT HUTCHINSON ENTERPRISES, INC.,*

*ET AL. VS. RHODES, INC., ET AL.*              *55-0692910*

*C# C-1-01-776*


10/06/2003        Deposition of Mitchell L. Klein
                  Appearance Fee
                  Original and Copy,  201  pps.                  75.00
                  ASCII Disk                                    673.35
                  Postage Reimbursement                          10.00
                                                                  5.00

                                        **Sub Total**  ───────
                                                        763.35
                                        **Paid**         0.00
                                                       ───────
                                        **Balance Due**  ·763.35


HUNTINGTON (304) 522-9637   CHARLESTON (304) 345-9891   ASHLAND (606) 329-2154   FAX (304) 523-7832   TOLL FREE 1-800-339-9637

OCT 9 2003



## ACCURATE REPORTING

526 SEVENTH STREET   HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET                                           **16265**
CINCINNATI, OH 45202
                                                            **10/24/2003**

THOMAS R. SCHUCK, ESQ.                    Basil J. Ferrebee

*SCOTT HUTCHINSON ENTERPRISES, INC.,*
*ET AL. VS. RHODES, INC., ET AL.*                55-0692910
*C# C-1-01-776*


| 10/07/2003 | Depo of Robert A. Van Nostrand | |
|---|---|---|
| | Appearance Fee | 75.00 |
| | Original and Copy, 169 pps. | 566.15 |
| | ASCII Disk | 10.00 |
| | Postage Reimbursement | 5.00 |

|  |  |
|---|---|
| **Sub Total** | 656.15 |
| **Paid** | 0.00 |
| **Balance Due** | 656.15 |

HUNTINGTON (304) 522-9637   CHARLESTON (304) 345-9881   ASHLAND (606) 329-2154   FAX (304) 522-7833   TOLL FREE 1-800-



# ACCURATE REPORTING

526 SEVENTH STREET   HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET                                              **16267**
CINCINNATI, OH 45202                                          **10/24/2003**

THOMAS R. SCHUCK, ESQ.                          Basil J. Ferrebee

*SCOTT HUTCHINSON ENTERPRISES, INC.,*

*ET AL. VS. RHODES, INC., ET AL.*                   *55-0692910*

*C# C-1-01-776*

| | | |
|---|---|---|
| 10/08/2003 | Depo of Winford Scott Hutchinson | |
| | Appearance Fee | 75.00 |
| | Original and Copy,  206  ps. | 690.10 |
| | ASCII Disk | 10.00 |
| | Postage Reimbursement | 5.00 |

| | |
|---|---|
| **Sub Total** | 780.10 |
| **Paid** | 0.00 |
| **Balance Due** | 780.10 |

# ACCURATE ║ REPORTING

526 SEVENTH STREET   HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET                                              **16269**
CINCINNATI, OH 45202                                        **10/24/2003**

THOMAS R. SCHUCK, ESQ.                        Basil J. Ferrebee

*SCOTT HUTCHINSON ENTERPRISES, INC.,*

*ET AL. VS. RHODES, INC., ET AL.*                   *55-0692910*

*C# C-1-01-776*

| 10/09/2003 | Depo of Laya Hutchinson | |
|---|---|---|
| | Appearance Fee | 75.00 |
| | Original and Copy,  118  ps. | 395.30 |
| | ASCII Disk | 10.00 |
| | Postage Reimbursement | 5.00 |

|  | **Sub Total** | 485.30 |
|---|---|---|
| | **Paid** | 0.00 |
| | **Balance Due** | 485.30 |

HUNTINGTON (304) 522-9637    CHARLESTON (304) 345-9891    ASHLAND (606) 329-2154    FAX (304) 523-7832    TOLL FREE 1-800-339-9637



# ACCURATE REPORTING

526 SEVENTH STREET   HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER                                        **16271**
425 WALNUT STREET
CINCINNATI, OH 45202                                      **10/24/2003**


THOMAS R. SCHUCK, ESQ.                    Basil J. Ferrebee
*SCOTT HUTCHINSON ENTERPRISES, INC.,*
*ET AL. VS. RHODES, INC., ET AL.*              *55-0692910*
*C# C-1-01-776*


10/10/2003      Depositions of L. Dean Schwartz
                   (82) and Larry M. McDaniel (55)
                Appearance Fee                                    75.00
                Original and Copies of both,  137                458.95
                ASCII Disk                                        10.00
                Postage Reimbursement                             5.00

                                              **Sub Total**       548.95
                                                   **Paid**        0.00
                                          **Balance Due**         548.95

HUNTINGTON (304) 522-9637   CHARLESTON (304) 345-9891   ASHLAND (606) 329-2154   FAX (304) 523-7832   TOLL FREE 1-800-339-9637



