**EXHIBIT "D"**

**KEVIN J. WALDO, ESQ. BILLING SUMMARY**

# WALDO LAW OFFICE

413 CENTER STREET • P.O. BOX 4252
IRONTON, OHIO 45638

Phone 1-740-532-4911
Fax 1-740-532-9011

July 15, 2004

Mr. Thomas Schuck
Attorney-at-Law
425 Walnut Street, Ste. 1800
Cincinnati, OH 45202-3957

Dear Mr. Schuck:

    My fee for representation of Mr. Tom Boggs in legal matters relating to the lawsuit filed in the Southern Federal District Court in Cincinnati, Ohio to date is $22,500.00. This fee would include counseling, real estate abstracts on all related real property, consults with neighboring land owners, engineering firm consult, closing assistance at time of sale, banking/financial assistance, numerous phone calls with Mr. Boggs and related professionals associated with the case, sworn deposition of myself, attendance at depositions in Florida (3 days), as well as consistent communication with attorneys involved and review of all pleadings in the case.

                                                  Sincerely,

                                                  Kevin J. Waldo

KJW:pkr

# WALDO LAW OFFICE
413 CENTER STREET • P.O. BOX 4252
IRONTON, OHIO 45638

Phone 1-740-532-4911
Fax 1-740-532-9011

September 14, 2005

Mr. Thomas Schuck
Attorney-at-Law
425 Walnut Street, Ste. 1800
Cincinnati, OH 45202-3957

Dear Mr. Schuck:

    As per my secretary's phone conversation with Ms. Leslie Adams from your office, my fee for representation of Mr. Tom Boggs in legal matters relating to the lawsuit filed in the Southern Federal District Court in Cincinnati, Ohio to date is an additional $3,500.00. This fee would include counseling, real estate abstracts on all related real property, consults with neighboring land owners, engineering firm consult, closing assistance at time of sale, banking/financial assistance, numerous phone calls with Mr. Boggs and related professionals associated with the case, sworn deposition of myself, attendance at depositions in Florida (3 days), as well as consistent communication with attorneys involved and review of all pleadings in the case.

Sincerely,

Kevin J. Waldo

KJW:pkr

**<u>EXHIBIT "E"</u>**


**DANIEL KONRAD, ESQ. BILLING HISTORY**

Konrad

## BILLING HISTORY

| CLIENT: | H. T. Boggs | CLIENT NO. | 100925 |
|---|---|---|---|
| MATTER | General | MATTER NO. | 0001 |

WIP AS OF TODAY    $0.00

| Bill # | Date | Total Billed | Total A/R | Date Paid |
|---|---|---|---|---|
| 186211 | 07/18/03 | $1,123.30 | $0.00 | 08/11/03 |
| 186834 | 08/11/03 | $193.75 | $0.00 | 09/09/03 |
| 190308 | 09/16/03 | $575.08 | $0.00 | 09/29/03 |
| 190548 | 10/07/03 | $704.96 | $0.00 | 10/27/03 |
| 194969 | 11/14/03 | $3,067.50 | $0.00 | 12/08/03 |
| 196503 | 12/15/03 | $701.12 | $0.00 | 01/08/04 |
| 198587 | 01/16/04 | $232.50 | $0.00 | 02/05/04 |
| 202847 | 03/16/04 | $155.00 | $0.00 | 04/08/04 |
| 210101 | 07/16/04 | $232.50 | $0.00 | 08/26/04 |
| **TOTALS** | | **$6,985.71** | **$0.00** | |

# EXHIBIT "F"

## CURRICULUM VITAE OF THOMAS R. SCHUCK, ESQ.

**Thomas R. Schuck** is the Immediate Past National President of the Federal Bar Association. He is a partner in the law firm of Taft, Stettinius & Hollister in Cincinnati, Ohio, where he practices primarily in the area of commercial litigation. He is a graduate of DePauw University (B.A.), the University of Kent at Canterbury, U.K. (M.A.), and Harvard Law School (J.D.). He is "AV" rated in Martindale-Hubbell's *Law Directory*.

Mr. Schuck is a long-time member of the Federal Bar Association and a former Barrister of the Potter Stewart American Inn of Court in Cincinnati. He is a member of the Bar Examination Committee of the United States District Court for the Southern District of Ohio and serves as a mediator for the Court. He is a life member of the Judicial Conference of the Sixth Circuit and has chaired its Merit Selection Panel for a vacant bankruptcy judgeship. He is also a member of the Ohio State Bar Association.

