UNITED STATES DISTRICT COURT
DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SCOTT HUTCHISON ENTERPRISES, et al., | ) C-1-01-776-HJW )<br>) Judge Weber |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| RHODES, INC.., et al., | ) **MOTION TO WITHDRAW**<br>) **AS LOCAL COUNSEL** |
| Defendants. | ) |

M. Bradford Sanders of Sanders & Associates, L.P.A., pursuant to Local Rule 83.4, hereby respectfully moves to withdraw as local counsel for Defendants Rhodes and Associates, Inc., aka Rhodes, Inc., aka Rhodes Incorporated, aka Larry Rhodes, Inc. ("Defendants Rhodes") for good cause as described in the following memorandum.

### Memorandum

This matter is currently set for jury trial on June 1, 2006, and there are not any hearings set prior to trial. Movant respectfully requests permission to withdraw as local counsel for Defendants Rhodes, and as grounds therefore states a lack of communication from Defendants Rhodes, as well as failure to pay fees, as detailed in the attached affidavit of counsel.

<u>s/ M. Bradford Sanders</u>
M. Bradford Sanders (0039723)
Local Counsel for Defendants Rhodes
Sanders and Associates, LPA
9122 Montgomery Road, Suite 201
Montgomery, Ohio  45242
(513) 891-8900
Fax (513) 891-8937
bsanders@sandersassociates.net

## CERTIFICATE OF SERVICE

 I hereby certify that on Wednesday, December 2, 2005, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following: E. David Marshall, Gayle B. McGrath, William P. Schroeder, and Thomas R. Schuck, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

| | |
|---|---|
| E. Christine Lewis<br>Wyatt Tarrant & Combs, LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, Kentucky 40507 | W. Craig Robertson<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, Kentucky 40507 |

Larry R. Rhodes
Rhodes and Associates, Inc., aka Rhodes, Inc.,
aka Rhodes Incorporated, aka Larry Rhodes, Inc.
115 Eisenhower Court
Nicholasville, Kentucky 40356

             s/ M. Bradford Sanders

2