UNITED STATES DISTRICT COURT
DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SCOTT HUTCHISON ENTERPRISES, et al., | ) C-1-01-776-HJW |
| | ) |
| | ) Judge Weber |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **AFFIDAVIT OF** |
| | ) **M. BRADFORD SANDERS IN SUPPORT** |
| RHODES, INC., et al., | ) **OF MOTION TO WITHDRAW** |
| | ) **AS LOCAL COUNSEL** |
| Defendants. | ) |

Being first duly cautioned and sworn, M. Bradford Sanders states as follows:

1. I am local counsel for Defendants Rhodes and Associates, Inc., aka Rhodes, Inc., aka Rhodes Incorporated, aka Larry Rhodes, Inc. ("Defendant Rhodes") herein and I am giving this affidavit based upon personal knowledge. I am an attorney with the law firm of Sanders & Associates, LPA.

2. Defendant Rhodes, through its primary counsel in this case, has not responded to my recent inquiries to it in this matter.

3. Defendant Rhodes has failed to pay my firm's fee statements over a period of many months.

FURTHER AFFIANT SAYETH NAUGHT.

_____
M. Bradford Sanders

Sworn to and subscribed before me this /ST day of December, 2005.

_____
Notary Public

NOTARY PUBLIC
STATE OF OHIO
COUNTY OF WARREN
Debra L. Swanson
My Appointment Expires Jan. 20, 2007