

**EXHIBIT**

**Donald A. Fay, C.P.G.**
Principal

**The Payne Firm, Inc.**
11231 Cornell Park Drive
Cincinnati, Ohio 45242

| | |
|---|---|
| **EDUCATION** | M.S., Geology, Miami University, 1986. |
| | B.S., Geology, Miami University, 1981. |
| | Continuing education seminars: hydrogeology, contaminant fate and transport modeling, aquifer testing, risk assessment, remedial design, geochemistry, and business. |
| **REGISTRATION** | Registered Professional Geologist in Indiana, Tennessee, Kentucky, and Pennsylvania. |
| | Ohio Environmental Protection Agency Voluntary Action Program Certified Professional. |
| **EMPLOYMENT** | Principal, The Payne Firm, Inc., Cincinnati, Ohio, 2001 to present. |
| | Senior Project Manager, The Payne Firm, Inc., Cincinnati, Ohio, 1992 to 2001. |
| | Project Manger, The Payne Firm, Inc., 1990 to 1992. |
| | Staff Geologist, The Payne Firm, Inc., 1987 to 1990. |
| | Field Geologist, ATEC Associates, Cincinnati, Ohio, 1987. |
| | Teaching Assistant, Miami University, Oxford, Ohio, 1983 to 1986. |
| | Geophysical Logging Engineer, Dresser-Atlas, Ft. Morgan, Colorado, 1981 to 1982. |
| **EXPERIENCE** | Developed and implemented environmental management strategies for brownfields redevelopment under voluntary action programs in Ohio, Kentucky, and Indiana. This included developing preliminary completion cost estimates based on limited initial data. Site assessment and management strategies were integrated into site development plans to cost effectively characterize the property and mitigate risk. Participated in obtaining ten Covenants Not-to-Sue under Ohio's Voluntary Action Program. Acted as the Certified Professional on two VAP projects, including one under the USEPA Memorandum of Agreement track. |
| | Managed application preparation and implementation of Clean Ohio Fund projects totaling over $5 million. |
| | Experienced in expert testimony for environmental litigations involving chemical releases, contaminant fate and transport, and remediation. |

**Donald A. Fay, C.P.G.**
**Page Two**

---

Performed and managed environmental site assessments involving soil sampling and ground water monitoring to evaluate contamination from chemical spills and underground storage tanks. Field expertise includes soil gas surveying, borehole logging, monitor well construction, sampling protocols, and analytical laboratory data validation and interpretation.

Performed and managed site assessments and remediation associated with organic and inorganic chemical releases. Successful completion of projects in glacial, fluvial, karst, and bedrock hydrogeological settings. Experienced in aquifer testing, feasibility screening, and conceptual design and operation of soil and ground water remediation systems.

Performed and managed pre-acquisition Phase I and Phase II site assessments for various commercial and manufacturing facilities. Experienced in developing environmental cleanup cost estimates and timeframes based on the site conditions, applicable standards, and anticipated regulatory requirements.

Significant knowledge of various state and federal environmental laws and regulations, including investigation, remediation, and reporting requirements associated with underground storage tanks, RCRA, NCP, CWA, SDWA, and voluntary action programs. Experienced in operation regulatory compliance reviews, including air, hazardous and solid wastes, PCBs, SARA, storm water, and wastewater issues. Also knowledgeable of asbestos, industrial hygiene/safety and wetlands issues.

**MEMBERSHIPS**   National Brownfield Association
Ohio Brownfield Finance Partnership
National Ground Water Association
Association of Ground Water Scientists and Engineers
Geology Society of America

