UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SCOTT HUTCHINSON ENTERPRISES, INC., et al | ) ) ) CIVIL ACTION NO. C-1-01-776 |
| PLAINTIFFS | ) ) JUDGE WEBER |
| v. | ) ) |
| LARRY RHODES, INC., et al | ) APPEARING ON BEHALF OF: ) DEFENDANTS, JAMES M. ZIMMER AND ) H. JACK GEISLER |
| DEFENDANTS | ) |

## MOTION TO WITHDRAW

Come W. Craig Robertson III and Gayle B. McGrath (the "undersigned") on behalf of the law firm of Wyatt, Tarrant & Combs, LLP and hereby move to withdraw as counsel for the Defendants, H. Jack Geisler ("Geisler") and James M. Zimmer ("Zimmer"). In support of said Motion, the undersigned state as follows:

Due to the limited financial resources of Geisler and Zimmer, the undersigned have been involved in trying to negotiate a resolution of this matter. Recently, such a resolution was reached whereby certain claims of Geisler and Zimmer were assigned to the Plaintiffs and the Defendant Boggs in exchange for covenants relating to the execution of any judgment which might be obtained. As a result, Geisler and Zimmer no longer want to pay for and retain an attorney in this matter going forward. The undersigned have informed Geisler and Zimmer of the current motion and they are in agreement. To the best knowledge and belief of the undersigned, opposing counsel in this case has no objection as well.

Accordingly, and for the foregoing reasons, the undersigned, on behalf of the law firm of Wyatt, Tarrant & Combs, LLP, respectfully request to withdraw as counsel of record for the Defendants H. Jack Geisler and James M. Zimmer.

Respectfully submitted,

 /s/ W. Craig Robertson III
W. Craig Robertson III
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
859.233.2012 (main)
859.259.0649 (facsimile)
crobertson@wyattfirm.com

/s/ Gayle B. McGrath
Gayle B. McGrath (0028390)
Trial Attorney for Geisler and Zimmer
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
859.233.2012 (main)
859.259.0649 (facsimile)
gmcgrath@wyattfirm.com

*Counsel for H. Jack Geisler and James M. Zimmer*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that she served a copy of the foregoing Motion to Withdraw upon the following counsel of record and parties either electronically or by regular United States mail, postage prepaid, this 5th day of January, 2006:

| | |
|---|---|
| Thomas R. Schuck<br>Taft, Stettinius & Hollister<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202-3057 | William P. Schroeder<br>11935 Mason Road, Suite 100<br>Cincinnati, OH 45249 |
| E. David Marshall<br>271 West Short Street, Suite 111<br>Lexington, KY 40507 | Bradford Sanders<br>9122 Montgomery Road, Suite 201<br>Cincinnati, OH 45242 |
| Jack Geisler<br>3386 Moundview Court<br>Lexington, KY 40502 | James M. Zimmer<br>3164 Roxburg Drive<br>Lexington, KY 40503 |

    /s/ Gayle B. McGrath

*Counsel for James M. Zimmer and H. Jack Geisler*

C:\DOCUME~1\gmcgrath\LOCALS~1\Temp\scrubber\GEISLER - MOTION TO WITHDRAW_v1.DOC

3