IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| SCOTT HUTCHISON ENTERPRISES, | : | Case No.: C-1-01-776 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| RHODES, INC., et al | : |  |
| Defendant | : |  |

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Telephonic Conference on Tuesday, January 31, 2006 at 1:30 p.m.

The Court will at that time address the Motion to Withdraw (#141) filed by attorney W. Craig Robertson.

The Court hereby directs that attorney Robertson initiate the above scheduled Conference to the Court.

**IT IS SO ORDERED.**

                                                _s/Herman J. Weber_____
                                                Herman J. Weber, Senior Judge
                                                United States District Court