IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| | : | Case No.: C-1-01-776 |
| SCOTT HUTCHISON ENTERPRISES, | | |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| | | |
| v. | : | |
| | | |
| RHODES, INC., et al | | |
| | : | |
| Defendant | | |
| | : | |

## ORDER

Parties are advised that the above styled case is SCHEDULED for a Conference on Tuesday, February 7, 2006 at 1:30 p.m.

The Court will at that time address the Motion to Withdraw as Local Counsel (#138) filed by attorney M. Bradford Sanders.

Larry Rhodes is hereby advised that failure of the Corporation to appear at the above scheduled Conference may result in the Court entering Judgment by Default.

Attorney M. Bradford Sanders is hereby directed to serve a copy of this Order to all interested parties. The Clerk of Courts shall serve a copy of this Order by certified and regular mail to Larry R. Rhodes, Rhodes and Associates, Inc., 115 Eisenhower Court, Nicholasville Kentucky 40356.

**IT IS SO ORDERED.**

_____s/Herman J. Weber_____
Herman J. Weber, Senior Judge
United States District Court