| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  13 JAN 2006 PM 8<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  Kimberly W. Butt  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Larry Rhodes<br>Rhodes + Assoc.<br>115 Eisenhower Ct.<br>Nicholson, KY<br>40356 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7002 0860 0000 1408 9641 |

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1540