UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchison Enterprises, Inc., et al., | : | Civil Action No. C-1-01-776 |
| | : | |
| Plaintiffs | : | Judge Weber |
| | : | |
| v. | : | |
| | : | |
| Rhodes, Inc., et al., | : | |
| | : | **NOTICE OF WITHDRAWAL OF** |
| Defendants | : | **BILL OF COSTS (DOC. NO. 136)** |

Defendant H.T. Boggs hereby gives notice of the withdrawal of the Bill of Costs filed on his behalf on November 4, 2005 (doc. no. 136).

Respectfully submitted,

_____
Thomas R. Schuck (0005336)
Trial Attorney for Defendant H.T. Boggs
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838

Of Counsel:

Kevin J. Waldo (0022379)
413 Center Street
Ironton, Ohio 45638-1505
(740) 532-4911

{W0642695.1}

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that he served a copy of the foregoing Notice of Withdrawal of Bill of Costs upon the following counsel of record electronically or by regular United States mail, postage prepaid this 30th day of January, 2006.

_____
Thomas R. Schuck

William P. Schroeder, Esq.
11935 Mason Road, Suite 100
Cincinnati, Ohio 45249
Attorney for Plaintiffs

Gayle B. McGrath, Esq.
W. Craig Robertson, III, Esq.
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Attorneys for Defendants Zimmer and Geisler

E. David Marshall, Esq.
271 West Short Street, Suite 111
Lexington, Kentucky 40507

M. Bradford Sanders, Esq.
9122 Montgomery Road, Suite 201
Montgomery, Ohio 45242
Attorneys for Defendant Rhodes, Inc.,
Rhodes Incorporated and Rhodes &
Associates, Inc.

{W0642695.1}