UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION CONFERENCE**

SCOTT HUTCHISON,

v                                                                  Civil: C-01-776

RHODES INC., et al,

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer  (Official)

Law Clerk: L. Ahern

Courtroom Deputy: Darlene Maury

-----------------------------------------------------------------------------------------------------------

**Appearances:** W. Schroeder for Pltf; E. David Marshall, T. Schuck, and W. Craig Robertson for Defense .(all participants by teleconference)

Case called for a Motion Conference. Motion to withdraw addressed. Order to issue.

Date: Tuesday, January 31, 2006
TIME: 1:30 p.m.. - 1:50 p.m.