IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| | : | Case No.: C-1-01-776 |
| SCOTT HUTCHISON, | | |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| | | |
| v. | : | |
| | | |
| RHODES INC., et al, | : | |
| Defendant | | |
| | : | |

**ORDER**

Pursuant to the record established at the Conference held on January 31, 2006. The Motion to Withdraw (#141) as amended on the record is hereby GRANTED.

W. Craig Robertson, E. Christine Lewis, Gayle Benner McGrath and the law firm of Wyatt, Tarrant & Combs LLP are hereby permitted to withdraw as counsel of record for Defendants James M. Zimmer and H. Jack Geisler.

**IT IS SO ORDERED.**

                                                                           S/Herman J. Weber_____
                                                                          Herman J. Weber, Senior Judge
                                                                          United States District Court