IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| SCOTT HUTCHISON, | : | Case No.: C-1-01-776 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| RHODES INC., et al, | : |  |
| Defendant | : |  |

**ORDER**

Pursuant to the record established at the Conference held on January 31, 2006. Attorney E. David Marshall has advised the Court that he will continue with his representation of Defendant Rhodes Inc.

Counsel of record has also advised the Court that their is no opposition to the Motion to Withdraw (#138) filed by attorney M. Bradford Sanders.

Therefore, the Motion to Withdraw (#138) is hereby GRANTED.

M. Bradford Sanders is hereby permitted to withdraw as local counsel for the Rhodes Defendants.

Parties are hereby notified that the hearing scheduled for Tuesday, February 7, 2006 is CANCELLED.

The Clerk of Courts shall send a copy of this Order to Larry Rhodes by certified and regular mail.

**IT IS SO ORDERED.**

                                                                  S/Herman J. Weber_____
                                                            Herman J. Weber, Senior Judge
                                                            United States District Court