U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Larry Rhodes - Rhodes + Assoc.
Street, Apt. No.; or PO Box No.: 115 Eisenhower Ct.
City, State, ZIP+4: Nicholson, KY 40356

PS Form 3800, April 2002 — See Reverse for Instructions

7002 0860 0000 1408 9672

7002 0860 0000 1408 9672

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

7002 0860 0000 1408 9672

