OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

RECEIVED
FEB — 2006
JAMES BONINI, Clerk
CINCINNATI, OHIO

403 N1 1 905 C 34 01/19/06
NEW ADDRESS
NOTIFY SENDER OF NEW ADDRESS
:RHODES INCORPORATED
PO BOX 24090
LEXINGTON KY 40524-4090
*2770-10581-19-13
BC: 405244

CERTIFIED MAIL

403   1   34 02/07/06
NIXIE    403    1
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 452023905959    *2770-10581-19-13

RECEIVED
FEB
JAMES BONINI, CLERK
CINCINNATI, OHIO

Larry R. Rhodes
Rhodes and Associates
115 Eisenhower Court
Nicholson, KY 40356

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT HUTCHISON ENTERPRISES, | : | Case No.: C-1-01-776 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| RHODES, INC., et al | | |
| Defendant | : | |
| | : | |

### ORDER

Parties are advised that the above styled case is SCHEDULED for a Conference on Tuesday, February 7, 2006 at 1:30 p.m.

The Court will at that time address the Motion to Withdraw as Local Counsel (#138) filed by attorney M. Bradford Sanders.

Larry Rhodes is hereby advised that failure of the Corporation to appear at the above scheduled Conference may result in the Court entering Judgment by Default.

Attorney M. Bradford Sanders is hereby directed to serve a copy of this Order to all interested parties. The Clerk of Courts shall serve a copy of this Order by certified and regular mail to Larry R. Rhodes, Rhodes and Associates, Inc., 115 Eisenhower Court, Nicholasville Kentucky 40356.

**IT IS SO ORDERED.**

Herman J. Weber, Senior Judge
United States District Court