January 31, 2002

H.T. Boggs
413 Center Street
Ironton, Ohio   45638

Attention:   Kevin J. Waldo, Esq.

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**

ATTORNEYS AT LAW

1800 FIRSTAR TOWER

425 WALNUT STREET

CINCINNATI, OHIO 45202-3957

513-381-2838

TAXPAYER I.D. NUMBER: 31-0541755

---

<u>F E E</u>

FOR ALL PROFESSIONAL LEGAL SERVICES rendered
in connection with Scott Hutchison Enterprises
litigation from December 1, 2001 through
December 31, 2001 as shown on the attached
Billing Information Memo. . . . . . . . . . . . . . . .$   460.00

<u>D I S B U R S E M E N T S</u>

As shown on the attached. . . . . . . . . . . . . . .<u>$       .04</u>

<u>$   460.04</u>

RJT:sls
BG007/GN002

H.T. BOGGS                                      INVOICE # 1448091
413 CENTER STRET                                JANUARY 4, 2002
IRONTON, OH  45638


CLIENT NUMBER – BG007      / GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH DECEMBER 31, 2001

RE:  SCOTT HUTCHISON ENTERPRISES


| Date | | Hours | Description |
|---|---|---|---|
| 12/06/01 | TRS | .75 | TELEPHONE CALLS REGARDING EXTENSION, CONFERENCE WITH CRP |
| 12/06/01 | LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING NEW MATTER; CREATE PLEADING FILE AND PLEADING BINDER (BOGGS) |
| 12/10/01 | TRS | .25 | TELEPHONE CALL TO KEVIN WALDO |
| 12/11/01 | LLA | .25 | UPDATE PLEADING FILE AND PLEADING BINDER |
| 12/12/01 | TRS | .50 | LETTER TO KEVIN WALDO |
| 12/19/01 | LLA | .25 | UPDATE PLEADING FILE |


        PROFESSIONAL SERVICES                         $ 460.00


        COSTS ADVANCED

 12/27/01   LONG DISTANCE                                     .04

        TOTAL COSTS ADVANCED                          $ .04


                                        * * * * * * * * * * * * *
                      THIS INVOICE TOTAL      $ 460.04
                                        * * * * * * * * * * * * *


 PRIOR BALANCE ON THIS MATTER AS OF 01/04/2002:        $ .00

February 20, 2002

IN ACCOUNT WITH

H.T. Boggs
413 Center Street
Ironton, Ohio   45638

**TAFT, STETTINIUS & HOLLISTER LLP**

ATTORNEYS AT LAW

1800 FIRSTAR TOWER

425 WALNUT STREET

CINCINNATI, OHIO 45202-3957

513-381-2838

Attention:   Kevin J. Waldo, Esq.

TAXPAYER I.D. NUMBER: 31-0541755

## F E E

        FOR ALL PROFESSIONAL LEGAL SERVICES rendered
in connection with Scott Hutchison Enterprises
litigation from January 1, 2002 through
January 31, 2002 and for services performed on
December 6 and 11, 2001, which were not previously
billed, as shown on the attached billing information
memo . . . . . . . . . . . . . . . . . . . . . .$ 4,737.50

## D I S B U R S E M E N T S

As shown on the attached . . . . . . . . . . . . . .$    43.88

                                         $ 4,781.38

    Unpaid Fees and Disbursements . . . . . . . . .$   460.04

                                         $ 5,241.42

RJT:sls
BG007/GN002

```
H.T. BOGGS                                    INVOICE # 1453416
413 CENTER STREET                             FEBRUARY 6, 2002
IRONTON, OH  45638
ATTN: KEVIN J. WALDO, ESQ.

CLIENT NUMBER - BG007     / GN002

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH JANUARY 31, 2002

RE:  SCOTT HUTCHISON ENTERPRISES
```

| Date | Init | Hours | Description |
|---|---|---|---|
| 12/06/01 | CRP | 1.25 | MEETING W/T. SCHUCK REGARDING WETLANDS ISSUE; REVIEW OF COMPLAINT AND INTERROGATORIES; REVIEW OF CASES INVOLVING RELIANCE ON INSPECTORS |
| 12/11/01 | CRP | .25 | REVIEW OF FILE IN PREPARATION FOR MEETING W/T. SCHUCK |
| 1/08/02 | CRP | .25 | REVIEW OF MOTION FOR DEFINITE STATEMENT |
| 1/08/02 | LLA | .75 | TO UNITED STATES DISTRICT COURT TO FILE MOTION FOR MORE DEFINITE STATEMENT FOR THOMAS R. SCHUCK; PHOTOCOPY AND SERVE ON ALL PARTIES; UPDATE PLEADING FILE AND PLEADING BINDER |
| 1/08/02 | TRS | 4.00 | TELEPHONE CALLS, PLEADINGS, DRAFT RESPONSES TO INTERROGATORIES, LETTER TO TOM BOGGS |
| 1/10/02 | TRS | 1.00 | REVIEW PRELIMINARY PRE-TRIAL ORDER, LETTER TO SCHROEDER REGARDING DISCOVERY |
| 1/16/02 | TRS | 2.00 | TELEPHONE CALL TO ATTORNEY SHAFER, CORRESPONDENCE |
| 1/17/02 | LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK; TO UNITED STATES DISTRICT COURT TO OBTAIN COPY OF RHODES' ANSWER; UPDATE PLEADING FILE AND PLEADING BINDER |
| 1/18/02 | KJW | .50 | FILED ANSWER WITH COURT |
| 1/18/02 | TRS | .25 | TELEPHONE CALL TO BILL SEKULA |
| 1/21/02 | TRS | 4.50 | TELEPHONE CALLS REGARDING DISCOVERY |
| 1/22/02 | TRS | .25 | LETTER TO KONRAD |
| 1/24/02 | TRS | 4.00 | REVIEW FILE, CONFERENCE WITH BILL SCHROEDER |
| 1/25/02 | TRS | .50 | TELEPHONE CALL TO AMY SHAFER |
| 1/28/02 | LLA | .25 | UPDATE PLEADING FILE AND PLEADING BINDER |
| 1/30/02 | TRS | .75 | REVIEW DRAFT DISCOVERY PLAN, LETTER TO SCHROEDER |

```
     PROFESSIONAL SERVICES                         $ 4,737.50

     COSTS ADVANCED
```

| Date | Description | Amount |
|---|---|---|
| 1/18/02 | MISC. COPY CHARGE RHODES ANSWER | 5.00 |
| 1/25/02 | MISC.-COST OF REPRODUCING MATERIALS FROM CORPS OF ENGINEERS | 10.80 |
| 1/25/02 | LONG DISTANCE | 5.98 |
| 1/30/02 | PHOTOCOPIES | 17.10 |
| 1/30/02 | TELECOPIES | 5.00 |

```
     TOTAL COSTS ADVANCED                             $ 43.88


                                        * * * * * * * * * * * * * *
                      THIS INVOICE TOTAL   $ 4,781.38
                                        * * * * * * * * * * * * * *

PRIOR BALANCE ON THIS MATTER AS OF 02/06/2002:      $ 460.04

TOTAL BALANCE DUE ON THIS MATTER AS OF 02/06/2002:   $ 5,241.42
```

