UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchison Enterprises, Inc., et al., | : | Civil Action No. C-1-01-776 |
| | : | |
| Plaintiffs | : | Judge Weber |
| | : | |
| v. | : | **AFFIDAVIT OF DANIEL J. KONRAD** |
| | : | **IN SUPPORT OF DEFENDANT** |
| Rhodes, Inc., et al., | : | **BOGGS' MOTION FOR SUMMARY** |
| | : | **JUDGMENT AGAINST DEFENDANTS** |
| Defendants | : | **RHODES, ZIMMER, AND GEISLER** |

Defendant H.T. Boggs hereby submits the attached affidavit of Daniel J. Konrad in support of his motion for summary judgment against Defendants Rhodes, Zimmer, and Geisler (doc. no. 151).

Respectfully submitted,

_____
Thomas R. Schuck (0005336)
Trial Attorney for Defendant H.T. Boggs
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838

{W0595867.1}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing Affidavit of Daniel J. Konrad in Support of Defendant Boggs' Motion for Summary Judgment Against Rhodes, Zimmer, and Geisler upon the following counsel of record and unrepresented parties electronically or by regular United States mail, postage prepaid this 10th day of February, 2006.

_____
Thomas R. Schuck

William P. Schroeder, Esq.
11935 Mason Road, Suite 100
Cincinnati, Ohio 45249
Attorney for Plaintiffs

E. David Marshall, Esq.
271 West Short Street, Suite 111
Lexington, Kentucky 40507

James M. Zimmer, *pro se*
3164 Roxbury Drive
Lexington, Kentucky 40503

H. Jack Geisler, *pro se*
33868 Moundview Court
Lexington, Kentucky 40502

{W0595867.1}

## AFFIDAVIT OF DANIEL J. KONRAD

COUNTY OF CABELL            )
                            ) ss:
STATE OF WEST VIRGINIA      )

Daniel J. Konrad, having first been duly cautioned and sworn, states as follows:

1. I am an attorney admitted to practice law in the State of West Virginia and a partner in the law firm of Huddleston Bolen, LLP in Huntington, West Virginia, and have rendered legal services to H.T. Boggs, a defendant in Civil Action No. C-1-01-776, pending in the United States District Court for the Southern District of Ohio, in which capacity I have personal knowledge and am competent to testify with respect to the matters set forth herein.

2. Attached hereto are copies of the statements of attorney's fees and expenses which my law firm rendered to Mr. Boggs through August 31, 2005 in connection with our representation of him with respect to this litigation. These fees and expenses were actually and necessarily incurred on his behalf, and he has paid them.

Further affiant sayeth naught.

_____
Daniel J. Konrad

Sworn to and subscribed before me this 20th day of December, 2005.

_____
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CYNTHIA G. DePRIEST
Huddleston Bolen LLP
611 THIRD AVENUE
HUNTINGTON, WV 25701
My Commission Expires April 6, 2010

