UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Scott Hutchinson Enterprises, Inc., et al., : | | Civil Action No. C-1-01-776 |
| Plaintiffs | : | Judge Weber |
| v. | : | **PLAINTIFFS' SUPPLEMENTAL** |
| Rhodes, Inc., et al., | : | **AND AMENDED CERTIFICATE OF** |
| | | **SERVICE OF PLEADINGS** |
| Defendants. | : | |

Plaintiffs hereby Supplement and Amended the Certificates of Service of their Motion for Summary Judgment (doc. 149 filed 2-10-06) and the Affidavit of W. Scott Hutchison (doc. 150 filed 2-10-06) to add parties served by regular mail as follows:

### SUPPLEMENTAL AND AMENDED CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the Plaintiffs' Motion for Summary Judgment, (doc. 149) and the Affidavit of W. Scott Hutchison (doc. 150) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: E. David Marshall at edavidm@iglou.com; Gayle Benner McGrath at gmcgrath@wyattfirm.com; and Thomas Robert Schuck at schuck@taftlaw.com and further;

**I hereby certify that on February 13, 2006 I have mailed by United States Postal Service the same documents and a copy of this Supplemental and Amended Certificate of Service following non-CM/ECF participants:**

Kevin J. Waldo, 413 Center Street, Ironton, OH 45638-1505; E. Christine Lewis, Wyatt Tarrant & Combs, LLP, 250 West Main Street, Suite 1600, Lexington, KY 40507-1746; W. Craig Robertson, Wyatt Tarrant & Combs, LLP, 250 West Main Street, Suite 1600, Lexington, KY 40507-1746; and M. Bradford Sanders, Sanders & Associates, 9122 Montgomery Road, Suite 201, Montgomery, OH 45242, and also to the following:

E. David Marshall, Esq.
271 West Short Street, Suite 111
Lexington, Kentucky 40507
Attorney for Defendant Rhodes, Inc.,
Rhodes Incorporated, and Rhodes &
Associates, Inc.

James M. Zimmer, *pro se*
3164 Roxbury Drive
Lexington, Kentucky 40503

H. Jack Geisler, *pro se*
33868 Moundview Court
Lexington, Kentucky 40502

    Respectfully submitted,

    ***/s/ William P. Schroeder***
    William P. Schroeder (#0027123)
    Attorney for Plaintiff, Scott Hutchison
    Schroeder, Maundrell, Barbiere & Powers
    11935 Mason Road, Suite 110
    Cincinnati, OH 45249
    513-583-4211
    513-583-4203 facsimile
    bschroeder@smbplaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2006, I electronically filed the Plaintiffs' **SUPPLEMENTAL AND AMENDED CERTIFICATE OF SERVICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: E. David Marshall at edavidm@iglou.com; Gayle Benner McGrath at gmcgrath@wyattfirm.com; and Thomas Robert Schuck at schuck@taftlaw.com and further;

**I hereby certify further that on February 13, 2006 I have mailed by United States Postal Service a copy of this Supplemental and Amended Certificate of Service to the following non-CM/ECF participants:**

Kevin J. Waldo, 413 Center Street, Ironton, OH 45638-1505; E. Christine Lewis, Wyatt Tarrant & Combs, LLP, 250 West Main Street, Suite 1600, Lexington, KY 40507-1746; W. Craig Robertson, Wyatt Tarrant & Combs, LLP, 250 West Main Street, Suite 1600, Lexington, KY 40507-1746; and M. Bradford Sanders, Sanders & Associates, 9122 Montgomery Road, Suite 201, Montgomery, OH 45242, and also to the following:

E. David Marshall, Esq.
271 West Short Street, Suite 111
Lexington, Kentucky 40507
Attorney for Defendant Rhodes, Inc.,
Rhodes Incorporated, and Rhodes &
Associates, Inc.

James M. Zimmer, *pro se*
3164 Roxbury Drive
Lexington, Kentucky 40503

H. Jack Geisler, *pro se*
33868 Moundview Court
Lexington, Kentucky 40502

    Respectfully submitted,
    ***/s/ William P. Schroeder***
    William P. Schroeder (#0027123)
    Attorney for Plaintiff, Scott Hutchison
    Schroeder, Maundrell, Barbiere & Powers
    11935 Mason Road, Suite 110
    Cincinnati, OH 45249
    513-583-4211
    513-583-4203 facsimile
    bschroeder@smbplaw.com