OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
100 EAST FIFTH STREET, ROOM 103
**CINCINNATI, OHIO 45202**

OFFICIAL BUSINESS

NOTIFY SENDER OF NEW ADDRESS
:RHODES INCORPORATED
PO BOX 24080
LEXINGTON KY 40524-4080    *0115-07250-01-

BC: 405244080080

403  N1  1 905 C 34 02/08/06

CERTIFIED MAIL

NIXIE    403    1    34 02/26/06

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 45202397699    *0115-07250-01-44

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Larry Rhodes
    Rhodes & Assoc.
    115 Eisenhower Ct.
    Nicholson, KY 40356

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                      ☐ Agent
                                          ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7002 0860 0000 1408 9672

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Larry Rhodes
Rhodes & Assoc.
115 Eisenhower Court
Nicholson, KY 40356

**RECEIVED**

FEB 2 8 2006

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCOTT HUTCHISON,
    Plaintiff,

v.

RHODES INC., et al,
    Defendant

Case No.: C-1-01-776

( Judge Herman J. Weber)

## ORDER

Pursuant to the record established at the Conference held on January 31, 2006. The Motion to Withdraw (#141) as amended on the record is hereby GRANTED.

W. Craig Robertson, E. Christine Lewis, Gayle Benner McGrath and the law firm of Wyatt, Tarrant & Combs LLP are hereby permitted to withdraw as counsel of record for Defendants James M. Zimmer and H. Jack Geisler.

**IT IS SO ORDERED.**

                            S/Herman J. Weber
                            Herman J. Weber, Senior Judge
                            United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCOTT HUTCHISON,
    Plaintiff,

v.

RHODES INC., et al,
    Defendant

Case No.: C-1-01-776

( Judge Herman J. Weber)

### ORDER

Pursuant to the record established at the Conference held on January 31, 2006.

Attorney E. David Marshall has advised the Court that he will continue with his representation of Defendant Rhodes Inc.

Counsel of record has also advised the Court that their is no opposition to the Motion to Withdraw (#138) filed by attorney M. Bradford Sanders.

Therefore, the Motion to Withdraw (#138) is hereby GRANTED.

M. Bradford Sanders is hereby permitted to withdraw as local counsel for the Rhodes Defendants.

Parties are hereby notified that the hearing scheduled for Tuesday, February 7, 2006 is CANCELLED.

The Clerk of Courts shall send a copy of this Order to Larry Rhodes by certified and regular mail.

**IT IS SO ORDERED.**

                                                S/Herman J. Weber
                                                Herman J. Weber, Senior Judge
                                                United States District Court