IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| SCOTT HUTCHISON, | : | Case No.: C-1-01-776 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| RHODES, INC., et al, | : |  |
| Defendant | : |  |
|  | : |  |

**ORDER**

The Joint Request (#158) for Modification of the Scheduling Order is GRANTED. Parties are advised that Trial in the above styled case is RESCHEDULED to the August 2005 trial term. Counsel shall file their Joint Pretrial Order on or before July 7, 2006.

**IT IS SO ORDERED.**

                                                  _____s/Herman J. Weber_____
                                                  Herman J. Weber, Senior Judge
                                                  United States District Court