## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Scott Hutchison Enterprises, Inc., et al.　　:　　CASE NO: C-1-01-776

　　　　　　Plaintiffs　　　　　　　　　:　　Judge Weber

　　　　　　　vs.　　　　　　　　　　　:

Rhodes, Inc., et. al.　　　　　　　　　　:

　　　　　　Defendants　　　　　　　　　:


## JOINT SUPPLEMENTAL STATUS REPORT ON PENDING MOTIONS AND
## REQUEST FOR MODIFICATION OF SCHEDULING ORDER OF 4/27/06

Come now the Plaintiffs, and Cross Claimant Boggs, parties to the within

litigation, and hereby submit their JOINT SUPPLEMENTAL STATUS REPORT,  AND

REQUEST FOR MODIFICATION OF SCHEDULING ORDER OF **4/27/06** as follows:


## JOINT STATUS REPORT:

PLAINTIFFS AND CROSS CLAIMANT H.T. BOGGS' separately filed

dispositive motions and supporting documents were timely filed and remain pending as

follows:

　　　　a)　　　　Plaintiffs' Motion for Summary Judgment against Defendants Rhodes,

　　　　　　　　　Zimmer and Geisler  (and Memorandum In Support were filed

　　　　　　　　　February 10, 2006);

b)    Cross Claimant Boggs' Motion for Summary Judgment against Defendants Rhodes, Zimmer and Geisler , (and Memorandum In Support were filed February 10, 2006);

c)    Proposed Findings of Fact and Conclusions of Law (Jointly Submitted by Plaintiffs and Cross Claimant February 13, 2006);

No response or opposition to these motions, nor any Counter Statement of Findings has been filed, although required to be served and filed within 20 days after filing of the above described Motions and Proposed Findings of Fact and Conclusions of Law.

Plaintiffs and Cross Claimant H.T.Boggs believe that the pending motions are dispositive of all issues remaining in the case, and may therefore obviate the need for a trial. However, the Court's ORDER OF **4/27/06**  (Copy attached as Exhibit A), provides that Counsel shall file  their **Joint Final Pretrial Order by July 7, 2006**, and that this case shall proceed to **trial in the August  2006 trial term.**

Because the anticipated rulings on the pending Motions for Summary Judgment are expected to significantly influence the Final Pretrial Order, or possibly eliminate the need for it entirely, it is respectfully requested that the Court's ORDER OF 4/27/06 be modified to state that Counsel shall file their Joint Pretrial Order by August 18, 2006, and that the Trial  be rescheduled to the October trial term, in order to allow for rulings on the pending motions to be made and considered prior to the filing of the Joint Pretrial Order.

Respectively submitted,

/S/ William P. Schroeder
William P. Schroeder (#0027123)
Attorney for Plaintiff, Scott Hutchison
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
(513)-583-4211 bschroeder@smbplaw.com


/S/ Thomas R. Schuck
Thomas R. Schuck
Attorney for H.T. Boggs
Taft Stettinius &Hollister
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513)-381-2838

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: E. David Marshall at edavidm@iglou.com; and Thomas Robert Schuck at schuck@taftlaw.com and **I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:**

Kevin J. Waldo, 413 Center Street, Ironton, OH 45638-1505;

James M. Zimmer, *pro se*
3164 Roxbury Drive
Lexington, Kentucky 40503

H. Jack Geisler, *pro se*
33868 Moundview Court
Lexington, Kentucky 40502


/S/ William P. Schroeder
William P. Schroeder

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| SCOTT HUTCHISON, | : | Case No.: C-1-01-776 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| RHODES, INC., et al, | : |  |
| Defendant | : |  |
|  | : |  |

**ORDER**

The Joint Request (#158) for Modification of the Scheduling Order is GRANTED.  Parties are advised that Trial in the above styled case is RESCHEDULED to the August 2005 trial term.  Counsel shall file their Joint Pretrial Order on or before July 7, 2006.

**IT IS SO ORDERED.**

                    s/Herman J. Weber
                    Herman J. Weber, Senior Judge
                    United States District Court