IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| SCOTT HUTCHISON ENTERPRISES, INC., | : | Case No.: C-1-01-776 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| RHODES INC., et al, | : |  |
| Defendant | : |  |

**ORDER**

The Joint Request for Modification of Scheduling Order (#160) is GRANTED. Trial in this matter is RESCHEDULED to the October 2006 trial term. Counsel shall file their Joint Pretrial Order on or before September 5, 2006.

**IT IS SO ORDERED.**

                                                                                                         s/Herman J .Weber
                                                                                 Herman J. Weber, Senior Judge
                                                                                 United States District Court