IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HUTCHINSON, : Case No.: C-1-01-776

      Plaintiff, : ( Judge Herman J. Weber)
v. :

RHODES :
      Defendant
:

**ORDER**

Pursuant to the request of counsel, Trial in the above styled case is RESCHEDULED to the November 2006 trial term. Counsel shall file their Joint Pretrial Order on or before October 20, 2006.

**IT IS SO ORDERED.**

                                                        _____s/Herman J. Weber_____
                                                        Herman J. Weber, Senior Judge
                                                        United States District Court