**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**SCOTT HUTCHISON
ENTERPRISES, INC., et al,**

      **Plaintiff,**

-vs-                                            **Case No.     C-1-01-776**

**RHODES, INC., et al,**

      **Defendant,**

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X    Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    Unopposed Motions for Summary Judgment are Granted**.**  Judgment is entered in favor of plaintiff Hutchison against defendants Rhodes, Zimmer and Geisler in the amount of $300,000.00, plus interest at the federal rate from the date of judgment, and costs.  Judgment is entered in favor of defendant Boggs against cross-defendants Rhodes, Zimmer and Geisler in the amount of $299,541.79, plus interest at the federal rate from the date of judgment, and costs.  The cross-claims filed by the Rhodes defendants against Boggs are **DISMISSED.**  This case is **TERMINATED** on the docket of the Court.

Date:  September 21, 2006                                    JAMES BONINI., CLERK

                                                                              By:s/   Darlene Maury
                                                                             Darlene Maury, Deputy Clerk