FILED
OCT 11 2006
JAMES BONINI, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HUTCHINSON

V

RHODES, INC.

CIVIL ACTION: C-1-01-776
JUDGE WEBER

****************************************************************

I hereby acknowledge receipt 3 boxes of Depositions, Video Tape Depositions and Deposition Exhibits (Doc. 91) submitted on behalf of my client in the above styled case.

10/11/06
Date

Defendant's Counsel: Tom Schuck