# ACCURATE REPORTING

526 SEVENTH STREET   HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OH 45202

**16340**

**10/30/2003**

THOMAS R. SCHUCK, ESQ.                          Lisa G. Harrison

*SCOTT HUTCHINSON ENTERPRISES, INC.,*

*ET AL. VS. RHODES, INC., ET AL.*                 *55-0692910*

*C# C-1-01-776*

| 10/07/2003 | Depo of Robert A. Van Nostrand | |
| | Appearance Fee & Original Videos | 280.00 |
| | Postage Reimbursement | 5.00 |
| | Copy of videos (Attorney & Client) | 100.00 |
| | ****Video Technician**** | |

|  | | |
|---|---|---|
| **Sub Total** | 385.00 |
| **Paid** | 0.00 |
| **Balance Due** | 385.00 |

# ACCURATE REPORTING

526 SEVENTH STREET  HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OH 45202

**16369**

**11/03/2003**

THOMAS R. SCHUCK, ESQ.
*SCOTT HUTCHINSON ENTERPRISES, INC.,*
*ET AL. VS. RHODES, INC., ET AL.*
*C# C-1-01-776*

Judy A. Strode

*55-0692910*

10/10/2003    Deposition of Lyle Dean Schwartz &
Larry M. McDaniel

****Video Technician****
Appearance Fee & Original Video (2)               300.00
Copy of videos (Attorney & Client)                100.00

| | |
|---|---|
| **Sub Total** | 400.00 |
| **Paid** | 0.00 |
| **Balance Due** | 400.00 |

# ACCURATE | REPORTING

526 SEVENTH STREET  HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET                                              **16370**
CINCINNATI, OH 45202
                                                              **11/03/2003**

THOMAS R. SCHUCK, ESQ.                        Judy A. Strode
*SCOTT HUTCHINSON ENTERPRISES, INC.,*
*ET AL. VS. RHODES, INC., ET AL.*                  *55-0692910*
*C# C-1-01-776*

10/06/2003        Deposition of Mitchell L. Klein

                  ****Video Technician****
                  Appearance Fee & Original Video                    325.00
                  Copy of videos (Attorney & Client)                 150.00
                  Postage Reimbursement                               10.00

                                              **Sub Total**          485.00
                                                   **Paid**            0.00
                                            **Balance Due**          485.00



# ACCURATE ||| REPORTING

526 SEVENTH STREET  HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET                                              **16372**
CINCINNATI, OH 45202
                                                               **11/03/2003**

THOMAS R. SCHUCK, ESQ.                          Judy A. Strode
*SCOTT HUTCHINSON ENTERPRISES, INC.,*
*ET AL. VS. RHODES, INC., ET AL.*                   *55-0692910*
*C# C-1-01-776*

10/28/2003        Deposition of Thaddeus A. Blatt

                  ****Video Technician****
                  Copy of videos (Attorney & Client)                    50.00

                                                  **Sub Total**          50.00
                                                  **Paid**                0.00
                                                  **Balance Due**        50.00

NOV - 6 2003



# ACCURATE REPORTING

526 SEVENTH STREET  HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET                                        16373
CINCINNATI, OH 45202
                                                    11/03/2003

THOMAS R. SCHUCK, ESQ.                    Judy A. Strode
*SCOTT HUTCHINSON ENTERPRISES, INC.,*
*ET AL. VS. RHODES, INC., ET AL.*              55-0692910
*C# C-1-01-776*

10/29/2003        Deposition of Tammy Fudge

****Video Technician****
Appearance Fee & Original Video                        150.00
Copy of videos (Attorney & Client)                      50.00

                              **Sub Total**            200.00
                                   **Paid**              0.00
                           **Balance Due**             200.00



# ACCURATE REPORTING

526 SEVENTH STREET  HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OH 45202



16511

11/18/2003

THOMAS R. SCHUCK, ESQ.                                      Basil J. Ferrebee

*SCOTT HUTCHISON ENTERPRISES, INC.,*

*ET AL. VS. RHODES, INC., ET AL.*                          55-0692910

*C# 1:01-CV-00776*

| 10/28/2003 | Deposition of Thaddeus A. Blatt | |
| | ASCII Disk | 10.00 |
| | Postage Reimbursement | 3.00 |
| | Copy of transcript,  91  pps. | 118.30 |

| | |
|---|---|
| **Sub Total** | 131.30 |
| **Paid** | 0.00 |
| **Balance Due** | 131.30 |

HUNTINGTON (304) 522-9637    CHARLESTON (304) 345-9891    ASHLAND (606) 329-2154    FAX (304) 523-7832    TOLL FREE 1-800-339-9637



## ACCURATE REPORTING

526 SEVENTH STREET  HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OH 45202



16513
11/18/2003

THOMAS R. SCHUCK, ESQ.                                    Basil J. Ferrebee
*SCOTT HUTCHISON ENTERPRISES, INC.,*
*ET AL. VS. RHODES, INC., ET AL.*                              55-0692910
*C# 1:01-CV-00776*

| 10/29/2003 | Deposition of Tammy Fudge | |
|---|---|---|
| | ASCII Disk | 10.00 |
| | Postage Reimbursement | 4.00 |
| | Copy of transcript,  104  pps. | 135.20 |

|  | Sub Total | 149.20 |
|---|---|---|
| | Paid | 0.00 |
| | Balance Due | 149.20 |



**ACCURATE REPORTING**

526 SEVENTH STREET  HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OH 45202

**16535**

**11/19/2003**

THOMAS R. SCHUCK, ESQ.