Mr. Schuck has been active in the Federal Bar Association since 1985. He has served as a member of the Executive Committee of the John W. Peck Cincinnati/Northern Kentucky Chapter for many years and served as Chapter President in 1995. He served as Vice President for the Sixth Circuit from 1996 to 1999, as Chair of the National Membership Committee for FY 1998 and FY 1999, and in numerous other national offices. In 1997, he coordinated the FBA Government Relations Committee's nationwide grassroots effort to promote the proposed COLA legislation for federal judges. He is a Charter Fellow of the Federal Bar Association Foundation and President of the Federal Bar Association Foundation of Cincinnati.

Since 1987, Mr. Schuck has conducted an annual seminar on behalf of the Cincinnati Chapter of the FBA to prepare applicants to take the examination for admission to the Bar of the United States District Court for the Southern District of Ohio, and he established a charitable foundation for the Cincinnati Chapter to facilitate gifts for judicial portraits and local charitable activities.

Mr. Schuck is a contributing author to *AIDS and the Law* (Wiley, 2d ed. 1992). He has been active in numerous community and charitable organizations, including the Clermont County, Ohio Mental Health & Recovery Board; the Clermont County, Ohio Board of Mental Retardation and Developmental Disabilities; the Ancient Accepted Scottish Rite, Valley of Cincinnati; Joy Outdoor Education Center, Inc.; the Ohio Foundation of Independent Colleges (named "Corporate Volunteer of the Year" in 2002, 2005-06 Cincinnati Area Campaign Chair); the Ohio Society; the Camargo Hunt; and the Society of Bacchus. He is currently listed in Marquis' *Who's Who in America, Who's Who in American Law,* and *Who's Who in the World*, and *The Best Lawyers in America* (2006 ed.)

{W0576083.1}

| | |
|---|---|
| **THOMAS R. SCHUCK** | 425 Walnut Street |
| | Suite 1800 |
| 189 State Route 133 | Cincinnati, Ohio 45202-3957 |
| Felicity, Ohio 45120 | (513) 357-9374 (Office) |
| | (513) 876-2428 (Home) |
| | schuck@taftlaw.com |

**EMPLOYMENT**
- **Taft, Stettinius & Hollister LLP**, Cincinnati, OH, 1979-Present
  - Partner, Litigation Department, 1987-Present
  - Associate, Litigation Department, 1979-1987

- **Robert B. Krupansky, United States District Judge for the Northern District of Ohio**, Cincinnati, OH, 1976-1979
  - Law Clerk

**SCOPE OF PRACTICE**
- Commercial and bankruptcy litigation; banking law--lender and fiduciary responsibility; securities litigation; ERISA litigation; related insurance and class action issues; trade secrets and intellectual property; real estate taxation; "AV" rated in Martindale-Hubbell's Law Directory

- Admitted to the Bars of Ohio; United States Supreme Court; United States Court of Appeals for the Sixth and Ninth Circuits; United States Court of Appeals for the Armed Forces; United States District Courts for the Northern and Southern Districts of Ohio and the District of Arizona

**EDUCATION**
- **Harvard Law School**, Cambridge, MA
  Degree: J.D., June 1976

- **University of Kent at Canterbury**, U.K.
  Degree: M.A., May 1974

- **DePauw University**, Greencastle, IN
  Degree: B.A., June 1972 with highest distinction
  Honors: Phi Beta Kappa, Phi Eta Sigma, Sigma Delta Chi Society of Professional Journalists

{W0576193.1}

**PROFESSIONAL
AND/OR CIVIC
ACTIVITIES**

- **Federal Bar Association**, Past National President

- **United States Court of Appeals for the Sixth Circuit Judicial Conference**, Life Member and Life Members Executive Committee

- **United States District Court for the Southern District of Ohio Bar Examination Committee**, Member

- **United States District Court for the Southern District of Ohio**, Mediator

- **LEAD Clermont**, Member, 1998 Class

- **Contributing Author**, Aids and the Law (Wiley, 2d ed. 1992)

- **Ohio Foundation of Independent Colleges**, Trustee

- **Camargo Hunt** and **Society of Bacchus**, Member

- **Current listings in** Marquis' Who's Who in America, Who's Who in American Law, and Who's Who in the World, and The Best Lawyers in America (2006 ed.)