March 29, 2002                    IN ACCOUNT WITH

H.T. Boggs                       **TAFT, STETTINIUS & HOLLISTER LLP**
413 Center Street                       ATTORNEYS AT LAW
Ironton, Ohio   45638                     1800 FIRSTAR TOWER
                                           425 WALNUT STREET
Attention:   Kevin J. Waldo, Esq.      CINCINNATI, OHIO 45202-3957
                                            513-381-2838

                                   TAXPAYER I.D. NUMBER: 31-0541755

                              F E E

          FOR ALL PROFESSIONAL LEGAL SERVICES rendered
in connection with Scott Hutchison Enterprises
litigation from February 1, 2002 through
February 28, 2002, as shown on the attached billing
information memo . . . . . . . . . . . . . . . . .$  13,201.25


                    D I S B U R S E M E N T S

As shown on the attached . . . . . . . . . . . .$     213.85

                                            $  13,415.10

     Unpaid Fees and Disbursements . . . . . . . .$   5,241.42

                                            $  18,656.52


RJT:sls
BG007/GN002

IN ACCOUNT WITH

# TAFT, STETTINIUS & HOLLISTER LLP

**ATTORNEYS AT LAW**

1800 FIRSTAR TOWER

425 WALNUT STREET

CINCINNATI, OHIO 45202-3957

513-381-2838

TAXPAYER I.D. NUMBER: 31-0841755

H.T. BOGGS
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1460945
MARCH 12, 2002

CLIENT NUMBER – BG007    / GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH FEBRUARY 28, 2002

RE:  SCOTT HUTCHISON ENTERPRISES

| Date | Atty | Hours | Description |
|---|---|---|---|
| 2/04/02 | CRP | 2.50 | RESEARCH ON RIPARIAN LAW OF OHIO; MEETING W/T. SCHUCK; RESEARCH ON STATUTE OF LIMITATIONS FOR NUISANCE RESULTING FROM OBSTRUCTION OF A WATERCOURSE |
| 2/04/02 | TRS | 6.00 | TELEPHONE CALLS, CORRESPONDENCE, REVIEW DOCUMENTS, RESEARCH, CONFERENCE WITH TOM BOGGS & DAN KONRAD |
| 2/05/02 | LLA | 1.00 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING PREPARATION OF SUBPOENA DUCES TECUM TO MITCHELL KLEIN AND HUNTINGTON NATIONAL BANK; DRAFT SUBPOENAS; CONFERENCES WITH THOMAS R. SCHUCK REGARDING LANGUAGE OF ATTACHMENT; SEARCH PACER TO DETERMINE IF RESPONSE TO MOTION FOR MORE DEFINITE STATEMENT; TELEPHONE CALL TO UNITED STATES DISTRICT COURT CLERK'S OFFICE TO CONFIRM THAT NO RESPONSE HAS BEEN FILED AND TO OBTAIN COPY OF JANUARY 15 ORDER |
| 2/05/02 | TRS | 3.00 | TELEPHONE CALL TO DAN KONRAD, DRAFT SUBPOENAS, TELEPHONE CALL TO KEVIN WALDO, TELEPHONE CALL TO TOM BOGGS |
| 2/06/02 | LLA | 1.50 | CONFERENCE WITH THOMAS R. SCHUCK; FINALIZE SUBPOENAS TO M. KLEIN AND HUNTINGTON NATIONAL BANK; LETTER TO D. KONRAD ENCLOSING SUBPOENAS FOR SERVICE; PHOTOCOPY AND SERVE ON ALL PARTIES OF INTEREST; UPDATE PLEADING FILE AND PLEADING BINDER |
| 2/06/02 | TRS | 1.00 | SUBPOENAS, REVIEW PHOTOS |
| 2/07/02 | TRS | 1.00 | TELEPHONE CALLS REGARDING SITE VISIT, REVIEW MATERIALS |
| 2/08/02 | CRP | .50 | REVIEW OF PARCEL DESCRIPTIONS AND OTHER DOCUMENTS RECEIVED FROM K. WALDO |
| 2/08/02 | TRS | .50 | REVIEW INFORMATION REGARDING REAL ESTATE |
| 2/11/02 | CRP | 1.75 | ANALYSIS OF RHODE'S ANSWERS TO INTERROGATORIES; ANALYSIS OF OHIO DITCH LAW FOR FILE |
| 2/11/02 | TRS | 8.00 | VIEW PROPERY, INTERVIEW WITNESSES |
| 2/12/02 | CRP | .50 | ANALYSIS OF OHIO DITCH LAW (CONT'D) |
| 2/12/02 | LLA | .25 | CONFERENCE WITH THOMAS R. SCHUCK; TELEPHONE CALL TO D. CONRAD REGARDING SERVICE OF SUBPOENAS ON M. KLEIN AND HUNTINGTON NATIONAL BANK |
| 2/12/02 | TRS | 6.00 | PLEADINGS, DISCOVERY, REVIEW RESEARCH & DRAFT CORR |
| 2/13/02 | CRP | .50 | ANALYSIS OF DITCH LAW (CONT'D) AND STATUTE OF LIMITATIONS FOR FLOODING DAMAGES |
| 2/13/02 | TRS | 4.00 | TELEPHONE CALLS AND CORRESPONDENCE |
| 2/14/02 | CRP | .50 | REVISION OF DITCH LAW ANALYSIS |
| 2/14/02 | LLA | .50 | TO UNITED STATES DISTRICT COURT TO FILE JOINT PLAN FOR THE CONDUCT OF THE CASE FOR THOMAS R. SCHUCK |
| 2/14/02 | TRS | 4.00 | TELEPHONE CALL TO TOM BOGGS, TELEPHONE CALLS TO KEVIN WALDO & DAN DISCOVERY |
| 2/15/02 | LLA | 1.50 | CONFERENCE WITH THOMS R. SCHUCK REGARDING DOCUMENT PRODUCTION; UPDATE PLEADING FILE AND PLEADING BINDER; BEGIN PAGINATING DOCUMENTS IN PREPARATION FOR PRODUCTION |