{W0595899.1}

## H. T. Boggs / General (100925.0001)

| Date | TKPR Name | Billed Amt | Bl Hrs | Narrative |
|---|---|---|---|---|
| 06/10/03 | KONRAD, DANIEL | $232.50 | 1.50 | General Services - telephone conference with Tom Schuck; review expert appraiser; contact with B. Withers regarding expert witness |
| 06/11/03 | HOLLAND (HUNT), DEBORAH | $300.00 | 4.00 | Research - Ironton, Ohio regarding Scott Hutchison suit. |
| 06/12/03 | HOLLAND (HUNT), DEBORAH | $75.00 | 1.00 | General Services regarding Scott Hutchison; review of assessor's cards. |
| 06/17/03 | KONRAD, DANIEL | $155.00 | 1.00 | General Services - review results of Lawrence County records search with D. Holland |
| 06/17/03 | HOLLAND (HUNT), DEBORAH | $112.50 | 1.50 | Conference with Dan Konrad; preparation of summary memo. |
| 06/18/03 | HOLLAND (HUNT), DEBORAH | $150.00 | 2.00 | Research Lawrence County, Ohio records. |
| 06/23/03 | BROWN, TAMMY D. | $30.00 | 0.50 | Telephone Conference with Craig Paulus' office regarding subpoena attachment; revise attachment; arrange for service |
| 06/25/03 | BROWN, TAMMY D. | $15.00 | 0.25 | Receipt and review of proof of service; letter to Craig Paulus transmitting the same |
| 07/15/03 | KONRAD, DANIEL | $193.75 | 1.25 | General Services - telephone conference with T. Schuck |
| 08/08/03 | KONRAD, DANIEL | $387.50 | 2.50 | General Services - conference with appraiser; review prior appraisals |
| 08/18/03 | PLYBON, CHRISTOPHER | $77.50 | 0.50 | General Services - Telephone conferences with T. Shuck; review questions raised |
| 08/19/03 | PLYBON, CHRISTOPHER | $38.75 | 0.25 | General Services - Telephone conference with T. Shuck re: depositions |
| 09/05/03 | KONRAD, DANIEL | $170.50 | 1.10 | General Services - telephone conference with T. Schuck; review all issues |
| 09/11/03 | BROWN, TAMMY D. | $60.00 | 1.00 | Receipt and review of subpoenas; arrange for service; confirmation of court reporter; various telephone conferences regarding service of subpoenas |
| 09/15/03 | BROWN, TAMMY D. | $15.00 | 0.25 | Telephone Conference with L. Dean Schwartz; arrange service of process |
| 09/15/03 | KONRAD, DANIEL | $201.50 | 1.30 | General Services - telephone conference with T. Schuck; telephone conference with Mr. McDaniel |
| 09/17/03 | BROWN, TAMMY D. | $30.00 | 0.50 | Receipt and review of correspondence from Mr. Adams; letter to Leslie Adams transmitting subpoenas and proofs of service |
| 09/17/03 | KONRAD, DANIEL | $31.00 | 0.20 | General Services - review letter from McDaniel; forward same to Mr. Schuck |
| 10/01/03 | KONRAD, DANIEL | $155.00 | 1.00 | General Services - telephone conference with T. Schuck; review various fax correspondence from T. Schuck |
| 10/03/03 | BROWN, TAMMY D. | $15.00 | 0.25 | Telephone Conference with Leslie Adams regarding upcoming depositions; conference regarding the same |
| 10/03/03 | KONRAD, DANIEL | $170.50 | 1.10 | General Services - preparation for depositions - issues regarding depositions or delay in same and attendance by various parties |
| 10/06/03 | KONRAD, DANIEL | $310.00 | 2.00 | General Services - review deposition issues of Mr. Kilen with Mr. Schuck; telephone conference with H.T. Boggs |
| 10/07/03 | KONRAD, DANIEL | $294.50 | 1.90 | General Services - conference with T. Schuck; review matters related to deposition of bank officer; telephone conference with T. Boggs; telephone conference with K. Waldo |
| 10/08/03 | KONRAD, DANIEL | $155.00 | 1.00 | General Services - conference with T. Schuck; review deposition matter related to S. Hutchson |
| 10/09/03 | KONRAD, DANIEL | $387.50 | 2.50 | General Services - conferences with Mr. Schuck regarding depositions of Mr. Hutchison and Mrs. Hutchison; telephone conference with Mr. Boggs |
| 10/10/03 | KONRAD, DANIEL | $465.00 | 3.00 | General Services - review with Mr. Schuck depositions of appraisers; travel to and subsequent inspection of property in question; telephone conference with Mr. Boggs regarding same. |
| 10/13/03 | KONRAD, DANIEL | $139.50 | 0.90 | General Services - telephone conference with H.T. Boggs; review litigation issues |
| 10/15/03 | KONRAD, DANIEL | $310.00 | 2.00 | General Services - research: Ohio law on Wetlands and representations |
| 10/23/03 | BROWN, TAMMY D. | $30.00 | 0.50 | Draft objection to subpoena |
| 10/23/03 | KONRAD, DANIEL | $325.50 | 2.10 | Conferences with Mr. Schuck |
| 10/28/03 | KONRAD, DANIEL | $232.50 | 1.50 | General Services - conference with T. Schuck |
| 10/29/03 | KONRAD, DANIEL | $77.50 | 0.50 | General Services - brief conference with Mr. Schuck |
| 11/11/03 | BROWN, TAMMY D. | $30.00 | 0.50 | Receipt and review of correspondence; arrange for service of subpoena |
| 11/11/03 | BROWN, TAMMY D. | $15.00 | 0.25 | Telephone Conference with Mr. Stephen's wife regarding service of subpoena |
| 11/12/03 | BROWN, TAMMY D. | $30.00 | 0.50 | Conference regarding service of process; letter to Mr. Schuck transmitting proof of service |
| 11/13/03 | KONRAD, DANIEL | $387.50 | 2.50 | General Services - review issues related to trial |
| 11/26/03 | KONRAD, DANIEL | $232.50 | 1.50 | General Services - review Meeting Minutes and other matters |