*SCOTT HUTCHISON ENTERPRISES, INC.,*

*ET AL. VS. RHODES, INC., ET AL.*

*C# 1:01-CV-00776*

Lisa G. Harrison

*55-0692910*

| 11/17/2003 | Deposition of Jeffrey L. Stephens | |
|---|---|---|
| | Appearance Fee & Original Video | 150.00 |
| | Copy of Videos | 50.00 |
| | Postage Reimbursement | 5.00 |
| | **Sub Total** | 205.00 |
| | **Paid** | 0.00 |
| | **Balance Due** | 205.00 |

# ACCURATE ⦚ REPORTING

526 SEVENTH STREET  HUNTINGTON, WV 25701
www.accuratecourtreporting.com

**Statement Date**   1/19/2004

Charges From 1/01/2000  to  12/31/2003

| Date | | Customer/Name | | | | | 60 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|
| 10/24/2003 | 16263 | THOMAS R. SCHUCK, ESQ. | 763.35 | 0.00 | 0.00 | 0.00 | 763.35 | 0.00 |
| 10/24/2003 | 16265 | THOMAS R. SCHUCK, ESQ. | 656.15 | 0.00 | 0.00 | 0.00 | 1419.50 | 0.00 |
| 10/24/2003 | 16267 | THOMAS R. SCHUCK, ESQ. | 780.10 | 0.00 | 0.00 | 0.00 | 2199.60 | 0.00 |
| 10/24/2003 | 16269 | THOMAS R. SCHUCK, ESQ. | 485.30 | 0.00 | 0.00 | 0.00 | 2684.90 | 0.00 |
| 10/24/2003 | 16271 | THOMAS R. SCHUCK, ESQ. | 548.95 | 0.00 | 0.00 | 0.00 | 3233.85 | 0.00 |
| 11/07/2003 | 16427 | THOMAS R. SCHUCK, ESQ. | 300.10 | 0.00 | 0.00 | 0.00 | 3533.95 | 0.00 |
| 11/07/2003 | 16429 | THOMAS R. SCHUCK, ESQ. | 241.00 | 0.00 | 0.00 | 0.00 | 3774.95 | 0.00 |
| 12/02/2003 | 16668 | THOMAS R. SCHUCK, ESQ. | 288.25 | 0.00 | 0.00 | 288.25 | 3774.95 | 0.00 |
| | | | | | | 288.25 | 3774.95 | 0.00 |

|  |  |
|---|---|
| **Sub Total** | 4063.20 |
| **Paid** | 0.00 |
| **Balance Due** | 4063.20 |

**ESQUIRE DEPOSITION SERVICES (N)**

# E·S·Q·U·I·R·E™
**DEPOSITION SERVICES**
A HOBART WEST COMPANY

Tax ID # 22-3779684          580255      PACIJ01
A Hobart West Company
101 E Kennedy Blvd #1080 Tampa, Fl 33602
(813) 221-2535

To:

TAFT, STETTINIUS & HOLLISTER, LLP
1800 STAR BANK CENTER
425 WALNUT STREET
CINCINNATI, OH 45202

ATTN : THOMAS SCHUCK

| INVOICE NUMBER | DATE |
|---|---|
| 456229EFL | 12/15/03 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**

HUTCHINSON SCOTT VS. RHODES INC.

SERVICES PROVIDED ON 12/08/03:

SCHEDULED DEPOSITION OF
H.T. BOGGS
CANCELLATION, NO SHOW, BUST          75.00
10:00 AM
THANK YOU

BALANCE DUE          TOTAL          75.00     *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(800)584-3500
Fax (954) 733-5978

Please detach and send with payment          Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**ACCURATE REPORTING**

526 SEVENTH STREET  HUNTINGTON, WV 25701
www.accuratecourtreporting.com

TAFT, STETTINIUS & HOLLISTER
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OH 45202

18435

4/27/2004

THOMAS R. SCHUCK, ESQ.

SCOTT HUTCHISON ENTERPRISES, ET AL VS
RHODES, INC., ET AL
:01-CV-00776

Theresa K. Pegues

55-0692910

| | | |
|---|---|---|
| 4/08/2004 | Deposition of Russell Blankenship, 49 pgs & William Dawson, 24 pgs | |
| | Copy of transcript, 73 pgs | 94.90 |
| | Sub Total | 94.90 |
| | Paid | 0.00 |
| | **Balance Due** | 94.90 |