IN ACCOUNT WITH

# TAFT, STETTINIUS & HOLLISTER LLP

### ATTORNEYS AT LAW
### 1800 FIRSTAR TOWER
### 425 WALNUT STREET
### CINCINNATI, OHIO 45202-3957
### 513-381-2838

TAXPAYER I.D. NUMBER: 31-0541755

| | | | |
|---|---|---|---|
| 2/15/02 | TRS | 4.75 | TELEPHONE CALLS TO DAN KONRAD, AMY STOFFER; CORRESPONDENCE; PREPARE DISCOVERY |
| 2/19/02 | LLA | .75 | ATTACH DESCRIPTIONS TO PROPERTY PHOTOGRAPHS IN PREPARATION FOR PRODUCTION |
| 2/19/02 | TRS | .50 | TELEPHONE CALL TO TOM BOGGS |
| 2/20/02 | LLA | .25 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING FILING OF ORIGINAL M. KLEIN AND HUNTINGTON NATIONAL BANK SUBPOENAS AND DOCUMENT PRODUCTION |
| 2/20/02 | TRS | 3.00 | TELEPHONE CALLS TO BILL SCHRODER, DAN KONRAD; REVI |
| 2/21/02 | LLA | 1.50 | TO UNITED STATES BANKRUPTCY COURT TO FILE SUBPOENAS SERVED ON J. WOLIVER AND HUNTINGTON NATIONAL BANK FOR THOMAS R. SCHUCK; CONFERENCE WITH THOMAS R. SCHUCK REGARDING DOCUMENT PRODUCTION; ARRANGE FOR PHOTOCOPYING OF LARGE PLAT; CONTINUE PAGINATION OF DOCUMENTS IN PREPARATION FOR PRODUCTION; UPDATE PLEADING FILE AND PLEADING BINDING |
| 2/21/02 | TRS | 3.00 | TELEPHONE CALLS TO TOM BOGGS, DAN KONRAD, KEVIN WA AND LETTERS |
| 2/22/02 | LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING DOCUMENT PRODUCTION; ARRANGE FOR REPRODUCTION OF PLAT; PAGINATE ADDITIONAL DOCUMENTS FROM D. CONRAD; PHOTOCOPY IN PREPARATION FOR PRODUCTION |
| 2/22/02 | TRS | .50 | TELEPHONE CALL TO DAN KONRAD, DOCUMENT PRODUCTION |
| 2/25/02 | LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING DOCUMENT PRODUCTION; OBTAIN ADDITIONAL COPIES OF PROPERTY PHOTOGRAPHS; ATTACH DESCRIPTIONS OF PHOTOGRAPHS; PAGINATE AND DELIVER TO THOMAS R. SCHUCK |
| 2/25/02 | TRS | 1.00 | MAKE DISCOVERY |
| 2/27/02 | TRS | .25 | REVIEW CORRESPONDENCE REGARDING CLOSING |

PROFESSIONAL SERVICES                          $ 13,201.25


COSTS ADVANCED

| | | |
|---|---|---|
| 2/12/02 | POSTAGE | 4.81 |
| 2/13/02 | TELECOPIES | 11.00 |
| 2/13/02 | FEDERAL EXPRESS DELIVERY ON 02/08/2002 FROM LESLIE ADAMS TO DANIEL J. KONRAD, ESQ., AIRBILL#: 790991382152 | 7.60 |
| 2/15/02 | OUTSIDE COPYING -OVERSIZE COPIES | 7.95 |
| 2/20/02 | TRAVEL-TRIP TO BURLINGTON, OH ON 2/11/02 RE: BOGGS CASE | 83.95 |
| 2/20/02 | MEAL EXPENSE-TRIP TO BURLINGTON, OH ON 2/11/02 RE: BOGGS CASE | 8.56 |
| 2/21/02 | LONG DISTANCE | 21.08 |
| 2/26/02 | PHOTOCOPIES | 68.90 |

TOTAL COSTS ADVANCED                          $ 213.85


                                    * * * * * * * * * * * * *
                  THIS INVOICE TOTAL    $ 13,415.10
                                    * * * * * * * * * * * * *

IN ACCOUNT WITH

# TAFT, STETTINIUS & HOLLISTER LLP

**ATTORNEYS AT LAW**
**1800 FIRSTAR TOWER**
**425 WALNUT STREET**
**CINCINNATI, OHIO 45202-3957**
**513-381-2838**

TAXPAYER I.D. NUMBER: 31-0541755

PRIOR BALANCE ON THIS MATTER AS OF 03/12/2002:        $ 5,241.42

TOTAL BALANCE DUE ON THIS MATTER AS OF 03/12/2002:      $ 18,656.52

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 46.50 | 250.00 | 11,625.00 |
| CRAIG R. PAULUS | 6.25 | 140.00 | 875.00 |
| LESLIE L. ADAMS | 8.25 | 85.00 | 701.25 |
| | 61.00 | | $ 13,201.25 |

TRS/lpn

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

H.T. BOGGS                                    INVOICE # 1467067
METALMART SYSTEMS, INC.                        APRIL 30, 2002
255 CENTURY BLVD.
BARTOW, FL  33830

CLIENT NUMBER - BG007/GN002
FOR PROFESSIONAL SERVICES RENDERED
     THROUGH MARCH 31, 2002

RE:  SCOTT HUTCHISON ENTERPRISES


| DATE | ATTY | HOURS | |
|------|------|-------|---|
| 3/04/02 | LLA | .25 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING DOCUMENTS PRODUCED BY RHODES AND S. HUTCHISON |
| 3/04/02 | TRS | 4.50 | REVIEW DISCOVERY, LETTER COUNSEL REGARDING DISCOVERY, TELEPHONE CALL TO KONRAD, TELEPHONE CALL TO ATTY KETCHUM, TC'S TO WALDO AND BOGGS |
| 3/05/02 | LLA | 1.50 | PAGINATE DOCUMENTS PRODUCED BY S. HUTCHISON AND RHODES, INC.; ATTENTION TO FILE MAINTENANCE |
| 3/05/02 | TRS | .25 | TELEPHONE CALL TO TOM BOGGS |
| 3/06/02 | TRS | .50 | REVIEW DOCUMENTS PRODUCED BY ATTY KLEIN |
| 3/07/02 | LLA | 2.00 | CONFERENCE WITH THOMAS R. SCHUCK; PAGINATE DOCUMENTS PRODUCED BY M. KLEIN AND ARRANGE FOR PHOTOCOPYING; PREPARE INDEX OF DOCUMENTS PRODUCED BY RHODES, INC. |
| 3/07/02 | TRS | 2.50 | TELEPHONE CALL TO KONRAD, TELEPHONE CALL TO TO WELLS, REVIEW DOCUMENTS, TELEPHONE CALL TO KEITH WEBB |
| 3/08/02 | LLA | 2.50 | CONFERENCE WITH THOMAS R. SCHUCK; BEGIN INDEXING DOCUMENTS PRODUCED BY M. KLEIN |
| 3/08/02 | TRS | 6.00 | TELEPHONE CALL TO TOM BOGGS, TELEPHONE CALL TO TO RUSSELL BLANKENSHIP, TELEPHONE CALL TO TO DON KONRAD, REVIEW KLEIN DOCUMENTS, CORRESPONDENCE |
| 3/09/02 | CRP | .75 | REVIEW OF DITCH LAW RESEARCH |
| 3/11/02 | LLA | 2.00 | COMPLETE INDEXING DOCUMENTS PRODUCED BY M. KLEIN |