| Date | Name | Amount | Hours | Description |
|---|---|---|---|---|
| 12/10/03 | KONRAD, DANIEL | $232.50 | 1.50 | General Services - review and revise deposition testimony |
| 02/24/04 | KONRAD, DANIEL | $155.00 | 1.00 | General Services - review Summary Judgment Motion |
| 06/04/04 | KONRAD, DANIEL | $232.50 | 1.50 | General Services - review Summary Judgment motion; response and replys |
| TOTALS | | $6,658.00 | 50.10 | |

H. T. Boggs Company, Inc. / General (16104.0001)

| Date | Attorney | Amount | Hours | Description |
|---|---|---|---|---|
| 01/21/02 | KONRAD, DANIEL | $487.50 | 3.90 | Telephone Conference with H. T. Boggs; Telephone Conference with T. Schuck; Review file; Research federal statutes |
| 02/04/02 | KONRAD, DANIEL | $300.00 | 2.40 | General Services - conference with H.T. Boggs and T. Schuck regarding Hutchinson problem. |
| 02/05/02 | KONRAD, DANIEL | $187.50 | 1.50 | General Services - Telephone conference with T. Schuck regarding planning and file review. |
| 02/15/02 | KONRAD, DANIEL | $187.50 | 1.50 | Extended telephone conference with T. Schuck; review information. |
| 02/20/02 | KONRAD, DANIEL | $312.50 | 2.50 | Telephone conversation with T. Schuck; telephone conference with Keith Webb; review document. |
| 02/21/02 | KONRAD, DANIEL | $25.00 | 0.20 | Telephone conference with T. Boggs. |
| 02/22/02 | KONRAD, DANIEL | $37.50 | 0.30 | General Services - Telephone conference with T. Schuck. |
| 02/28/02 | KONRAD, DANIEL | $93.75 | 0.75 | General Services - Review material forwarded by Mr. Schuck. |
| 03/05/02 | KONRAD, DANIEL | $93.75 | 0.75 | Review documents forwarded by M. Klein. |
| 06/05/02 | KONRAD, DANIEL | $125.00 | 1.00 | General Services - telephone conference with Tom Schuck. |
| 06/07/02 | KONRAD, DANIEL | $187.50 | 1.50 | General Services - telephone conference with H.T. Boggs and Schuck. |
| 06/10/02 | KONRAD, DANIEL | $437.50 | 3.50 | General Services - conference with Mr. Boggs; review records of Boggs Landing Inc. |
| 06/11/02 | KONRAD, DANIEL | $737.50 | 5.90 | General Services - conference with Cincinnati counsel; view site with Mr. Boggs and counsel |
| 07/02/02 | KONRAD, DANIEL | $93.75 | 0.75 | General Services - review expert report |
| 01/16/03 | KONRAD, DANIEL | $62.50 | 0.50 | General Services - telephone conference with T. Schuck regarding review possible settlement options and opportunities |
| 01/17/03 | KONRAD, DANIEL | $137.50 | 1.10 | General Services - review and analyze settlement issues |
| 08/22/05 | KONRAD, DANIEL | $125.00 | 1.00 | General Services - review decisions of Federal Court wholly favorable to Tom Boggs (Hutchinson) |

TOTALS