{W0593056.1}

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | ATTY | HOURS | |
|------|------|-------|--|
| 3/11/02 | TRS | 1.00 | TELEPHONE CALL TO TOM BOGGS; TCS TO KONRAD AND WALDO; TELEPHONE CALL TO HUNTINGTON BANK |
| 3/12/02 | TRS | .50 | TELEPHONE CALL TO SHAFER; LETTER KONRAD REGARDING WEBB DEPOSITION |
| 3/13/02 | TRS | .50 | TELEPHONE CALL TO AMY SHAFER |
| 3/18/02 | LLA | .25 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING PAGINATION OF DOCUMENTS PRODUCED BY HUNTINGTON BANK |
| 3/19/02 | LLA | 2.00 | PAGINATE DOCUMENTS PRODUCED BY HUNTINGTON NATIONAL BANK AND ARRANGE FOR PHOTOCOPYING |
| 3/19/02 | TRS | .50 | LETTER TO H.T. BOGGS |
| 3/20/02 | LLA | .75 | CONFERENCE WITH THOMAS R. SCHUCK; SERVE HUNTINGTON BANK DOCUMENTS ON A SHAFER AND W. SCHROEDER; DETERMINE COST OF COPIES FOR REIMBURSEMENT BY PARTIES; MEMORANDUM TO THOMAS R. SCHUCK |
| 3/20/02 | TRS | 2.00 | LETTERS, TELEPHONE CALLS, REVIEW DOCUMENTS |
| 3/26/02 | TRS | .25 | TELEPHONE CALL TO H.T. BOGGS |

PROFESSIONAL SERVICES                                            $ 6,148.75

COSTS ADVANCED
| | | |
|--|--|--|
| 3/13/02 | TELECOPIES | 10.00 |
| 3/19/02 | POSTAGE 2/25/2002 | 22.56 |
| 3/22/02 | OUTSIDE COPYING -OVERSIZE COPIES | 47.70 |
| 3/22/02 | OUTSIDE COPYING -OVERSIZE COPIES | 23.85 |
| 3/25/02 | COPYING/PRINTING | 413.70 |
| 3/28/02 | POSTAGE - MARCH 2002 | 33.80 |
| 3/28/02 | LONG DISTANCE | 7.59 |
| | TOTAL COSTS ADVANCED | $ 559.20 |

* * * * * * * * * * * * *
THIS INVOICE TOTAL     $ 6,707.95
* * * * * * * * * * * * *

{W0593056.1}

# TAFT, STETTINIUS & HOLLISTER LLP

ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

PRIOR BALANCE ON THIS MATTER AS OF 04/30/2002:        $ .00

TOTAL BALANCE DUE ON THIS MATTER AS 0F 04/30/2002:    $ 6,707.95

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 18.50 | 275.00 | 5,087.50 |
| CRAIG R. PAULUS | .75 | 140.00 | 105.00 |
| LESLIE L. ADAMS | 11.25 | 85.00 | 956.25 |
| | 30.50 | | $ 6,148.75 |

RJT

{W0593056.1}

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

**REMITTANCE ADVICE**
**PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT**
**AND MAKE CHECK PAYABLE TO TAFT, STETTINIUS & HOLLISTER LLP**

H.T. BOGGS                                  APRIL 30, 2002
METALMART SYSTEMS, INC.                     INVOICE# 1467067
255 CENTURY BLVD.
BARTOW, FL  33830

IN RE: BOGGS, H.T.                    /BG007

| MATTER NAME | MATTER NUMBER | FEES | EXPENSES | TOTAL |
|---|---|---|---|---|
| SCOTT HUTCHISON ENTERPRISES | GN002 | 6,148.75 | 559.20 | 6,707.95 |

CURRENT INVOICE                              $ 6,707.95

BALANCE DUE FROM PREVIOUS INVOICE(S)          $ .00

TOTAL BALANCE DUE*                            $ 6,707.95

{W0593056.1}

May 31, 2002

IN ACCOUNT WITH

H.T. Boggs
MetalMart Systems, Inc.
255 Century Blvd.
Bartow, FL   33830

**PERSONAL & CONFIDENTIAL**

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31-0541788

F E E

      FOR ALL PROFESSIONAL LEGAL SERVICES rendered
in connection with Scott Hutchison Enterprises
litigation from April 1, 2002 through
April 30, 2002, as shown on the attached billing
information memo . . . . . . . . . . . . . . . . . . .$  2,517.50

D I S B U R S E M E N T S

As shown on the attached . . . . . . . . . . . . .$     45.45

                              $  2,562.95

      Unpaid Fees and Disbursements . . . . . . . .$ 25,364.47

                              $ 27,927.42

RJT:sls
BG007/GN002

H.T. BOGGS

INVOICE # 1470213
MAY 31, 2002

CLIENT NUMBER - BG007    / GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH APRIL 30, 2002

RE:  SCOTT HUTCHISON ENTERPRISES

| | | | |
|---|---|---|---|
| 4/05/02 | TRS | 2.00 | PRETRIAL, LETTER TO COUNSEL & H.T. BOGGS |
| 4/06/02 | TRS | .25 | REVIEW CORRESPONDENCE |
| 4/08/02 | TRS | .50 | TELEPHONE CALL TO TOM BOGGS |
| 4/10/02 | TRS | .25 | TELEPHONE CALL TO AMY SHAFFER REGARDING INSURANCE STAY |
| 4/26/02 | TRS | 1.00 | REVIEW CORRESPONDENCE & PLEADING |
| 4/30/02 | CRP | .50 | REVIEW OF AMENDED COMPLAINT AND DISCOVERY REQUESTS; OUTLINING MOTION TO DISMISS |
| 4/30/02 | JSJ | 1.00 | STRATEGIZE REGARDING WATER/WETLANDS EXPERT; TELEPHONE CONFERENCE WITH GRAY OF ENSAFE REGARDING SAME |
| 4/30/02 | LLA | .50 | CONFERENCE WITH CRAIG R. PAULUS REGARDING SCHEDULING ORDER; CONFERENCE WITH THOMAS R. SCHUCK; UPDATE TRIAL NOTEBOOK |
| 4/30/02 | TRS | 4.00 | REVIEW AMENDED COMPLAINT AND MOTION TO STAY, REVIEW CORRESPONDENCE, LETTERS TO REPORTER AND COUNSEL, LETTER TO HT BOGGS, TELEPHONE CALL TO KEVIN WALLS AND HT BOGGS, CONFERENCE JSS TO ARRANGE FOR EXPERT |

PROFESSIONAL SERVICES                    $ 2,517.50

COSTS ADVANCED

| | | |
|---|---|---|
| 4/10/02 | FEDERAL EXPRESS DELIVERY ON 04/03/2002 FROM THOMAS R SCHUCK TO H T BOGGS, AIRBILL#: 831913333554 | 13.53 |
| 4/24/02 | FEDERAL EXPRESS DELIVERY ON 04/18/2002 FROM H T BOGGS TO THOMAS R SCHUCK, AIRBILL#: 831913333565 | 13.53 |
| 4/26/02 | MISC.-ONLINE SERVICE FOR 1/1/02-3/31/02 | .49 |
| 4/28/02 | COPYING/PRINTING | 17.90 |

TOTAL COSTS ADVANCED                    $ 45.45

                              **************
            THIS INVOICE TOTAL    $ 2,562.95
                              **************

PRIOR BALANCE ON THIS MATTER AS OF 05/03/2002:    $ 25,364.47

TOTAL BALANCE DUE ON THIS MATTER AS OF 05/03/2002:    $ 27,927.42

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 8.00 | 275.00 | 2,200.00 |
| CRAIG R. PAULUS | .50 | 140.00 | 70.00 |
| J. STEVEN JUSTICE | 1.00 | 205.00 | 205.00 |
| LESLIE L. ADAMS | .50 | 85.00 | 42.50 |
| | 10.00 | | $ 2,517.50 |

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

H.T. BOGGS
METALMART SYSTEMS, INC.
255 CENTURY BLVD.
BARTOW, FL  33830

INVOICE # 1475647
JUNE 28, 2002

CLIENT NUMBER - BG007/GN002
FOR PROFESSIONAL SERVICES RENDERED
    THROUGH MAY 31, 2002

RE:  SCOTT HUTCHISON ENTERPRISES

| DATE | ATTY | HOURS | |
|------|------|-------|---|
| 5/01/02 | CRP | 2.75 | RESEARCH IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT |
| 5/01/02 | JSJ | .50 | CORRESPONDENCE TO GRAY REGARDING WETLANDS EXPERT |
| 5/01/02 | TRS | 1.00 | TELEPHONE CALL TO TOM BOGGS, TELEPHONE CALL TO ENSAFE, REVIEW FILE |
| 5/02/02 | TRS | .50 | REVIEW DISCOVERY, TELEPHONE CALL TO ENSAFE |
| 5/03/02 | TRS | 3.00 | DRAFT INTERROGATORIES, TELEPHONE CALLS TO COURT, TELEPHONE CALL TO ENSAFE |
| 5/07/02 | CRP | .50 | DRAFTING MOTION TO DISMISS |
| 5/07/02 | LLA | .25 | PREPARE WITNESS FILES FOR T. PLATT AND D. JALANIVICH |
| 5/07/02 | TRS | 2.50 | TELEPHONE CALLS REGARDING ENVIRONMENTAL ISSUE |
| 5/08/02 | TRS | 2.25 | REVIEW CLAIMS, TELEPHONE CALLS REGARDING ANSWER/MOTION & ENVIRONMENTAL ISSUES |
| 5/09/02 | CRP | 7.50 | RESEARCH ON REQUIREMENTS OF RULE 9 AND STATUTE OF FRAUDS AS A BOW TO CLAIMS BASED ON REPRESENTATIONS INCONSISTENT WITH THOSE CONTAINED IN THE CONTRACT; DRAFTING MOTION TO DISMISS |
| 5/09/02 | LLA | 1.00 | CONFERENCE WITH TRS AND CRP; TO USDC TO OBTAIN COMPLETE COPY OF AMENDED COMPLAINT; UPDATE PLEADING FILE AND TRIAL NOTEBOOK |
| 5/09/02 | TRS | 3.50 | TELEPHONE CALL TO WALDO, REVIEW AMENDED COMPLAINT & RESEARCH |

### TAFT, STETTINIUS & HOLLISTER LLP
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

| DATE | ATTY | HOURS | |
|------|------|-------|---|
| 5/15/02 | TRS | .50 | REVIEW EXPERT RETENTION |
| 5/16/02 | LLA | 1.00 | PREPARE EXPERT WITNESS FILE FOR ENSAFE; TO UNITED STATES DISTRICT COURT TO FILE ANSWER TO FIRST AMENDED COMPLAINT FOR THOMAS R. SCHUCK; CONFERENCE WITH THOMAS R. SCHUCK; UPDATE PLEADING FILE AND TRIAL NOTEBOOK |
| 5/16/02 | TRS | 4.00 | DRAFT ANSWER & DISCOVERY |
| 5/22/02 | TRS | .50 | TELEPHONE CALL TO TOM BOGGS & REVIEW FILE |
| 5/24/02 | TRS | .25 | TELEPHONE CALL TO MARTIN |
| 5/28/02 | TRS | 2.50 | TELEPHONE CALLS REGARDING SCHEDULING _____ AND INTERVIEWS |
| 5/29/02 | TRS | 1.00 | TELEPHONE CALL TO MARTIN, REVIEW FILE |

```
     PROFESSIONAL SERVICES                          $ 6,206.25

     COSTS ADVANCED
5/01/02    DEPOSITION/TRANSCRIPT-TRANSCRIPT COPY, EXHIBIT        110.78
           COPY AND POSTAGE FOR DEPOSITION OF H.T. BOGGS
5/09/02    WESTLAW SEARCH                                         74.00
5/09/02    WESTLAW SEARCH                                         26.00
5/28/02    COPYING/PRINTING                                       18.70
5/28/02    TELECOPIES                                             12.00
5/28/02    LONG DISTANCE                                           4.69
           TOTAL COSTS ADVANCED                          $ 246.17

                                            * * * * * * * * * * * * * *
                          THIS INVOICE TOTAL      $ 6,452.42
                                            * * * * * * * * * * * * * *


PRIOR BALANCE ON THIS MATTER AS OF 06/28/2002:        $ .00

TOTAL BALANCE DUE ON THIS MATTER AS OF 06/28/2002:     $ 6,452.42
```

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 21.50 | 221.33 | 4,758.56 |
| CRAIG R. PAULUS | 10.75 | 112.68 | 1,211.28 |
| J. STEVEN JUSTICE | .50 | 164.98 | 82.49 |
| LESLIE L. ADAMS | 2.25 | 68.41 | 153.92 |
| | 35.00 | | $ 6,206.25 |

RJT

{W0593060.1}

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

**REMITTANCE ADVICE**
**PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT**
**AND MAKE CHECK PAYABLE TO TAFT, STETTINIUS & HOLLISTER LLP**

H.T. BOGGS                                    JUNE 28, 2002
METALMART SYSTEMS, INC.                        INVOICE# 1475647
255 CENTURY BLVD.
BARTOW, FL  33830

IN RE: BOGGS, H.T.                    /BG007

| MATTER NAME | MATTER NUMBER | FEES | EXPENSES | TOTAL |
|---|---|---|---|---|
| SCOTT HUTCHISON ENTERPRISES | GN002 | 6,206.25 | 246.17 | 6,452.42 |

CURRENT INVOICE                                 $ 6,452.42

BALANCE DUE FROM PREVIOUS INVOICE(S)              $ .00

TOTAL BALANCE DUE*                              $ 6,452.42

{W0593060.1}

July 31, 2002

IN ACCOUNT WITH

H.T. Boggs
MetalMart Systems, Inc.
255 Century Blvd.
Bartow, FL   33830

**PERSONAL & CONFIDENTIAL**

**TAFT, STETTINIUS & HOLLISTER LLP**

ATTORNEYS AT LAW
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31-0641755

<u>F E E</u>

FOR ALL PROFESSIONAL LEGAL SERVICES rendered
in connection with Scott Hutchison Enterprises
litigation from June 1, 2002 through
June 30, 2002, as shown on the attached billing
information memo . . . . . . . . . . . . . . . .$  6,061.25

<u>D I S B U R S E M E N T S</u>

As shown on the attached . . . . . . . . . . . . .$    109.90

$  6,171.15

RJT:sls
BG007/GN002

```
H.T. BOGGS                                    INVOICE # 1481997
255 CENTURY BLVD.                             JULY 3, 2002
BARTOW, FL  33830

CLIENT NUMBER - BG007      / GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH JUNE 30, 2002

RE:  SCOTT HUTCHISON ENTERPRISES
```

| Date | Atty | Hours | Description |
|---|---|---|---|
| 6/05/02 | LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK REGARDING POTENTIAL WITNESSES AND PREPARE WITNESS FILES; LOCATE, COPY AND DELIVER TO THOMAS R. SCHUCK A COPY OF DEED FROM YELLOW FREIGHT TO THADDEUS AND GLENDA BLATT |
| 6/05/02 | TRS | 3.00 | TELEPHONE CALLS REGARDING EXPERT EXAMINATION & CASE DEVELOPMENT, TELEPHONE CALL TO DAN KONRAD |
| 6/06/02 | TRS | 2.00 | TELEPHONE CALLS TO COURT REGARDING SCHEDULING, TELEPHONE CALLS REGARDING EXPERT EXAM, LETTER COUNSEL |
| 6/11/02 | TRS | 13.00 | TRAVEL TO HUNTINGTON TO EXAMINE PROPERTY |
| 6/12/02 | TRS | .50 | TELEPHONE CALL REGARDING HEARING |
| 6/13/02 | LLA | .25 | REVIEW WITNESS INFORMATION REGARDING RAYMOND BAILEY AND DANIEL KONRAD; PREPARE WITNESS FILES |
| 6/14/02 | LLA | .25 | REVIEW PRIVILEGED DOCUMENT FROM HT BOGGS TO K. WALDO; PREPARE PRIVILEGE LOG; UPDATE PLEADING FILE |
| 6/14/02 | TRS | 1.00 | TELEPHONE CALL TO H.T. BOGGS, DISCOVERY |
| 6/24/02 | LLA | .25 | CONFERENCE WITH THOMAS R. SCHUCK; REVIEW WITNESS FILES; FORWARD FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS OF DEWEY JALANOVICH AND RAY BAILEY FOR USE IN INTERROGATORIES |
| 6/25/02 | TRS | 1.00 | DRAFT ANSWER TO INTERROGATORIES |
| 6/26/02 | LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK; RECEIPT AND REVIEW ENSAFE REPORT REGARDING WETLANDS LOCATED ON HUTCHISON PROPERTY |
| 6/26/02 | TRS | 1.00 | INTERROGATORIES & LETTER |

```
     PROFESSIONAL SERVICES                        $ 6,061.25
```

COSTS ADVANCED

| | | |
|---|---|---:|
| 6/12/02 | FEDERAL EXPRESS DELIVERY ON 06/07/2002 FROM THOMAS R SCHUCK ESQ TO RICHARD D MARTIN P G, AIRBILL#: 831913333381 | 12.11 |
| 6/16/02 | TELECOPIES | 4.00 |
| 6/24/02 | LONG DISTANCE | 3.09 |
| 6/26/02 | COPYING/PRINTING | 90.70 |

TOTAL COSTS ADVANCED                          $ 109.90

```
                              **************
            THIS INVOICE TOTAL    $ 6,171.15
                              **************
```

PRIOR BALANCE ON THIS MATTER AS OF 07/03/2002:     $ 6,452.42

TOTAL BALANCE DUE ON THIS MATTER AS 0F 07/03/2002:     $ 12,623.57

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| THOMAS R. SCHUCK | 21.50 | 275.00 | 5,912.50 |
| LESLIE L. ADAMS | 1.75 | 85.00 | 148.75 |
| | 23.25 | | $ 6,061.25 |

```
H.T. BOGGS                                    INVOICE # 1487717
255 CENTURY BLVD.                             AUGUST 8, 2002
BARTOW, FL  33830
```

CLIENT NUMBER - BG007     / GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH JULY 31, 2002

RE:  SCOTT HUTCHISON ENTERPRISES

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 7/01/02 | LLA | .25 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK |
| 7/02/02 | TRS | .25 | LETTER TO SCHROEDER |
| 7/03/02 | LLA | .50 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK; PREPARE WITNESS FILE FOR RHODES, INC. AND REVIEW OF WITNESS MATERIALS |
| 7/03/02 | TRS | .25 | LETTER MARTIN |
| 7/15/02 | LLA | .25 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK |
| 7/15/02 | TRS | .50 | TELEPHONE CALL TO TOM BOGGS |
| 7/17/02 | LLA | 3.50 | PREPARE INDEX TO DOCUMENTS PRODUCED BY SCOTT HUTCHISON (1.50); BEGIN PREPARATION OF INDEX TO DOCUMENTS PRODUCED BY HUNTINGTON NATIONAL BANK (2.00) |
| 7/18/02 | LLA | 2.00 | CONTINUE PREPARATION OF INDEX TO DOCUMENTS PRODUCED BY HUNTINGTON NATIONAL BANK |
| 7/22/02 | LLA | 4.00 | CONTINUE PREPARATION OF INDEX TO DOCUMENTS PRODUCED BY HUNTINGTON NATIONAL BANK |
| 7/22/02 | TRS | .25 | TELEPHONE CALL TO H.T. BOGGS |
| 7/23/02 | LLA | .50 | CONFERENCE WITH THOMAS R. SCHUCK; LETTER TO K. WALDO AND HT BOGGS FORWARDING ORDER EXTENDING STAY |
| 7/24/02 | LLA | 2.75 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK (.25); COMPLETE INDEX OF DOCUMENTS PRODUCED BY HUNTINGTON NATIONAL BANK (1.00); PREPARE INDEX OF DOCUMENTS PRODUCED BY BOGGS (1.50) |
| 7/25/02 | LLA | .25 | UPDATE PLEADING FILE AND TRIAL NOTEBOOK |

    PROFESSIONAL SERVICES                              $ 1,533.75

    COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 7/18/02 | FEDERAL EXPRESS DELIVERY ON 06/28/2002 FROM THOMAS R SCHUCK/H T BOGGS TO 425 WALNUR ST SUITE 1800, AIRBILL#: 831913333500 | 9.61 |
| 7/29/02 | COPYING/PRINTING | 13.80 |

    TOTAL COSTS ADVANCED                               $ 23.41
                                                 * * * * * * * * * * * * * *
                         THIS INVOICE TOTAL        $ 1,557.16
                                                 * * * * * * * * * * * * * *
PRIOR BALANCE ON THIS MATTER AS OF 08/08/2002:    $ 6,171.15

TOTAL BALANCE DUE ON THIS MATTER AS OF 08/08/2002:  $ 7,728.31

              SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 1.25 | 275.00 | 343.75 |
| LESLIE L. ADAMS | 14.00 | 85.00 | 1,190.00 |
| | 15.25 | | $ 1,533.75 |

September 30, 2002

H.T. Boggs
MetalMart Systems, Inc.
255 Century Blvd.
Bartow, FL   33830

**PERSONAL & CONFIDENTIAL**

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**

ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

---

### F E E

FOR ALL PROFESSIONAL LEGAL SERVICES rendered
in connection with Scott Hutchison Enterprises
litigation from August 1, 2002 through August 31, 2002,
as shown on the attached billing information memo. . .$     351.25

### D I S B U R S E M E N T S

As shown on the attached . . . . . . . . . . . . . . .$       3.90

Unpaid Fees & Disbursements . . . . . . . . . .$  1,557.16

$  1,912.31

RJT:sls
BG007/GN002

```
H.T. BOGGS                                    INVOICE # 1493298
METALMART SYSTEMS, INC.                       SEPTEMBER 6, 2002
255 CENTURY BLVD.
BARTOW, FL  33830

CLIENT NUMBER - BG007        / GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH AUGUST 31, 2002

RE:  SCOTT HUTCHISON ENTERPRISES

    8/09/02 LDW    .50   CONFERENCE CALL WITH T. SHUCK AND KEVIN WALDO
    8/12/02 TRS    .25   TELEPHONE CALL TO H.T. BOGGS
    8/16/02 TRS    .50   LETTER WALDO, REVIEW LEASE


        PROFESSIONAL SERVICES                          $ 351.25


        COSTS ADVANCED

    8/02/02    MISC.-ONLINE SERVICE FOR 4/1/02-6/30/02           .42
    8/12/02    LONG DISTANCE                                     .93
    8/28/02    COPYING/PRINTING                                 2.55

        TOTAL COSTS ADVANCED                           $ 3.90

                                       ***************
                    THIS  INVOICE  TOTAL     $ 355.15
                                       ***************

    PRIOR BALANCE ON THIS MATTER AS OF 09/06/2002:      $ 1,557.16

    TOTAL BALANCE DUE ON THIS MATTER AS 0F 09/06/2002:   $ 1,912.31
```

```
              SUMMARY OF PROFESSIONAL SERVICES
        ATTORNEY/PARALEGAL              HOURS      RATE        AMOUNT

        LAWRENCE D. WALKER               .50      290.00       145.00
        THOMAS R. SCHUCK                 .75      275.00       206.25

                                        1.25                 $ 351.25
```

```
H.T. BOGGS                                INVOICE # 1499862
METALMART SYSTEMS, INC.                   OCTOBER 3, 2002
255 CENTURY BLVD.
BARTOW, FL  33830

CLIENT NUMBER - BG007      / GN002

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH SEPTEMBER 30, 2002

RE:  SCOTT HUTCHISON ENTERPRISES

     9/04/02 TRS    .25    TELEPHONE CALL TO BILL SCHROEDER
     9/06/02 TRS    .25    TELEPHONE CALL TO H.T.
     9/17/02 TRS   2.00    STATUS CONFERENCE, REVISE
     9/17/02 TRS    .25    LETTER H.T. BOGGS
     9/18/02 LLA    .50    CONFERENCE WITH THOMAS R. SCHUCK; DETERMINE TOTAL
                           NUMBER OF PAGES PRODUCED IN DISCOVERY BY H. T. BOGGS;
                           ASSEMBLE EXHIBITS TO MOTION TO COMPEL
     9/18/02 TRS   2.00    DRAFT MOTION TO COMPEL
     9/20/02 LLA    .50    CONFERENCE WITH THOMAS R. SCHUCK REGARDING MOTION TO
                           COMPEL AND AFFIDAVIT IN SUPPORT; REVIEW AFFIDAVIT TO
                           DETERMINE MISSING EXHIBITS
     9/26/02 LLA   1.50    ASSEMBLE AND MARK EXHIBITS TO AFFIDAVIT IN SUPPORT OF
                           MOTION TO COMPEL DISCOVERY RESPONSES FROM SCOTT
                           HUTCHISON ENTERPRISES; PREPARE MOTION AND AFFIDAVIT FOR
                           FILING; LETTER TO K. WALDO AND HT BOGGS FORWARDING
                           COURTESY COPIES; PREPARE COPIES FOR SERVICE ON ALL
                           PARTIES OF INTEREST; CONFERENCE WITH THOMAS R. SCHUCK,
                           VERNON A. NAYLES AND BARBARA HOLLIN REGARDING STATUS
     9/27/02 VN     .50    DISTRICT COURT TO FILE MOTION TO COMPEL
     9/30/02 LLA    .25    CONFERENCE WITH THOMAS R. SCHUCK AND VERNON A. NAYLES
                           REGARDING STATUS OF MOTION TO COMPEL DISCOVERY; RECEIPT
                           AND REVIEW DATE-STAMPED MOTION

        PROFESSIONAL SERVICES                          $ 1,587.50
```

```
        COSTS ADVANCED

  9/11/02    TELECOPIES                                1.00
  9/16/02    LONG DISTANCE                              .11
  9/26/02    COPYING/PRINTING                         25.95

        TOTAL COSTS ADVANCED                      $ 27.06
```

```
                                  * * * * * * * * * * * * *
               THIS INVOICE TOTAL      $ 1,614.56
                                  * * * * * * * * * * * * *
```

PRIOR BALANCE ON THIS MATTER AS OF 10/03/2002:      $ 1,912.31

TOTAL BALANCE DUE ON THIS MATTER AS OF 10/03/2002:   $ 3,526.87

```
              SUMMARY OF PROFESSIONAL SERVICES
  ATTORNEY/PARALEGAL            HOURS      RATE          AMOUNT

  THOMAS R. SCHUCK              4.75     275.00        1,306.25
  LESLIE L. ADAMS              2.75      85.00          233.75
  VERNON NAYLES                 .50      95.00           47.50

                               8.00                 $ 1,587.50
```

November 27, 2002

H.T. Boggs
MetalMart Systems, Inc.
255 Century Blvd.
Bartow, FL   33830

**PERSONAL & CONFIDENTIAL**

IN ACCOUNT WITH

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

F E E

      FOR ALL PROFESSIONAL LEGAL SERVICES rendered
in connection with Scott Hutchison Enterprises
matter from October 1, 2002 through October 31, 2002,
as shown on the attached billing information memo. . .$   555.00

D I S B U R S E M E N T S

As shown on the attached . . . . . . . . . . . . . .$    75.65

                                             $   630.65

RJT:sls
BG007/GN002

```
H.T. BOGGS                                    INVOICE # 1505719
METALMART SYSTEMS, INC.                       NOVEMBER 27, 2002
255 CENTURY BLVD.
BARTOW, FL  33830

CLIENT NUMBER - BG007      / GN002

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH OCTOBER 31, 2002

RE:  SCOTT HUTCHISON ENTERPRISES

     10/01/02 LLA    .25   UPDATE PLEADING FILE AND TRIAL NOTEBOOK
     10/08/02 TRS    .50   REVIEW DISCOVERY RESPONSES & LETTER TO SCHROEDER
     10/15/02 LLA    .75   UPDATE TRIAL NOTEBOOK; CONFERENCE WITH THOMAS R.
                           SCHUCK; TO UNITED STATES DISTRICT COURT TO FILE REPLY
                           IN SUPPORT OF MOTION TO COMPEL; PHOTOCOPY AND SERVE ON
                           ALL PARTIES OF INTEREST; TRANSMIT LETTER TO C. MCDOWELL
                           REGARDING PROPOSED SETTLEMENT
     10/15/02 TRS   1.00   RESPOND TO MEMO REGARDING MOTION TO COMPEL, LETTER TO
                           BOGGS, REVIEW DISCOVERY
     10/23/02 LLA    .25   UPDATE PLEADING FILE AND TRIAL NOTEBOOK
     10/28/02 CRP    .25   REVIEW OF DISCOVERY RESPONSES BY PLAINTIFF; PLAINTIFF'S
                           RESPONSE TO RHODES' MOTION TO STAY REVISED JOINT PLAN,
                           BOGGS' DISCOVERY RESPONSES AND OTHER CORRESPONDENCE


          PROFESSIONAL SERVICES                        $ 555.00

          COSTS ADVANCED

     10/01/02    MISC.-CELLULAR PHONE CHARGES               36.56
     10/01/02    MISC.-CELLULAR PHONE CHARGES               36.56
     10/01/02    MISC.-CELLULAR PHONE CHARGES              -36.56
     10/29/02    POSTAGE / OCTOBER                           4.89
     10/30/02    COPYING/PRINTING                           34.20

          TOTAL COSTS ADVANCED                         $ 75.65
                                                  ***************
                     THIS INVOICE TOTAL            $ 594.09
                                                  ***************
     PRIOR BALANCE ON THIS MATTER AS OF 11/06/2002:    $ 1,614.56

     TOTAL BALANCE DUE ON THIS MATTER AS OF 11/06/2002:    $ 2,208.65

              SUMMARY OF PROFESSIONAL SERVICES
```

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | 1.50 | 275.00 | 412.50 |
| CRAIG R. PAULUS | .25 | 145.00 | 36.25 |
| LESLIE L. ADAMS | 1.25 | 85.00 | 106.25 |
| | 3.00 | | $ 555.00 |

December 31, 2002

H.T. Boggs
MetalMart Systems, Inc.
255 Century Blvd.
Bartow, FL  33830

**IN ACCOUNT WITH**

**TAFT, STETTINIUS & HOLLISTER LLP**
ATTORNEYS AT LAW
425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838

TAXPAYER I.D. NUMBER: 31 0541755

**PERSONAL & CONFIDENTIAL**

F E E

      FOR ALL PROFESSIONAL LEGAL SERVICES rendered
in connection with Scott Hutchison Enterprises
matter from November 1, 2002 through November
30, 2002, as shown on the attached billing
information memo. . . . . . . . . . . . . . . . . .$   158.75

D I S B U R S E M E N T S

As shown on the attached . . . . . . . . . . . . . .$     1.80

                                 $   160.55

RJT:sls
BG007/GN002

```
H.T. BOGGS                                INVOICE # 1511262
METALMART SYSTEMS, INC.                      DECEMBER 31,
2002
255 CENTURY BLVD.
BARTOW, FL  33830
```

CLIENT NUMBER - BG007      / GN002

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH NOVEMBER 30, 2002

RE:  SCOTT HUTCHISON ENTERPRISES

    11/05/02 LLA   .25   UPDATE PLEADING FILE AND TRIAL NOTEBOOK
    11/06/02 TRS   .50   TELEPHONE CALL TO H.T. BOGGS


    PROFESSIONAL SERVICES                          $ 158.75


    COSTS ADVANCED

11/19/02   COPYING/PRINTING                              1.80

    TOTAL COSTS ADVANCED                         $ 1.80

                           **************
             THIS INVOICE TOTAL     $ 160.55
                           **************

    PRIOR BALANCE ON THIS MATTER AS OF 12/12/2002:     $ .00

    TOTAL BALANCE DUE ON THIS MATTER AS OF 12/12/2002:    $ 160.55



        SUMMARY OF PROFESSIONAL SERVICES
ATTORNEY/PARALEGAL

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| THOMAS R. SCHUCK | .50 | 275.00 | 137.50 |
| LESLIE L. ADAMS | .25 | 85.00 | 21.25 |
| | .75 | | $ 158.75 |